UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. |
| NORTH SHORE MANOR, INC. | ) | |
| EIN: 84-0660666 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**CORPORATE RESOLUTION TO RETAIN COUNSEL
AND TO FILE A CHAPTER 11 CASE**

The undersigned, representing all of the Board of Directors of North Shore Manor, Inc., a Colorado corporation (the "**Company**"), pursuant to Article II, Section 15 of the By-Laws of the Company, consent to the adoption of the following resolutions in lieu of holding a meeting of the Board of Directors:

"Whereas, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Robert D. Church, Jr., Chief Executive Officer (Interim) of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Robert D. Church, Jr., Chief Executive Officer (Interim) of the Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, the Company is authorized and directed to employ Aaron A. Garber, attorney and the law firm of Wadsworth Garber Warner Conrardy, P.C. to represent the Company in such bankruptcy case."

**IN WITNESS WHEREOF**, the undersigned has recorded this resolution effective this 6th day of March, 2023.

_____
A. Mayer Kohn
Director

David Fogel
Director, Treasurer

Boruch Levin
Director and Secretary

/s/ Robert D. Church, Jr.
Robert D. Church, Jr.
Interim Chief Executive Officer