UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 23-1809-JGR |
| NORTH SHORE MANOR, INC. | ) |
| EIN: 84-0660666 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**STATEMENT REGARDING SMALL BUSINESS FINANCIAL STATEMENTS**

    The Debtor does not maintain a cash flow statement. The Debtor's tax return is maintained by its management company, which to date have not been provided by the management company to the Debtor. Upon receipt, it will be filed.

Dated: March 6, 2023           */s/ David Fogel*
                                             David Fogel
                                             Title: Treasurer

                                             */s/ Robert D. Church, Jr.*
                                             Robert D. Church, Jr.
                                             Interim Chief Executive Officer

Dated: March 6, 2023           WADSWORTH GARBER WARNER CONRARDY, P.C.

                                       By: /s/ Aaron A. Garber
                                             Aaron A. Garber #36099
                                             2580 West Main Street, Suite 200
                                             Littleton, CO 80120
                                             Telephone: (303) 296-1999
                                             Telecopy: (303) 296-7600
                                             Email: agarber@wgwc-law.com