Rcvd: 03/02/2023

**Balance Sheet**
**As of 1/31/2023**

## NORTH SHORE HEALTH CARE FACILITY (NSM)

### Assets

**CASH**

| Account | Description | Amount | Total |
|---|---|---|---|
| 010-01000 | CASH | $ 60,008.92 | |
| 010-01100 | PETTY CASH | $ 912.93 | |
| 010-01200 | ACTIVITY FUND | $ 93.36 | |
| 010-03000 | TRUST FUND ACCOUNT | $ 14,833.24 | |
| 013-01000 | OTHER CASH | $ -465.00 | |
| | **Total CASH:** | | $ 75,383.45 |

**ACCOUNTS RECEIVABLE**

| Account | Description | Amount | Total |
|---|---|---|---|
| 020-02000 | A/R - CLIENT | $ 1,155,627.63 | |
| 020-02200 | A/R - CLEARING | $ 17.12 | |
| | **Total ACCOUNTS RECEIVABLE:** | | $ 1,155,644.75 |

**PREPAIDS**

| Account | Description | Amount | Total |
|---|---|---|---|
| 030-03100 | PREPAID WORKER'S COMP | $ 365.05 | |
| | **Total PREPAIDS:** | | $ 365.05 |

**FIXED ASSETS**

| Account | Description | Amount | Total |
|---|---|---|---|
| 060-06050 | LAND IMPROVEMENTS | $ 30,000.00 | |
| 060-06105 | BUILDING IMPROVEMENT | $ 253,482.53 | |
| 060-06110 | LEASEHOLD IMPROVEMENTS | $ 1,920,518.21 | |
| 060-06120 | FACILITY EQUIPMENT | $ 224,758.27 | |
| 060-06130 | FURNITURE & FIXTURES | $ 200,463.25 | |
| 060-06150 | SOFTWARE | $ 17,704.36 | |
| 060-06170 | MEDICAL EQUIPMENT | $ 74,686.63 | |
| 060-06175 | NURSING EQUIPMENT | $ 414,537.00 | |
| 060-06180 | KITCHEN EQUIPMENT | $ 22,155.93 | |
| 060-06185 | HOUSEKEEPING EQUIPMENT | $ 1,565.60 | |
| 060-06190 | LAUNDRY EQUIPMENT | $ 49,053.53 | |
| 065-06050 | A/D LAND IMPROVEMENTS | $ -23,710.83 | |
| 065-06105 | A/D BUILDING IMPROVEMENTS | $ -186,172.67 | |
| 065-06110 | A/D LEASEHOLD IMPROVEMENTS | $ -1,649,967.35 | |
| 065-06120 | A/D FACILITY EQUIPMENT | $ -223,457.88 | |
| 065-06130 | A/D FURNITURE AND FIXTURES | $ -198,342.46 | |
| 065-06150 | A/D SOFTWARE | $ -17,705.00 | |
| 065-06170 | A/D MEDICAL EQUIPMENT | $ -74,687.22 | |
| 065-06175 | A/D NURSING EQUIPMENT | $ -414,536.55 | |
| 065-06180 | A/D KITCHEN EQUIPMENT | $ -22,170.05 | |
| 065-06185 | A/D HOUSEKEEPING EQUIPMENT | $ -1,565.70 | |
| 065-06190 | A/D LAUNDRY EQUIPMENT | $ -49,053.11 | |
| | **Total FIXED ASSETS:** | | $ 347,556.49 |
| | **Total Assets:** | | $ 1,578,949.74 |

### Liabilities

**ACCOUNTS PAYABLE**

| Account | Description | Amount | Total |
|---|---|---|---|
| 210-01000 | A/P VENDOR | $ 357,080.45 | |
| 210-01100 | A/P INTERCOMPANY | $ 503,000.00 | |
| 210-02200 | A/P - CLEARING | $ 32,546.22 | |
| 210-02250 | MEDICARE ALLOWANCE FOR BAD DEBT | $ 33,902.79 | |
| 210-02300 | COLORADO PAYBACK | $ 6,984.43 | |
| 210-03000 | TRUST FUND ACCOUNT PAYABLE | $ 14,833.24 | |
| | **Total ACCOUNTS PAYABLE:** | | $ 948,347.13 |

**NOTES PAYABLE**

| Account | Description | Amount | Total |
|---|---|---|---|
| 220-02050 | N/P - FIRST NATIONAL BANK #8061 | $ 406,642.69 | |

(Continued)

**NOTES PAYABLE**

| Account | Description | Amount | Total |
|---|---|---|---|
| 220-02500 | N/P - J. ROBERT WILSON | $ 610,000.00 | |
| | **Total NOTES PAYABLE:** | | $ 1,016,642.69 |

**PAYROLL**

| Account | Description | Amount | Total |
|---|---|---|---|
| 240-04000 | ACCRUED PAYROLL | $ 236,117.38 | |
| 260-06000 | ACCRUED PTO | $ 210,611.88 | |

| Account | Description | | Amount | Total |
|---|---|---|---|---|
| 270-07000 | FEDERAL TAXES WITHHELD | $ | 25,093.93 | |
| 270-07100 | STATE TAXES WITHHELD | $ | 11,556.00 | |
| 270-07200 | FICA WITHHELD | $ | 48,049.64 | |
| 270-07300 | FUTA TAX WITHHELD | $ | 1,134.30 | |
| 270-07400 | SUTA TAX WITHHELD | $ | 2,857.89 | |
| 270-07500 | FAMLI TAX WITHHELD | $ | 2,826.58 | |
| 280-08000 | 401K EMPLOYEE WITHHELD | $ | 14,094.64 | |
| 280-08050 | 401K EMPLOYEE LOAN | $ | 301.27 | |
| 290-09000 | ACCRUED SCHOLARSHIP PAYABLE | $ | 50.00 | |
| 290-09010 | LIFE/DISABILITY INSURANCE WITH | $ | 485.53 | |
| 290-09020 | DENTAL INSURANCE WITHHELD | $ | 1,846.84 | |
| 290-09030 | HEALTH INSURANCE WITHHELD | $ | 8,514.00 | |
| 290-09040 | FLEX PLAN WITHHELD | $ | 745.78 | |
| 290-09060 | GARNISHMENTS WITHHELD | $ | 328.00 | |
| | **Total PAYROLL:** | | | $ 564,613.66 |
| **TAXES PAYABLE** | | | | |
| 310-01000 | REAL ESTATE TAXES | $ | 36,346.71 | |
| 310-01100 | PERSONAL PROPERTY TAXES | $ | 13,900.00 | |
| | **Total TAXES PAYABLE:** | | | $ 50,246.71 |
| | **Total Liabilities:** | | | $ 2,579,850.19 |
| **Equity** | | | | |
| 400-01050 | ADDITIONAL PAID IN CAPITAL | $ | 250,000.00 | |
| 400-05000 | CAPITAL STOCK | $ | 4,000.00 | |
| 449-99999 | Retained Earnings-Current Year | $ | -14,727.31 | |
| 449-99999 | RETAINED EARNINGS | $ | -1,240,173.14 | |
| | **Total Equity:** | | | $ -1,000,900.45 |
| | **Total Liabilities & Equity:** | | | $ 1,578,949.74 |

Run Date: 2/17/2023   6:43:44PM
G/L Date: 1/31/2023