| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **North Shore Manor, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALL STATE PUMPING & CONSULTING<br>9711 STERLING DR<br>Littleton, CO 80126 | | | | | | $0.00 |
| ALSCO-LARAMIE<br>314 S FOURTH ST<br>Laramie, WY 82070 | | | | | | $0.00 |
| ANLANCE PROTECTION LTD<br>1800 EAST LINCOLN C-3<br>Fort Collins, CO 80524 | | | | | | $0.00 |
| BANK OF OKLAHOMA PAYMENT PROCESSING CENTER<br>PO BOX 248817<br>Oklahoma City, OK 73124 | | | | $1,800,000.00 | $0.00 | $1,800,000.00 |
| BANNER HEALTH RT<br>1801 16TH ST<br>Greeley, CO 80631 | | | | | | $0.00 |
| BRIGGS HEALTHCARE<br>7887 UNIVERSITY BLVD<br>Clive, IA 50325 | | | | | | $0.00 |
| CDW GOVERNMENT<br>75 REMITTANCE DRIVE SUITE 1515<br>Chicago, IL 60675 | | | | | | $0.00 |

| Debtor | **North Shore Manor, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CENTRE ELDERLY TRANSPORTATION**<br>**915 CENTRE AVE STE 5**<br>**Fort Collins, CO 80526** | | | | | | $9,984.65 |
| **CENTRE PHARMACY**<br>**915 CENTRE AVE STE 4**<br>**Fort Collins, CO 80526** | | | | | | $40,483.19 |
| **CENTURY LINK**<br>**PO BOX 91155**<br>**Seattle, WA 98111** | | | | | | $0.00 |
| **CITY OF LOVELAND**<br>**PO BOX 3500**<br>**Loveland, CO 80539** | | | | | | $0.00 |
| **CLEAN DESIGNS**<br>**2800 S OAK ST**<br>**Lakewood, CO 80227** | | | | | | $0.00 |
| **COLUMBINE DISTRIBUTION CENTRE**<br>**802 WEST DRAKE ROAD**<br>**STE 149**<br>**Fort Collins, CO 80526** | | | | | | $28,818.05 |
| **Columbine Management Services, Inc**<br>**802 W. Drake Rd. Suite 101**<br>**Fort Collins, CO 80526** | | | **Disputed** | | | $32,411.91 |
| **COLUMBINE MEDICAL EQUIPMENT**<br>**802 WEST DRAKE ROAD**<br>**STE 123**<br>**Fort Collins, CO 80526** | | | | | | $9,589.98 |
| **FIRST NATIONAL BANK of Omaha**<br>**205 WEST OAK STREET**<br>**Fort Collins, CO 80522** | | | | $406,642.69 | $0.00 | $406,642.69 |

Debtor **North Shore Manor, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FRONT RANGE THERAPY SYSTEMS 802 WEST DRAKE ROAD STE 145 Fort Collins, CO 80526 | | | | | | $500.00 |
| INTERIM HEALTH CARE OF FORT COLLINS 2000 VERMONT STE 100 Fort Collins, CO 80525 | | | | | | $3,628.75 |
| MAXIM HEALTHCARE STAFFING SERVICES INC 12558 COLLECTIONS CENTER DRIVE Chicago, IL 60693 | | | | | | $7,397.74 |
| SOF-TECH MAINTENANCE CO 6700 AVONDALE RD Fort Collins, CO 80525 | | | | | | $20,808.57 |