**United States Bankruptcy Court**
**For the District of Colorado**

In re:                                     )
North Shore Manor, Inc.                    )        Bankruptcy Case No. 23-10809-JGR
                                           )                     Chapter  11
                                           )
Debtor(s).                                 )

## NOTICE OF DEFICIENCY

The following missing documents are required for your case and are due **Monday, March 20, 2023:**

- Statement of Financial Affairs
- Summary of Assets and Liabilities
- All Schedules: A/B, D, E/F, G, H
- Declaration Under Penalty of Perjury for Non-Individual Debtors Official Form 202
- Corporate Ownership Statement
- List of Equity Security Holders

**Your case is subject to dismissal if you fail to file the missing documents or otherwise request a hearing in writing by the above date.**[1]

Date: 3/7/2023                              Kenneth S. Gardner, Clerk
                                            U.S. Customs House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/efile/sam/signup.aspx
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
   Call: 720-904-7300
   Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.