UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
)
) Case No. 23-10809-JGR
NORTH SHORE MANOR, INC. )
EIN: 84-0660666 ) Chapter 11
)
Debtor. )
)

### DECLARATION OF DAVID FOGEL IN
### SUPPORT OF FIRST DAY MOTION

I, David Fogel, hereby state under penalty of perjury:

1. I am the treasurer and am on the board of directors of the Debtor.

2. I am familiar with the following motions: (a) The Motion for Use of Cash Collateral; (b) the Motion to Maintain Cash Management System; (c) the Motion for Turnover of Property of the Estate; (d) the Motion to Maintain Insurance Program; and (e) the Motion for Motion Seeking Expedited Entry of Orders (collectively, the "First Day Motions").

3. I affirm the factual statements in the First Day Motions to the best of my knowledge and belief.

_____
David Fogel, Treasurer