## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Electronically Recorded Proceeding

March 10, 2023                                                                                       Honorable Joseph G. Rosania, Jr.,
Presiding
Courtroom B

| In re:<br>**North Shore Manor, Inc.**<br><br>**Employer's Tax Identification No. [if any]: 84-0660666**<br><br>Debtor. | Bankruptcy Case No. **23-10809-JGR**<br><br>Chapter 11, Subchapter V |
|---|---|

| **Appearances:** | | | |
|---|---|---|---|
| Debtor | | Counsel | Aaron Garber |
| Trustee | United States Trustee, Patrick S. Layng | Counsel | Robert Samuel Boughner |
| Subchapter V Trustee | Joli Lofstedt | Counsel | Pro Se |
| Creditor | Columbine Management Services, Inc. | Counsel | Zachary Fairlie, John O'Brien |
| Creditor | Wapello Holdings II, LLC | Counsel | John A. O'Brien |
| Creditor | North Shore Associates, LLP | Counsel | Keri Riley |

**Proceedings:  Videoconference Expedited Hearing to consider:**
**Order Granting Application to Employ Eisner Advisory Group, LLC, as Accountant filed March 6, 2023 (Doc. 10);**

Entry of appearances and statements/arguments made.  All parties appeared by videoconference.

Evidentiary Offers of Proof.

**Orders:**

This hearing is continued to **Thursday, March 16, 2023, at 3:00 p.m.,** in Courtroom B, by videoconference, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, CO  80202.  Counsel/parties shall appear by videoconference at the continued hearing.

> **To Join the ZoomGov Hearing:**
>
> https://www.zoomgov.com/j/1613245580
>
> Meeting ID: 161 324 5580
> One tap mobile
> +16692545252,,1613245580# US (San Jose)
> +16468287666,,1613245580# US (New York)
>
> Dial by your location
>        +1 669 254 5252 US (San Jose)
>        +1 646 828 7666 US (New York)
>        +1 669 216 1590 US (San Jose)

>     +1 551 285 1373 US
>     833 435 1820 US Toll-free
>     833 568 8864 US Toll-free
> Meeting ID: 161 324 5580
> Find your local number:
> https://www.zoomgov.com/u/acsQhhI2T

BY THE COURT:
Kenneth S. Gardner, Clerk

By: S. Nicholls, Law Clerk