## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Electronically Recorded Proceeding

March 10, 2023                      Honorable Joseph G. Rosania, Jr., Presiding
Courtroom B

| | |
|---|---|
| In re:<br>**North Shore Manor, Inc.**<br><br>**Employer's Tax Identification No. [if any]: 84-0660666**<br><br>Debtor. | Bankruptcy Case No. **23-10809-JGR**<br><br>Chapter 11, Subchapter V |

| **Appearances:** | | | |
|---|---|---|---|
| Debtor | | Counsel | Aaron Garber |
| Trustee | United States Trustee, Patrick S. Layng | Counsel | Robert Samuel Boughner |
| Subchapter V Trustee | Joli Lofstedt | Counsel | Pro Se |
| Creditor | Columbine Management Services, Inc. | Counsel | Zachary Fairlie, John O'Brien |
| Creditor | Wapello Holdings II, LLC | Counsel | John A. O'Brien |
| Creditor | North Shore Associates, LLP | Counsel | Keri Riley |

**Proceedings:** Videoconference Expedited Hearing to consider:
**Interim Order for Authority to Use Cash Collateral filed March 7, 2023 (Doc. 26)**

Entry of appearances and statements/arguments made. All parties appeared by videoconference.

Evidentiary Offers of Proof.

**Orders:**
The Debtor is authorized to use cash collateral in the ordinary course of business and subject to the budget attached to the motion through March 16, 2023.

The Court directed the parties to submit a stipulated proposed order or advise the Court of remaining, outstanding disputes prior to the continued hearing.

This hearing is continued to **Thursday, March 16, 2023, at 3:00 p.m.,** in Courtroom B, by videoconference, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, CO 80202. Counsel/parties shall appear by videoconference at the continued hearing.

> **To Join the ZoomGov Hearing:**
>
> https://www.zoomgov.com/j/1613245580
>
> Meeting ID: 161 324 5580
> One tap mobile
> +16692545252,,1613245580# US (San Jose)
> +16468287666,,1613245580# US (New York)
>
> Dial by your location

>    +1 669 254 5252 US (San Jose)
>    +1 646 828 7666 US (New York)
>    +1 669 216 1590 US (San Jose)
>    +1 551 285 1373 US
>    833 435 1820 US Toll-free
>    833 568 8864 US Toll-free
> Meeting ID: 161 324 5580
> Find your local number:
> https://www.zoomgov.com/u/acsQhhI2T

---

BY THE COURT:
Kenneth S. Gardner, Clerk


By:  S. Nicholls, Law Clerk