**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NORTH SHORE MANOR, INC. ) | Case No.  23-10809-JGR |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

**COLUMBINE MANAGEMENT SERVICES PRELIMINARY RESPONSE TO THE MOTION TO MAINTAIN INSURANCE PROGRAM AND GRANTING RELATED RELIEF**

Columbine Management Services, Inc. ("CMS") by and through its attorneys, John O'Brien of Spencer Fane LLP for its Preliminary Response to the Motion to Maintain Insurance Program and Granting Related Relief states as follows:

1. Several of the two Debtors' insurance needs are met under group policies involving other properties and insureds in which the Debtors have no involvement (the "Policies").

2. It appears that the group Policies insure over 40 insureds, two of which are the Debtors in this case. The Policies insure locations with well over 1,000 beds. The Debtors' facility has 120 beds.

3. CMS has supplied Debtors' counsel with copies of the Policies.

4. This response relates only to the grouped Policies in which CMS is involved.  CMS takes no position on Debtors' motion with respect to the Debtors' insurance  not grouped with CMS's group Policies.

5. CMS is still investigating the impact of the Debtors' current situation on the Policies, and needs an additional 10 days to figure it out.

6. It appears that most (if not all) of the current insurance periods under the Policies run from July 1, 2022 through June 30, 2023. It appears that CMS has prepaid the premiums on

Policies for the entire period though June 30, 2023. The Debtors reimburse their applicable share of the premiums monthly. CMS is investigating the amounts of the next monthly payments for each applicable Policy and will report the same to the Debtors. CMS does not dispute that the payment of monthly insurance premiums is an ordinary course obligation that should be met.

7. In light of the Debtors' current status they are no longer eligible to participate in the group insurance policies. However, they do have grace period to find replacement insurance. CMS is currently determining the applicable grace periods under the Policies.

8. The Debtor have engaged insurance counsel and have stated that they expect to receive replacement insurance within 30 to 60 days. CMS does not yet know if the Debtors are eligible to remain in place on the Policies for the full 60 days.

9. CMS is not comfortable with the Debtors' business decisions, including the Debtors' failure to ask the Debtors' shareholders to recapitalize the Debtors by returning CoVid relief money they received in the form of dividends. On February 24, 2023 CMS gave notice of termination its management contract with the Debtor. CMS is anxious to completely part ways with the Debtors.

10. Having stated this, CMS will agree to keep the Policies in place for 30 days after the Petition Date while the Debtors locate new insurance companies. However, CMS will needs to be paid for the monthly post-petition premiums when due.

11. CMS requests that any order relating to the Policies in which CMS is involved be limited to 30 days after the Petition Date because CMS still needs to collaborate with the insurance agency and underwriters to get a better understanding of the Debtors status under the Policies.

WHEREFORE, Columbine Management Services, Inc. submits its Preliminary Response to the Motion to Maintain Insurance Program and Granting Related Relief.

DATED March 15, 2023.

Respectfully submitted,

SPENCER FANE LLP

*/s/John O'Brien*
John O'Brien #15183
Scott C. Sandberg #33566
Zachary Fairlie #68057
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Phone: (303) 839-3800
Fax: (303) 839-3838
Email: jobrien@spencerfane.com

Attorneys for Columbine Management Services, Inc.

DN 7533181.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 15, 2023 I served via CM/ECF system an electronic copy of the Columbine Management Service's Preliminary Response to the Motion to Maintain Insurance Program and Granting Related Relief on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

        Aaron Garber agarber@wgwc-law.com
        US Trustee USTPRegion19.DV.ECF@usdoj.gov
        Robert Samuel Boughner Samuel.boughner@usdoj.gov
        Jolie A. Lofstedt joli@jaltrustee.com

The undersigned further certifies that on March 15, 2023 a true and correct copy of the Columbine Management Service's Preliminary Response to the Motion to Maintain Insurance Program and Granting Related Relief was served to the following by first class, postage prepaid U.S. Mail:

| | |
|---|---|
| North Shore Manor, Inc.<br>201 Columbine St., STE 15<br>PO Box 6362<br>Denver, CO 80206 | Aaron A. Garber<br>Wadsworth Garber Warner Conrardy, P.C.<br>2580 West Main Street<br>Suite 200<br>Littleton, CO 80120 |
| Robert Samuel Boughner<br>Byron G. Rogers Federal Building<br>1961 Stout St., Ste. 12-200<br>Denver, CO 80294 | U.S. Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St., Ste. 12-200<br>Denver, CO 80294 |
| Joli A. Lofstedt<br>Attn; Joli A Lofstedt Trustee<br>PO Box 270561<br>Louisville, CO 80027-5009 | Jo Tansey<br>State of Colorado Department of Health<br>Branch Chief Acute and Nursing Facilities<br>4300 Cherry Creek Drive South<br>Denver, CO 80246 |

        */s/John O'Brien*
        John O'Brien

DN 7533181.1