**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-10809-JGR |
| NORTH SHORE MANOR, INC., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**OMNIBUS OBJECTION TO APPLICATIONS FOR ALLOWANCE AND IMMEDIATE
PAYMENT OF ADMINISTRATIVE CLAIMS PURSUANT TO 11 U.S.C. § 503(b)(9)
AND NOTICE OF RECLAMATION PURSUANT TO 11 U.S.C. § 546(c)
(Docket Nos. 155, 157, 159, 161)**

North Shore Manor, Inc. (the "Debtor" or "NSM"), debtor-in-possession herein, by and through its undersigned counsel, for its Objection to Applications for Allowance and Immediate Payment of Administrative Claims Pursuant to 11 U.S.C. § 503(b)(9) and Notice of Reclamation Pursuant to 11 U.S.C. § 546(c) (the "Applications") respectfully states as follows:

**BACKGROUND**

1.      The Debtor filed its Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code on March 6, 2023 (the "Petition Date"), and is operating as a debtor-in-possession.

2.      The Debtor is a skilled nursing facility located in Loveland, Colorado (the "Facility").

3.      The Facility is a 120-bed skilled nursing facility using the trade name North Shore Health & Rehab. The Facility accepts Medicare, Medicaid, and private pay residents offering a full-spectrum of clinical care including a sub-acute rehabilitation care unit and a dedicated hospice care unit.

4.      As of the Petition Date, there were approximately 103 residents at the Facility and 170 staff.

5.      J. Robert Wilson is a 15% shareholder of the Debtor and served as the President and CEO of the Debtor for nearly 30 years until November 2022.

6.      Columbine Management Services, Inc. ("CMS") is a Colorado corporation owned by Mr. Wilson and is a party to a management agreement with the Debtor.

7.      Mr. Wilson also has an association with a number of vendors that did business with the Debtor: Centre Pharmacy, Inc., Centre Elderly Transportation, Inc., Columbine Distribution

Center, LLC, Columbine Medical Equipment Inc., Front Range Therapy Systems, Inc. d/b/a Columbine Therapy Services, and Poudre Infusion Therapy, LLC (collectively, the "Wilson Vendors").

8.     The Wilson Vendors threatened to terminate services to the Debtor on more than one occasion during this bankruptcy case.  Many of the goods and services provided by the Wilson Vendors are necessary to provide care and services to the Debtor's residents.

9.     Relevant to this Objection, with no alternatives, and upon the instance of the Wilson Vendors, on March 14, 2023, Debtor agreed to a "Vendor Agreement" with the Wilson Vendors. A copy of the Vendor Agreement is attached hereto as Exhibit A. The Vendor Agreement required that the Wilson Vendors be paid their outstanding Post-Petition Date claims before any future goods and services would be provided.

10.     On the Petition Date, the Debtor filed its Motion to approve payment procedures for professionals.  CMS and another entity related to Mr. Wilson, Wapello Holdings II, LLC, objected to the payment procedure. At the hearing on the motion and the objection thereto, CMS and Wapello argued that the Debtor's bankruptcy case will result in administrative insolvency and therefore the Debtor should not be immediately paying administrative claims.

11.     On March 23, 2023, four related entities filed Applications in this case: (a)  Centre Pharmacy, Inc. ("CPI;"  *see* Docket No. 155); (b) Columbine Distribution Center, LLC ("CDC;" *see* Docket No. 157); (c) Columbine Medical Equipment ("CME;" Docket No. 159); and (d) Poudre Infusion Therapy, LLC ("PIT;" *see* Docket No. 161).

12.     The arguments contained in each of the Applications are essentially the same, the sole difference being the amounts sought by each movant. Each is addressed below.

**LEGAL STANDARDS**

*Reclamation*

13.     The elements to establish a reclamation claim are generally universal between courts:

a. The seller sold goods on credit to the debtor in the ordinary course of business of both;

b. The seller delivered the goods to the debtor at a time when the debtor was insolvent as defined by the Bankruptcy Code;

c. Within the mandated time frame after the goods were delivered to the debtor, the seller made a written demand for the return of the goods; and

d. The debtor had possession of the goods at the time of the reclamation demand or the goods were not in the hands of a buyer in the ordinary course of a good faith purchase at the time of the demand.

*In re McLouth Steel Products, Corp.,* 213 B.R. 978, 984 (D. E.D. Mich. 1997).

14.     Further, the sought goods must be identifiable.  *In re Arlco, Inc.,* 239 B.R. 261, 266 (Bankr. S.D. NY 1999) (*citing  Party Packing Corporation v. Rosenberg (In re Landy Beef Co., Inc.),* 30 B.R. 19, 21 (Bankr.D.Mass.1983)). As the *Arlco* court explained:

Logic dictates that, if not possession, the debtor should at least have control over the goods if it is to be required to return them. For the same reason, if the goods are not identifiable, the debtor could not identify or extract the goods to return them to the reclaiming seller. The issue concerning control of the goods or the identifiable nature of the goods would be relevant whether or not the reclaiming seller is seeking the goods in a bankruptcy context. Thus, it appears that these elements are requirements under the "independent right of reclamation under nonbankruptcy law."

*Id.* (*citing Toshiba America, Inc. v. Video King of Illinois, Inc. (In re Video King of Illinois, Inc.),* 100 B.R. 1008, 1014 (Bankr.N.D.Ill.1989)).

15.     It is the movant's burden to establish that all of the elements of a reclamation claim by a preponderance of the evidence.  *Id.* (*citing In re Victory Markets Inc.,* 212 B.R. 738, 741 (Bankr.N.D.N.Y.1997)).

16.     It is the movant's burden to establish the debtor is in possession of the goods.  *In re Rawson Food Service, Inc.*, 846 B.R. 1988, 1349 (11th Cir. 1988).

17.     If the movant can meet its burden, then the Bankruptcy Court has several options on how to treat the reclamation claim.

18.     In weighing its options, the Bankruptcy Court can balance the equities for the debtor's need for the goods for its continued operations and reorganization efforts as against the seller's need for the return of the goods.  *In the Matter of Continental Airlines,* 125 B.R. 415 (Bankr. D. Del. 1991).

19.     If the Court determines the debtor's interest out weights the seller's interest then the court can grant the claimant an administrative claim or a secured claim by lien on the assets of

the estate.  *In the Matter of Griffin Retreading Co.,* 795 F.2d 676 (8th Cir. 1986).  *See also In re Buyer's Club Markets, Inc.*, 100 B.R. 37 (Bankr. D. Colo 1989).

20.     If a secured claim is granted it is subject to prior existing liens.  *In re Reliable Drug Stores, Inc.,* 181 B.R. 374 (Bankr. S.D. Ind. 1995).

*Bankruptcy Code § 503(b)(9)*

21.     Nothing in Bankruptcy Code § 503(b)(9) or any other section of the Bankruptcy Code requires or mandates immediate payment of a claim under Bankruptcy Code § 503(b)(9).

**OBJECTION**

22.     The Debtor's objections to the reclamation claim and the administrative claims are set forth below organized by each movant.

*PIT*

a. *Reclamation*

23.     Given the insider relationship between CMS and PIT at the time that the goods and services were transacted, the Debtor disputes that the transaction was an ordinary course of business transaction.

24.     However, the Court may not have to get to this issue, because all goods provided by PIT, which are goods used for infusion of residents are used promptly after receipt. As evidenced by the Vendor Agreement, these goods are ordered and utilized on a weekly basis. Accordingly, the Debtor is not in possession of these goods.

25.     The exhibits attached to the Application provide no evidence that the goods were ever delivered to the Debtor.

26.     Lastly, the invoices attached to the Application, show the charged items fall into two categories: (a) infusion therapy (identified as IV) and (b) prescription drug (identified as Rx). The infusion therapy appears to be a service while the prescription drug appears to be for goods.

27.     The Application seeks to reclaim both the services and the goods.  There cannot be a reclamation of services.

28.     To the extent the Court determines that there is a reclamation claim held by PIT, PIT should be barred from reclaiming any goods and PIT should be granted a secured claim for the amount of any goods delivered to the Debtor within the 45 days of the Petition Date that remain identifiable since such goods would be essential for the care of residents and a necessary for the Debtor's ongoing business operations.

29.     Given the above detailed issues PIT has not met its burden that it is entitled to a reclamation claim.

b. *503(b)(9) Claim*

30.     In entering into the Vendor Agreement, PIT provided to the Debtor a reconciliation of what it claimed to be post-Petition Date changes.  A copy of the reconciliation is attached hereto as Exhibit B.

31.     The PIT 503(b)(9) claim includes invoice no. 1206 for $3,3063.08, listed as a pre-Petition Date claim.  Invoice no. 1206 is also included in the Vendor Agreement reconciliation as a post-Petition Date claim that was paid as required by PIT under the Vendor Agreement.

32.     Given invoice no. 1206 is a pre-Petition Date claim that has already been paid by the Debtor as a result of PIT claiming it is a post-Petition Date claim, such amount must be deducted from the PIT 503(b)(9) claim.

33.     Further, assuming the Debtor is correct that RX changes are for services and not goods, such charges also must be deducted from the PIT 503(b)(9) claim.

34.     After deducting invoice 1206 and the RX charges, PIT may hold a 503(b)(9) claim in the amount of $1,997.38 if PIT can prove such goods were delivered to the Debtor.

35.     Any such claim should not be paid immediately, but rather should be paid in accordance with the mandates of the Bankruptcy Code, which does not require immediate payment.

36.     Such will assist the Debtor with its cash flow and will avoid the parade of horrors in immediately paying administrative claims as argued by CMS and Wapello.

37.     Further, the bankruptcy estate may hold preference and/or fraudulent conveyance and/or other claims against PIT which could provide grounds for denial and/or set off of any claim purportedly held by PIT.


*CME*

a.  *Reclamation*

38.     Given the insider relationship between CMS and CME at the time that the goods and services were transacted, the Debtor disputes that the transaction was an ordinary course of business transaction.

39.     However, the Court may not have to get to this issue, to the extent all goods provided by CME were used promptly after receipt or are commingled. As evidenced by the Vendor Agreement, these goods are ordered and utilized on a weekly basis. Accordingly, the Debtor is not in possession of these goods, have been used or are no longer identifiable.

40.     The exhibits attached to the Application provide no evidence that the goods were ever delivered to the Debtor. In fact in some instances, where the invoices show where the items were delivered, the delivery address has been redacted.

41.     Lastly, there are a batch of invoice which are heavily redacted and pertain to oxygen charges that do not appear to be goods sold to the Debtor.  It is hard to determine given the heavy redaction, but the oxygen invoices appear to include insurance charges, rental charges and other unidentifiable charges.

42.     To the extent the Court determines that there is a reclamation claim held by CME, CME should be barred from reclaiming any goods and CME should be granted a secured claim for the amount of any goods delivered to the Debtor within the 45 days of the Petition Date that remain identifiable since such goods would be essential for the care of residents.

43.     Given the above detailed issues CME has not met its burden that it is entitled to a reclamation claim.

b. *503(b)(9) Claim*

44.     In entering into the Vendor Agreement, CME provided to the Debtor a reconciliation of what it claimed to be post-Petition Date changes.  A copy of the reconciliation is attached hereto as Exhibit C.

45.     The CME 503(b)(9) claim includes a number of invoices totaling $2,372.62, listed as a pre-Petition Date claim.  These invoices were also included in the Vendor Agreement reconciliation as a post-Petition Date claim and were paid as required by CME under the Vendor Agreement.

46.     Given these invoices are a pre-Petition Date claim that have already been paid by the Debtor as a result of CME claiming the invoices are a post-Petition Date claim, such amount must be deducted from the CME 503(b)(9) claim.

47.     Further, the Debtor believes the oxygen charges do not constitute goods sold to the Debtor. Accordingly, such charges should also be deducted from the CME 503(b)(9) claim.

48.     After deducting paid invoices and the oxygen charges, CME may hold a 503(b)(9)

claim in the amount of $5,402.45 if it can prove the goods were delivered to the Debtor.

49.     Any such claim should not be paid immediately, but rather should be paid in accordance with the mandates of the Bankruptcy Code, which does not require immediate payment.

50.     Such will assist the Debtor with its cash flow and will avoid the parade of horrors in immediately paying administrative claims as argued by CMS and Wapello.

51.     Further, the bankruptcy estate may hold preference and/or fraudulent conveyance and/or other claims against CME which could provide grounds for denial and/or set off of any claim purportedly held by CME.

52.     Lastly, CME on the same date hereof filed a Motion for Relief from Stay claiming it owns certain items and it is seeking to repossess such items. The Debtor has not yet had time to determine if there is cross-over between the stay relief motion and the Application of CME.

*CDC*

a.  *Reclamation*

53.     Given the insider relationship between CMS and CDC at the time that the goods and services were transacted, the Debtor disputes that the transaction was an ordinary course of business transaction.

54.     However, the Court may not have to get to this issue, to the extent all goods provided by CME are used promptly after receipt or are commingled or have already been returned to CME. As evidenced by the Vendor Agreement, these goods are ordered and utilized on a weekly basis. Accordingly, the Debtor is not in possession of certain of these goods, have been used or are no longer identifiable.

55.     Further, CDC filed a Motion for Relief from Stay asserting that it owned certain intellectual property and therefore wanted to take such property back into its possession.

56.     The CDC Application shows CDC was actually charging the Debtor for the intellectual property and the Debtor was the proper owner of the intellectual property. Specifically, the invoices show the Debtor is being charged for uniforms, clothing and other items which the Debtor is now returning to CDC.  CDC cannot hold a reclamation claim for items already returned to CDC.

57.     Further the invoices have charges for services such as recycling fee, purchasing fee, and bin rental. Service fees cannot be a party of a reclamation claim.

58.     The exhibits attached to the Application provide no evidence that the goods were ever delivered to the Debtor.

59.     To the extent the Court determines that there is a reclamation claim held by CDC, CDC should be barred from reclaiming any goods and CDC should be granted a secured claim for the amount of any goods delivered to the Debtor within the 45 days of the Petition Date that remain identifiable since such goods would be essential for the care of residents.

60.     Given the above detailed issues CDC has not met its burden that it is entitled to a reclamation claim.

b. *503(b)(9) Claim*

61.     In entering into the Vendor Agreement, CDC provided to the Debtor a reconciliation of what it claimed to be post-Petition Date changes.  A copy of the reconciliation is attached hereto as Exhibit D.

62.     The CDC 503(b)(9) claim includes a number of invoices totaling $7,556.79, listed as a pre-Petition Date claim.  These invoices were also included in the Vendor Agreement reconciliation as a post-Petition Date claim and were paid as required by CDC under the Vendor Agreement.

63.     Given these invoices are a pre-Petition Date claim that have already been paid by the Debtor as a result of CDC claiming the invoices are a post-Petition Date claim, such amount must be deducted from the CDC 503(b)(9) claim.

64.     Further, there are a number of service related charges that do not constitute goods sold to the Debtor. Such charges also must be deducted from the CDC 503(b)(9) claim.

65.     Given the Debtor cannot establish that it received any of these items, the quantity of items changed to the Debtor make no sense compared to the number of residents, that a number of items have been returned to CDC and there are a number of service charges, the CDC 503(b)(9) claim, if any, cannot be calculated by the Debtor.

66.     If such a claim exists it should not be paid immediately, but rather should be paid in accordance with the mandates of the Bankruptcy Code, which does not require immediate payment.

67.     Such will assist the Debtor with its cash flow and will avoid the parade of horrors in immediately paying administrative claims as argued by CMS and Wapello.

68.     Further, the bankruptcy estate may hold preference and/or fraudulent conveyance

and/or other claims against CDC which could provide grounds for denial and/or set off of any claim purportedly held by CDC.

*CPI*

    a.  *Reclamation*

    69.    Given the insider relationship between CMS and CPI at the time that the goods and services were transacted, the Debtor disputes that the transaction was an ordinary course of business transaction.

    70.    However, the Court may not have to get to this issue, to the extent all goods provided by CPI are used promptly after receipt or are commingled or have already been returned to CPI. As evidenced by the Vendor Agreement, these goods are ordered and utilized on a weekly basis. Accordingly, the Debtor is not in possession of certain of these goods, have been used or are no longer identifiable.

    71.    Further the invoices lack any detail to determine if the goods were delivered to the Debtor and if so, when.

    72.    To the extent the Court determines that there is a reclamation claim held by CPI, CPI should be barred from reclaiming any goods and CPI should be granted a secured claim for the amount of any goods delivered to the Debtor within the 45 days of the Petition Date that remain identifiable since such goods would be essential for the care of residents.

    73.    Given the above detailed issues CPI has not met its burden that it is entitled to a reclamation claim.

    b. *503(b)(9) Claim*

    74.    In entering into the Vendor Agreement, CPI provided to the Debtor a reconciliation of what it claimed to be post-Petition Date changes.  A copy of the reconciliation is attached hereto as Exhibit E.

    75.    The audit log attached to CPI 503(b)(9) claim consists entirely of amounts paid to CPI under the Vendor Agreement.

    76.    Given these invoices are a pre-Petition Date claim that have already been paid by the Debtor as a result of CPI claiming the invoices are a post-Petition Date claim, CPI does not hold a 503(b)(9) claim.

    77.    If such a claim exists it should not be paid immediately, but rather should be paid in accordance with the mandates of the Bankruptcy Code, which does not require immediate

payment.

78.     Such will assist the Debtor with its cash flow and will avoid the parade of horrors in immediately paying administrative claims as argued by CMS and Wapello.

79.     Further, the bankruptcy estate may hold preference and/or fraudulent conveyance and/or other claims against CPI which could provide grounds for denial and/or set off of any claim purportedly held by CPI.

## CONCLUSION

WHEREFORE, the Debtor respectfully requests this Court deny the applications, and grant such other relief deemed appropriate.

Dated: April 13, 2023.             Respectfully submitted,

                                   */s/ Aaron A. Garber*
                                   Aaron A. Garber #36099
                                   WADSWORTH GARBER WARNER CONRARDY, P.C.
                                   2580 West Main Street, Suite 200
                                   Littleton, Colorado 80120
                                   Telephone: (303) 296-1999
                                   Telecopy: (303) 296-7600
                                   agarber@wgwc-law.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 13, 2023 I served via ECF or email a copy of **OMNIBUS OBJECTION TO APPLICATIONS FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE CLAIMS PURSUANT TO 11 U.S.C. § 503(b)(9) AND NOTICE OF RECLAMATION PURSUANT TO 11 U.S.C. § 546(c) (Docket Nos. 155, 157, 159, 161)** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Robert Samuel Boughner     Samuel.Boughner@usdoj.gov
Zachary Fairlie     zfairlie@spencerfane.com, lwhitaker@spencerfane.com
Joli A. Lofstedt     joli@jaltrustee.com, ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
John A. O'Brien     jobrien@spencerfane.com,
anissly@spencerfane.com;zbalog@spencerfane.com
Keri L. Riley     klr@kutnerlaw.com, vlm@kutnerlaw.com
Scott C. Sandberg     ssandberg@spencerfane.com,
anissly@spencerfane.com;lwhitaker@spencerfane.com
US Trustee     USTPRegion19.DV.ECF@usdoj.gov


By:   _/s/Nichole Garber_
         For Wadsworth Garber Warner Conrardy, PC

EXHIBIT B

North Shore Vendor Agreement with Poudre Infusion Therapy LLC

| Invoices Submitted batch 1 | dates | amount | wire paid |
|---|---|---|---|
| 1206 | 3/8/23 | 3,083.08 | 3/15/2023 |

| | | | |
|---|---|---|---|
| Retainer Received | | 3,000.00 | 3/15/2023 |
| 1207 | 3/20/23 | 2,131.68 | |
| 1208 | 3/22/23 | 3,685.00 | |
| Invoice Total | | 5,816.68 | |
| RETAINER BALANCE | | -2,816.68 | |

| | | | |
|---|---|---|---|
| Retainer Received | | 3,000.00 | 3/22/2023 |
| RETAINER BALANCE | | 183.32 | |

Pourcelotes Therapy, LLC
915 Centre Avenue Suite 3
Fort Collins, CO 80526-6046
970-494-2130  -

# I N V O I C E

Date    03/20/2023

To      NORTHSHORE HEALTH AND
        1365 W 29th St
        Loveland, CO 80538

| Claim # | Date Billed | Start | Stop | Patient | Payor |
|---------|-------------|-------|------|---------|-------|
| 56206-1 | 03/20/2023 | 03/01/2023 | 03/01/2023 | Northshore, Health & Rehab | NORTHSHORE HEALTH |

| Item | Qty | Billed | Expected |
|------|-----|--------|----------|
| ENT Juven Fruit Punch Lot #: 48801 | 120.00 | $515.28 | $515.28 |
| ENT Boost Plus Vanilla Lot #: 3029 | 48.00 | $103.04 | $103.04 |
| ENT Boost Plus Chocolate Lot #:  23 | 96.00 | $206.07 | $206.07 |
| ENT Boost Plus Strawberry Lot #:  2 | 48.00 | $103.04 | $103.04 |
| ENT Boost Glucose Chocolate Lot #: | 24.00 | $69.60 | $69.60 |
| ENT Boost Breeze WildBerry Lot #: | 48.00 | $115.72 | $115.72 |
| Total Charge for Claim #:    56206-1 | | $1,112.75 | $1,112.75 |

| Claim # | Date Billed | Start | Stop | Patient | Payor |
|---------|-------------|-------|------|---------|-------|
| 56207-1 | 03/20/2023 | 03/06/2023 | 03/06/2023 | Northshore, Health & Rehab | NORTHSHORE HEALTH |

| Item | Qty | Billed | Expected |
|------|-----|--------|----------|
| RN Visit  - per hour | 1.00 | $75.00 | $75.00 |
| Total Charge for Claim #:    56207-1 | | $75.00 | $75.00 |

| Claim # | Date Billed | Start | Stop | Patient | Payor |
|---------|-------------|-------|------|---------|-------|
| 56208-1 | 03/20/2023 | 03/07/2023 | 03/09/2023 | Pollack, Maria | NORTHSHORE HEALTH |

| Item | Qty | Billed | Expected |
|------|-----|--------|----------|
| Per Diem-ABX-q24h | 3.00 | $272.25 | $272.25 |
| Per Diem-Disposable Drug Pump | 3.00 | $27.90 | $27.90 |
| CefTRIAXone 2gm vial | 3.00 | $242.88 | $242.88 |
| Total Charge for Claim #:    56208-1 | | $543.03 | $543.03 |

| Claim # | Date Billed | Start | Stop | Patient | Payor |
|---------|-------------|-------|------|---------|-------|
| 56209-1 | 03/20/2023 | 03/11/2023 | 03/12/2023 | Snyder, Larry | NORTHSHORE HEALTH |

| Item | Qty | Billed | Expected |
|------|-----|--------|----------|
| ceFAZolin 10Gm Vial | 1.40 | $100.80 | $100.80 |
| Per Diem-ABX q8h | 2.00 | $181.50 | $181.50 |
| Per Diem-Disposable Drug Pump (1 - | 2.00 | $18.60 | $18.60 |
| Per Diem-After hours | 1.00 | $100.00 | $100.00 |
| Total Charge for Claim #:    56209-1 | | $400.90 | $400.90 |
| Grand Total Amount Due | | $2,131.68 | $2,131.68 |

Poudre Valley Hospital, LLC
915 Centre Avenue Suite 3
Fort Collins, CO  80526-6046
970-494-2130  -

Batch:Invoice No.: 9008

# I N V O I C E

Date    03/22/2023

To    NORTHSHORE HEALTH AND
1365 W 29th St
Loveland, CO 80538

| Claim # | Date Billed | Start | Stop | Patient | Payor |
|---------|-------------|-------|------|---------|-------|
| 56234-1 | 03/22/2023 | 03/15/2023 | 03/15/2023 | Northshore, Health & Rehab | NORTHSHORE HEALTH |

| Item | Qty | Billed | Expected |
|------|-----|--------|----------|
| ENT Boost Plus Vanilla Lot #:  3015 | 168.00 | $360.63 | $360.63 |
| ENT Boost Plus Chocolate Lot #:  23 | 120.00 | $257.60 | $257.60 |
| ENT Boost Original Strawberry Lot # | 48.00 | $96.39 | $96.39 |
| ENT Boost Breeze WildBerry Lot #: | 24.00 | $57.86 | $57.86 |
| ENT Banatrol Plus Lot #:  HB060622A | 75.00 | $150.72 | $150.72 |
| ENT Juven Fruit Punch Lot #:  49800 | 210.00 | $901.74 | $901.74 |
| ENT Juven Orange Lot #:  448272500 | 270.00 | $1,010.94 | $1,010.94 |
| ENT Boost Plus Strawberry Lot #:  2 | 72.00 | $154.56 | $154.56 |
| ENT Boost Glucose Vanilla Lot #:  2 | 144.00 | $416.16 | $416.16 |
| ENT Boost Glucose Chocolate Lot #: | 96.00 | $278.40 | $278.40 |
| Total Charge for Claim #:    56234-1 | | $3,685.00 | $3,685.00 |
| Grand Total Amount Due | | $3,685.00 | $3,685.00 |

EXHIBIT C

North Shore Vendor Agreement with Columbine Medical Equipment Inc.

| Invoices Submitted batch 1 | dates | amount | wire paid |
|---|---|---|---|
| 278252 | 3/8/23 | 178.90 | |
| 278253 | 3/8/23 | 894.20 | |
| 278396 | 3/8/23 | 1,267.85 | |
| 278406 | 3/8/23 | 1.53 | |
| 278407 | 3/8/23 | 1.06 | |
| 278408 | 3/8/23 | 0.64 | |
| 278395 | 3/8/23 | 28.44 | |
| total invoices | | 2,372.62 | 3/15/2023 |

| Retainer Received | | 16,500.00 | 3/15/2023 |
|---|---|---|---|
| 278557 | 3/14/23 | 730.46 | |
| 278821 | 3/20/23 | 373.12 | |
| 278822 | 3/20/23 | 342.66 | |
| 278823 | 3/20/23 | 433.41 | |
| 278824 | 3/20/23 | 466.80 | |
| 278825 | 3/20/23 | 37.35 | |
| 278826 | 3/20/23 | 1,369.68 | |
| total invoices | | 3,753.48 | |
| RETAINER BALANCE | | 12,746.52 | |

| Retainer Received | 16,500.00 | 3/22/2023 |
|---|---|---|
| RETAINER BALANCE | 29,246.52 | |

COLUMBINE MEDICAL EQUIPMENT
802 WEST DRAKE ROAD STE 123
FORT COLLINS, CO 80526-5567

970-221-1453  Phone
970-490-2754  Fax

# INVOICE

| INVOICE NO | AMOUNT TO ENCLOSE | |
|---|---|---|
| 278557 | 730.46 | |
| DATE | ACCOUNT NO | PAGE |
| 03/14/2023 | 1584 | 1 |

**SEND INVOICE TO**

NORTH SHORE HEALTH & REHAB
1365 WEST 29TH STREET
LOVELAND, CO 80538

**PLEASE RETURN THIS SECTION TO ENSURE PROPER CREDIT**

| ORDER NO | DATE | CUSTOMER | SALESPERSON | PRIOR AUTHORIZATION | SHIP DATE | TERMS | |
|---|---|---|---|---|---|---|---|
| 277304 | 03/14/2023 | 1584 | 11 | | 03/14/2023 | NET 30 DAYS | |

| | DATES OF SERVICE | ITEM | DESCRIPTION | QTY | | TAX | EXTENDED |
|---|---|---|---|---|---|---|---|
| – 1 | 03/14/23 - 03/14/23 | CHSMONTHLYBILL | BiPAP Rental | 1 MO | 100.00 | Y | 100.00 |
| – 2 | 03/14/23 - 03/14/23 | LOXREFILL | Oxygen Liquid Contents Refill | 678 LB | 0.92 | N | 623.76 |



| COMMENT | | |
|---|---|---|
| | SUBTOTAL | 723.76 |
| | SALESTAX | 6.70 |
| | ADJUSTMENT | 0.00 |
| | PAYMENT | 0.00 |
| | DUE FROM OTHERS | 0.00 |
| | PLEASE PAY | 730.46 |

Invoices.rmd.07

COLUMBINE MEDICAL EQUIPMENT
802 WEST DRAKE ROAD STE 123
FORT COLLINS, CO 80526-5567

970-221-1453 Phone
970-490-2754 Fax

# INVOICE

| INVOICE NO | AMOUNT TO ENCLOSE | |
|---|---|---|
| **278821** | **373.12** | |
| DATE | ACCOUNT NO | PAGE |
| 03/20/2023 | 1584 | 1 |

**SEND INVOICE TO**

NORTH SHORE HEALTH & REHAB
1365 WEST 29TH STREET
LOVELAND, CO 80538

- - ✂- - - - - - - - - - - - - - - - - - - - - - **PLEASE RETURN THIS SECTION TO ENSURE PROPER CREDIT** - - - - - - - - - - - - - - - - - - -

| ORDER NO | DATE | CUSTOMER | SALESPERSON | PRIOR AUTHORIZATION | SHIP DATE | TERMS | |
|---|---|---|---|---|---|---|---|
| 277258 | 03/13/2023 | 1584 | 11 | | 03/13/2023 | NET 30 DAYS | |

| | DATES OF SERVICE | ITEM | DESCRIPTION | QTY | | TAX | EXTENDED |
|---|---|---|---|---|---|---|---|
| – 1 | 03/13/23 - 03/13/23 | MEDMPHSAFETY2 | Lancet Safety 28 Gauge | 1 BX | 47.30 | Y | 47.30 |
| – 2 | 03/13/23 - 03/13/23 | MEDMEC37226 | Nail Clipper Toenail | 1 BX | 13.90 | Y | 13.90 |
| – 3 | 03/13/23 - 03/13/23 | MEDMDS136405 | Denture Cleanser Tablets | 1 BX | 7.65 | Y | 7.65 |
| – 4 | 03/13/23 - 03/13/23 | CUR0415 | Lip Balm Petro Free SPR15 | 1 PK | 30.20 | Y | 30.20 |
| – 5 | 03/13/23 - 03/13/23 | BRN1323 | Razor Twin Blade With Lube Strip | 1 BX | 18.25 | Y | 18.25 |
| – 6 | 03/13/23 - 03/13/23 | POS6239LY | Socks Fall Management Yellow Large | 10 PR | 3.55 | Y | 35.50 |
| – 7 | 03/13/23 - 03/13/23 | CURNON25500 | Band Aids Plastic | 1 BX | 4.50 | Y | 4.50 |
| – 8 | 03/13/23 - 03/13/23 | SMI420400 | Wipes Skin Prep | 3 BX | 10.60 | N | 31.80 |
| – 9 | 03/13/23 - 03/13/23 | MEDCRI4000 | Gown Isolation | 6 CS | 27.10 | Y | 162.60 |



| COMMENT | | |
|---|---|---|
| | SUBTOTAL | 351.70 |
| | SALESTAX | 21.42 |
| | ADJUSTMENT | 0.00 |
| | PAYMENT | 0.00 |
| | DUE FROM OTHERS | 0.00 |
| | PLEASE PAY | 373.12 |

COLUMBINE MEDICAL EQUIPMENT
802 WEST DRAKE ROAD STE 123
FORT COLLINS, CO 80526-5567

970-221-1453 Phone
970-490-2754 Fax

# INVOICE

| INVOICE NO | AMOUNT TO ENCLOSE | |
|---|---|---|
| **278822** | **342.66** | |
| DATE | ACCOUNT NO | PAGE |
| 03/20/2023 | 1584 | 1 |

**SEND INVOICE TO**

NORTH SHORE HEALTH & REHAB
1365 WEST 29TH STREET
LOVELAND, CO 80538

---

**PLEASE RETURN THIS SECTION TO ENSURE PROPER CREDIT**

| ORDER NO | DATE | CUSTOMER | SALESPERSON | PRIOR AUTHORIZATION | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|
| 277259 | 03/13/2023 | 1584 | 11 | | 03/13/2023 | NET 30 DAYS |

| | DATES OF SERVICE | ITEM | DESCRIPTION | QTY | | TAX | EXTENDED |
|---|---|---|---|---|---|---|---|
| – 1 | 03/13/23 - 03/13/23 | HUD8884719009 | Incentive Spirometer Coach 2 4000ml | 4 EA | 11.90 | Y | 47.60 |
| – 2 | 03/13/23 - 03/13/23 | SMI211015 | Acapella Flutter Valve Low Flow | 3 EA | 51.25 | Y | 153.75 |
| – 3 | 03/13/23 - 03/13/23 | MEDHCS4640 | Mask Non Rebreather High Concentration | 5 EA | 2.25 | N | 11.25 |
| – 4 | 03/13/23 - 03/13/23 | SAL1600HF | High Flow Nasal Cannula | 1 EA | 4.45 | Y | 4.45 |
| – 5 | 03/13/23 - 03/13/23 | MEDGMC20080003 | Suction Canister 1500mL Allied | 3 EA | 3.60 | Y | 10.80 |
| – 6 | 03/13/23 - 03/13/23 | KEN8881882812 | Syringe TB Magellan | 1 BX | 31.20 | Y | 31.20 |
| – 7 | 03/13/23 - 03/13/23 | WELREUSE11 | Blood Pressure Cuff Size 11 | 2 EA | 31.40 | Y | 62.80 |



| COMMENT | | |
|---|---|---|
| | SUBTOTAL | 321.85 |
| | SALESTAX | 20.81 |
| | ADJUSTMENT | 0.00 |
| | PAYMENT | 0.00 |
| | DUE FROM OTHERS | 0.00 |
| | PLEASE PAY | 342.66 |

Invoices.rmd.07

COLUMBINE MEDICAL EQUIPMENT
802 WEST DRAKE ROAD STE 123
FORT COLLINS, CO 80526-5567

970-221-1453 Phone
970-490-2754 Fax

# INVOICE

| INVOICE NO | AMOUNT TO ENCLOSE |
|---|---|
| 278823 | 433.41 |

| DATE | ACCOUNT NO | PAGE |
|---|---|---|
| 03/20/2023 | 1584 | 1 |

**SEND INVOICE TO**

NORTH SHORE HEALTH & REHAB
1365 WEST 29TH STREET
LOVELAND, CO 80538

---

**PLEASE RETURN THIS SECTION TO ENSURE PROPER CREDIT**

| ORDER NO | DATE | CUSTOMER | SALESPERSON | PRIOR AUTHORIZATION | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|
| 277515 | 03/17/2023 | 1584 | 11 | | 03/17/2023 | NET 30 DAYS |

| | DATES OF SERVICE | ITEM | DESCRIPTION | QTY | | TAX | EXTENDED |
|---|---|---|---|---|---|---|---|
| – 1 | 03/17/23 - 03/17/23 | 3M90643 | Tegaderm Foam 2"x2" | 3 BX | 23.25 | Y | 69.75 |
| – 2 | 03/17/23 - 03/17/23 | 3M90641 | Tegaderm Foam 4"x4" Silicone Border | 1 BX | 73.40 | Y | 73.40 |
| – 3 | 03/17/23 - 03/17/23 | SMI66020044 | Allevyn Adhesive 5x5 | 1 BX | 95.35 | Y | 95.35 |
| – 4 | 03/17/23 - 03/17/23 | MEDMSC095382 | Soothe And Cool Moisture Barrier Ointment, 7 Oz. | 6 EA | 11.95 | Y | 71.70 |
| – 5 | 03/17/23 - 03/17/23 | 3M90640 | Tegaderm Foam 3"x3" Silicone Border | 3 BX | 32.00 | Y | 96.00 |



| COMMENT | | |
|---|---|---|
| | SUBTOTAL | 406.20 |
| | SALESTAX | 27.21 |
| | ADJUSTMENT | 0.00 |
| | PAYMENT | 0.00 |
| | DUE FROM OTHERS | 0.00 |
| | PLEASE PAY | 433.41 |

Invoices.rmd.07

COLUMBINE MEDICAL EQUIPMENT
802 WEST DRAKE ROAD STE 123
FORT COLLINS, CO 80526-5567

970-221-1453  Phone
970-490-2754  Fax

# INVOICE

| INVOICE NO | AMOUNT TO ENCLOSE | |
|---|---|---|
| **278824** | **466.80** | |
| DATE | ACCOUNT NO | PAGE |
| 03/20/2023 | 1584 | 1 |

**SEND INVOICE TO**

NORTH SHORE HEALTH & REHAB
1365 WEST 29TH STREET
LOVELAND, CO 80538

**PLEASE RETURN THIS SECTION TO ENSURE PROPER CREDIT**

| ORDER NO | DATE | CUSTOMER | SALESPERSON | PRIOR AUTHORIZATION | SHIP DATE | TERMS | |
|---|---|---|---|---|---|---|---|
| 277163 | 03/09/2023 | 1584 | 11 | | 03/09/2023 | NET 30 DAYS | |

| | DATES OF SERVICE | ITEM | DESCRIPTION | QTY | | TAX | EXTENDED |
|---|---|---|---|---|---|---|---|
| – 1 | 03/09/23 - 03/09/23 | INV8881127468 | Arm Rests R Full Length Flip Back Non Adjustable | 2 EA | 70.50 | Y | 141.00 |
| – 2 | 03/09/23 - 03/09/23 | INV8881127466 | Arm Rests L Full Length Flip Back Non Adjustable | 2 EA | 70.50 | Y | 141.00 |
| – 3 | 03/09/23 - 03/09/23 | INV8881127510 | KIT ARMPAD DESK LENGTH VINYL W/2 | 4 EA | 22.62 | Y | 90.48 |
| – 4 | 03/09/23 - 03/09/23 | FREIGHT | Freight Charge | 1 EA | 65.00 | Y | 65.00 |



| COMMENT | | |
|---|---|---|
| | SUBTOTAL | 437.48 |
| | SALESTAX | 29.32 |
| | ADJUSTMENT | 0.00 |
| | PAYMENT | 0.00 |
| | DUE FROM OTHERS | 0.00 |
| | PLEASE PAY | 466.80 |

Invoices.rmd.07

COLUMBINE MEDICAL EQUIPMENT
802 WEST DRAKE ROAD STE 123
FORT COLLINS, CO 80526-5567

970-221-1453  Phone
970-490-2754  Fax

# INVOICE

| INVOICE NO | AMOUNT TO ENCLOSE | |
|---|---|---|
| **278825** | **37.35** | |
| DATE | ACCOUNT NO | PAGE |
| 03/20/2023 | 1584 | 1 |

**SEND INVOICE TO**

NORTH SHORE HEALTH & REHAB
1365 WEST 29TH STREET
LOVELAND, CO 80538

**PLEASE RETURN THIS SECTION TO ENSURE PROPER CREDIT**

| ORDER NO | DATE | CUSTOMER | SALESPERSON | PRIOR AUTHORIZATION | SHIP DATE | TERMS | |
|---|---|---|---|---|---|---|---|
| 277527 | 03/01/2023 | 1584 | 11 | | 03/01/2023 | NET 30 DAYS | |

| DATES OF SERVICE | ITEM | DESCRIPTION | QTY | | TAX | EXTENDED |
|---|---|---|---|---|---|---|
| – 1  03/01/23 - 03/20/23 | DRI14333 | Defined Perimeter Mattress Cover | 1 DY | 35.00 | Y | 35.00 |

| COMMENT | | |
|---|---|---|
| | SUBTOTAL | 35.00 |
| | SALESTAX | 2.35 |
| | ADJUSTMENT | 0.00 |
| | PAYMENT | 0.00 |
| | DUE FROM OTHERS | 0.00 |
| | PLEASE PAY | 37.35 |

Invoices.rmd.07

COLUMBINE MEDICAL EQUIPMENT
802 WEST DRAKE ROAD STE 123
FORT COLLINS, CO 80526-5567

970-221-1453  Phone
970-490-2754  Fax

# INVOICE

| INVOICE NO | AMOUNT TO ENCLOSE | |
|---|---|---|
| **278826** | **1,369.68** | |
| DATE | ACCOUNT NO | PAGE |
| 03/20/2023 | 1584 | 1 |

**SEND INVOICE TO**

NORTH SHORE HEALTH & REHAB
1365 WEST 29TH STREET
LOVELAND, CO 80538

---

**PLEASE RETURN THIS SECTION TO ENSURE PROPER CREDIT**

| ORDER NO | DATE | CUSTOMER | SALESPERSON | PRIOR AUTHORIZATION | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|
| 277528 | 03/20/2023 | 1584 | 11 | | 03/20/2023 | NET 30 DAYS |

| | DATES OF SERVICE | ITEM | DESCRIPTION | QTY | | TAX | EXTENDED |
|---|---|---|---|---|---|---|---|
| 1 | 03/20/23 - 03/20/23 | CHSMONTHLYBILL | Dewar Rental | 1 MO | 0.00 | N | 0.00 |
| 2 | 03/20/23 - 03/20/23 | CHSMONTHLYBILL | Surplus Equipment Staging | 1 MO | 62.50 | Y | 62.50 |
| 3 | 03/20/23 - 03/20/23 | LOXREFILL | Oxygen Liquid Contents Refill | 1,066 LB | 0.92 | N | 980.72 |
| 4 | 03/20/23 - 03/20/23 | CHSMONTHLYBILL | BiPAP Rent | 1 MO | 93.75 | Y | 93.75 |
| 5 | 03/20/23 - 03/20/23 | CHSMONTHLYBILL | OXYGEN EQUIPMENT RENT | 1 MO | 222.24 | N | 222.24 |



| COMMENT | | |
|---|---|---|
| | SUBTOTAL | 1,359.21 |
| | SALESTAX | 10.47 |
| | ADJUSTMENT | 0.00 |
| | PAYMENT | 0.00 |
| | DUE FROM OTHERS | 0.00 |
| | PLEASE PAY | 1,369.68 |

Invoices.rmd.07

EXHIBIT D

North Shore Vendor Agreement with Columbine Distribution Center

| Invoices Submitted batch 1 | dates | amount | wire paid |
|---|---|---|---|
| 76565 | 3/6/23 | 40.14 | |
| 76575 | 3/8/23 | 4,894.62 | |
| 76579 | 3/8/23 | 172.79 | |
| 76580 | 3/8/23 | 869.39 | |
| 76581 | 3/8/23 | 1,558.43 | |
| 76582 | 3/8/23 | 61.56 | |
| total invoices | | 7,596.93 | 3/15/2023 |

| | | amount | date |
|---|---|---|---|
| Retainer Received | | 7,000.00 | 3/15/2023 |
| 76661 | 3/15/23 | 1,084.43 | |
| 76652 | 3/15/23 | 3,346.89 | |
| 76653 | 3/15/23 | 1,114.99 | |
| 76659 | 3/15/23 | 654.43 | |
| 76731 | 3/22/23 | 914.81 | |
| 76732 | 3/22/23 | 159.53 | |
| 76723 | 3/22/23 | 3,754.71 | |
| 76724 | 3/22/23 | 227.66 | |
| 76725 | 3/22/23 | 1,040.75 | |
| 76739 | 3/22/23 | 148.00 | |
| TOTAL INVOICES | | 12,446.20 | |
| RETAINER BALANCE | | -5,446.20 | |

| | | amount | date |
|---|---|---|---|
| Retained Received | | 7,000.00 | 3/22/2023 |
| RETAINER BALANCE | | 1,553.80 | |

# Invoice

COLUMBINE DISTRIBUTION CENTER, LLC
Columbine Distribution Center, LLC
802 West Drake Rd Ste 149
Fort Collins, CO 80526
9704820198

| | |
|---|---|
| Invoice Number: | **0076661-IN** |
| Invoice Date: | **3/15/2023** |
| Customer Number: | NSM |

## Sold To:

**Northshore Health & Rehab**
**1365 West 29th Street**
**Loveland, CO  80538**

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | | NO TERMS |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| FODENBBLEM3 | EACH | 1.000 | 1.000 | 0.000 | 38.6100 | 38.61 |
| JUICE - B/B LEMONADE 3GAL | | | Whse: 000 | | | |
| FODENCOOTEA | EACH | 1.000 | 1.000 | 0.000 | 61.0500 | 61.05 |
| JUICE - COOPERS TEA 5GAL | | | Whse: 000 | | | |
| FODENNESPEA | EACH | 1.000 | 1.000 | 0.000 | 46.4200 | 46.42 |
| PEACH TEA | | | Whse: 000 | | | |
| FODENNESRAS | EACH | 1.000 | 1.000 | 0.000 | 50.8640 | 50.86 |
| RASPBERRY TEA | | | Whse: 000 | | | |
| FODENVERAPPS | EACH | 1.000 | 1.000 | 0.000 | 51.7500 | 51.75 |
| JUICE - VERYFINE APPLE SELECT | | | Whse: 000 | | | |
| FODENVERCRAN100 | EACH | 1.000 | 1.000 | 0.000 | 56.0880 | 56.09 |
| CRANBERRY JUICE 25 % 4 TO 1 MI | | | Whse: 000 | | | |
| FODENVEROJ100 | EACH | 2.000 | 2.000 | 0.000 | 67.6720 | 135.34 |
| JUICE - VERYFINE OJ 100% | | | Whse: 000 | | | |
| FODENHOTCHO | CASE | 1.000 | 1.000 | 0.000 | 51.7500 | 51.75 |
| HOT CHOCOLATE | | | Whse: 000 | | | |
| FOFVANILLACAP | CASE | 1.000 | 1.000 | 0.000 | 70.3560 | 70.36 |
| CAPPUCCINO FRENCH VANILLA 6/2 | | | Whse: 000 | | | |
| FOGREENT | BOX | 1.000 | 1.000 | 0.000 | 4.5540 | 4.55 |
| GREEN TEA BAGGED 28CT 6/CS | | | Whse: 000 | | | |
| FOLEMONT | BOX | 1.000 | 1.000 | 0.000 | 4.5540 | 4.55 |
| TEA BAGGED LEMON 28CT 6/CS | | | Whse: 000 | | | |
| FOMINTT | BOX | 2.000 | 2.000 | 0.000 | 4.5540 | 9.11 |
| TEA BAGGED MINT 28CT 6/CS | | | Whse: 000 | | | |
| FOORANGET | BOX | 2.000 | 2.000 | 0.000 | 4.5540 | 9.11 |
| TEA BAGGED ORANGE 28CT 6/CS | | | Whse: 000 | | | |
| FOSPOONBENDER | CASE | 4.000 | 4.000 | 0.000 | 35.4775 | 141.91 |
| Coffee Boyers Spoonbender 32/2 | | | Whse: 000 | | | |
| TAMELDF | BOX | 1.000 | 1.000 | 0.000 | 21.1800 | 21.18 |
| Melinda III Dinner Fork 3dz/bx | | | Whse: 000 | | | |

Continued

# Invoice

Page: 2

COLUMBINE DISTRIBUTION CENTER, LLC
Columbine Distribution Center, LLC
802 West Drake Rd Ste 149
Fort Collins, CO 80526
9704820198

**Invoice Number:** **0076661-IN**

**Invoice Date:** **3/15/2023**

**Customer Number:** NSM

Sold To:

**Northshore Health & Rehab**
**1365 West 29th Street**
**Loveland, CO  80538**

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | | NO TERMS |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| TAMELKN | BOX | 1.000 | 1.000 | 0.000 | 45.8880 | 45.89 |
| Melinda III Dinner Knife 3dz/b | | | Whse:  000 | | | |
| TAMELTS | BOX | 1.000 | 1.000 | 0.000 | 9.3696 | 9.37 |
| Melinda III TeaSpoon 3dz/bx | | | Whse:  000 | | | |
| HSK-40X46W | EACH | 1.000 | 1.000 | 0.000 | 31.4400 | 31.44 |
| Liner White 40x46" | | | Whse:  000 | | | |
| DIE-DAWN5G | EACH | 1.000 | 1.000 | 0.000 | 104.5000 | 104.50 |
| Dish Soap Liquid 5 gal Dawn | | | Whse:  000 | | | |
| DIE-SOLO | BKT | 1.000 | 1.000 | 0.000 | 81.4000 | 81.40 |
| SOLO Detergent Warewash 5 Gal | | | Whse:  000 | | | |

| | |
|---|---|
| Net Invoice: | 1,025.24 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 59.19 |
| **Invoice Total:** | 1,084.43 |

Page: 1

# Invoice

COLUMBINE DISTRIBUTION CENTER, LLC
Columbine Distribution Center, LLC
802 West Drake Rd Ste 149
Fort Collins, CO 80526
9704820198

| | |
|---|---|
| Invoice Number: | **0076652-IN** |
| Invoice Date: | **3/15/2023** |
| Customer Number: | NSM |

Sold To:

**Northshore Health & Rehab**
**1365 West 29th Street**
**Loveland, CO  80538**

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | | NO TERMS |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| MG3003 | CASE | 4.000 | 4.000 | 0.000 | 188.5000 | 754.00 |
| LARGE NITRILE GLOVE MG3003 | | | Whse: 000 | | | |
| BR-FITPLUSL | CASE | 7.000 | 7.000 | 0.000 | 41.6100 | 291.27 |
| FITPLUS LARGE BRIEF | | | Whse: 000 | | | |
| BR-FITPLUSXL | CASE | 6.000 | 6.000 | 0.000 | 49.8100 | 298.86 |
| FITPLUS EXTRA LARGE BRIEF | | | Whse: 000 | | | |
| BR-FITPLUSXXL | CASE | 5.000 | 5.000 | 0.000 | 69.9990 | 349.95 |
| FITPLUS XXLARGE BRIEF | | | Whse: 000 | | | |
| BR-NTB-013 | CAS1 | 1.000 | 1.000 | 0.000 | 74.8860 | 74.89 |
| REVAIL LARGE PM BRIEF NTB-013 | | | Whse: 000 | | | |
| BR-NTB-014 | CAS1 | 2.000 | 2.000 | 0.000 | 74.8860 | 149.77 |
| REVAIL XLARGE PM BRIEF NTB-014 | | | Whse: 000 | | | |
| BR-FIT33005 | CASE | 2.000 | 2.000 | 0.000 | 44.0000 | 88.00 |
| PULLUP, FITRIGHT MED | | | Whse: 000 | | | |
| BR-FIT33505 | CASE | 2.000 | 2.000 | 0.000 | 49.1000 | 98.20 |
| PULLUP, FITRIGHT LARGE | | | Whse: 000 | | | |
| BR-FIT33600 | CASE | 1.000 | 1.000 | 0.000 | 63.0300 | 63.03 |
| PULLUP, FITRIGHT XL | | | Whse: 000 | | | |
| BR-PULLON-XXL | CASE | 1.000 | 1.000 | 0.000 | 54.2400 | 54.24 |
| PULLON,PROTECTION PLUS-XXL MSC | | | Whse: 000 | | | |
| BR-TENAPADLITE | CAS1 | 3.000 | 3.000 | 0.000 | 36.9025 | 110.71 |
| PAD, TENA DAY LIGHT | | | Whse: 000 | | | |
| BR-WIPES | CAS1 | 18.000 | 18.000 | 0.000 | 39.0000 | 702.00 |
| PREVAIL ADULT WIPES 12/68 CT | | | Whse: 000 | | | |
| NU-BARRIER CRE | CASE | 1.000 | 1.000 | 0.000 | 91.0800 | 91.08 |
| Z-GUARD BARRIER CREAM 4oz | | | Whse: 000 | | | |
| NU-WATER, DIST | CASE | 1.000 | 1.000 | 0.000 | 10.7250 | 10.73 |
| Water Distilled 1gal 6/cs | | | Whse: 000 | | | |

| | |
|---|---|
| Net Invoice: | 3,136.73 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 210.16 |
| **Invoice Total:** | 3,346.89 |

Page: 1

# Invoice

COLUMBINE DISTRIBUTION CENTER, LLC
Columbine Distribution Center, LLC
802 West Drake Rd Ste 149
Fort Collins, CO 80526
9704820198

| | |
|---|---|
| Invoice Number: | **0076653-IN** |
| Invoice Date: | **3/15/2023** |
| Customer Number: | NSM |

## Sold To:

**Northshore Health & Rehab**
**1365 West 29th Street**
**Loveland, CO  80538**

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | | NO TERMS |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| HSK-FEBREZE | CASE | 2.000 | 2.000 | 0.000 | 44.3250 | 88.65 |
| Air Neutralizer Spring/Renewal | | | Whse: 000 | | | |
| HSK-LYSOL | CASE | 2.000 | 2.000 | 0.000 | 86.2375 | 172.48 |
| SPRAY, LYSOL DISINFECTANT | | | Whse: 000 | | | |
| HSK-24X32BUFF | CASE | 5.000 | 5.000 | 0.000 | 22.7400 | 113.70 |
| Liner Buff 24x32" 10-15Mil | | | Whse: 000 | | | |
| HSK-38X58C | EACH | 6.000 | 6.000 | 0.000 | 28.3680 | 170.21 |
| Liner Clear 38x58" | | | Whse: 000 | | | |
| PS-TP | CAS1 | 1.000 | 1.000 | 0.000 | 53.9124 | 53.91 |
| TOILET PAPER | | | Whse: 000 | | | |
| PS-ENMOTION | CAS1 | 1.000 | 1.000 | 0.000 | 70.8125 | 70.81 |
| Enmotion Paper Towel Rolls-800 | | | Whse: 000 | | | |
| PS-TISSUE | CAS1 | 5.000 | 5.000 | 0.000 | 24.2640 | 121.32 |
| ANGEL SOFT FACIAL TISSUE, 30/ | | | Whse: 000 | | | |
| PS-MULTIFOLD | EACH | 2.000 | 2.000 | 0.000 | 30.8388 | 61.68 |
| MULTI-FOLD TOWEL-ADV, SCOTT | | | Whse: 000 | | | |
| HSK-MICROFBR,BL | PACK | 3.000 | 3.000 | 0.000 | 9.6000 | 28.80 |
| Cloth MicroFiber Blue dz/pack | | | Whse: 000 | | | |
| HSK-MICROFBR,YL | PACK | 3.000 | 3.000 | 0.000 | 9.6000 | 28.80 |
| Cloth MicroFiber Yellow dz/pac | | | Whse: 000 | | | |
| HSK-PURELLSOAP | CASE | 3.000 | 3.000 | 0.000 | 44.8740 | 134.62 |
| Sanitizer 2/1200mL 7772-02 | | | Whse: 000 | | | |

| | |
|---|---|
| Net Invoice: | 1,044.98 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 70.01 |
| **Invoice Total:** | 1,114.99 |

# Invoice

COLUMBINE DISTRIBUTION CENTER, LLC
Columbine Distribution Center, LLC
802 West Drake Rd Ste 149
Fort Collins, CO 80526
9704820198

Invoice Number: **0076659-IN**

Invoice Date: **3/15/2023**

Customer Number: NSM

Sold To:

**Northshore Health & Rehab**
**1365 West 29th Street**
**Loveland, CO  80538**

| Customer P.O. | Ship VIA | F.O.B. | | Terms |
|---|---|---|---|---|
| | | | | NO TERMS |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| HSK-COMET | CASE | 1.000 | 1.000 | 0.000 | 57.7000 | 57.70 |
| COMET CLEANER W/BLEACH SPRAY | | | Whse: 000 | | | |
| LAU-LIQ BREAKER | CASE | 2.000 | 2.000 | 0.000 | 74.7500 | 149.50 |
| LIQUID LAUNDRY BREAKER 1.5 GAL | | | Whse: 000 | | | |
| LAU-SOUR SOFT | EACH | 1.000 | 1.000 | 0.000 | 74.7500 | 74.75 |
| SOUR SOFT LAUNDRY SOFTENER 1.5 | | | Whse: 000 | | | |
| HSK-DRAWSHEET | DZ | 3.000 | 3.000 | 0.000 | 37.3000 | 111.90 |
| Sheet Draw 4255472 54x72" 6/pk | | | Whse: 000 | | | |
| HSK-HANDTOWEL | DZ | 3.000 | 3.000 | 0.000 | 17.5630 | 52.69 |
| HAND TOWEL 16X27 | | | Whse: 000 | | | |
| HSK-BATHTOWEL | DZ | 3.000 | 3.000 | 0.000 | 55.5960 | 166.79 |
| Towel Bath 9352050-P 24x50" dz | | | Whse: 000 | | | |

| | |
|---|---|
| Net Invoice: | 613.33 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 41.10 |
| **Invoice Total:** | 654.43 |

Page: 1

# Invoice

COLUMBINE DISTRIBUTION CENTER, LLC
Columbine Distribution Center, LLC
802 West Drake Rd Ste 149
Fort Collins, CO 80526
9704820198

**Invoice Number:** **0076731-IN**

**Invoice Date:** **3/22/2023**

**Customer Number:** NSM

Sold To:

**Northshore Health & Rehab**
**1365 West 29th Street**
**Loveland, CO  80538**

| Customer P.O. | Ship VIA | F.O.B. | Terms |
| --- | --- | --- | --- |
| | | | NO TERMS |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| HSK-BLEACH | CASE | 1.000 | 1.000 | 0.000 | 17.3550 | 17.36 |
| Clorox Bleach 3BTL/cs Gallon | | | Whse: 000 | | | |
| HSK-CL30828 | CASE | 1.000 | 1.000 | 0.000 | 53.2440 | 53.24 |
| CLOROX HYDROGEN PEROXIDE SPRAY | | | Whse: 000 | | | |
| HSK-MAGIC ERAS | CAS1 | 3.000 | 3.000 | 0.000 | 45.0000 | 135.00 |
| Sponge Magic Eraser Mr. Clean | | | Whse: 000 | | | |
| PS-TP | CAS1 | 2.000 | 2.000 | 0.000 | 53.9124 | 107.82 |
| TOILET PAPER | | | Whse: 000 | | | |
| PS-ENMOTION | CAS1 | 2.000 | 2.000 | 0.000 | 70.8125 | 141.63 |
| Enmotion Paper Towel Rolls-800 | | | Whse: 000 | | | |
| PS-TISSUE | CAS1 | 5.000 | 5.000 | 0.000 | 24.2640 | 121.32 |
| ANGEL SOFT FACIAL TISSUE, 30/ | | | Whse: 000 | | | |
| PS-MULTIFOLD | EACH | 2.000 | 2.000 | 0.000 | 30.8388 | 61.68 |
| MULTI-FOLD TOWEL-ADV, SCOTT | | | Whse: 000 | | | |
| HSK-ODOR-RIFIC | EACH | 4.000 | 4.000 | 0.000 | 44.8800 | 179.52 |
| ODOR-RIFIC LEMON ODOR REMOVER | | | Whse: 000 | | | |
| HSK-PURELLPUMP | CAS1 | 1.000 | 1.000 | 0.000 | 39.8040 | 39.80 |
| PURELL Sanitizer 3659-12 pump | | | Whse: 000 | | | |

| | |
| --- | --- |
| Net Invoice: | 857.37 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 57.44 |
| **Invoice Total:** | 914.81 |

# Invoice

COLUMBINE DISTRIBUTION CENTER, LLC
Columbine Distribution Center, LLC
802 West Drake Rd Ste 149
Fort Collins, CO 80526
9704820198

| | |
|---|---|
| Invoice Number: | **0076732-IN** |
| Invoice Date: | **3/22/2023** |
| Customer Number: | NSM |

Sold To:

**Northshore Health & Rehab**
**1365 West 29th Street**
**Loveland, CO  80538**

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | | NO TERMS |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| LAU-LIQ BREAKER | CASE | 2.000 | 2.000 | 0.000 | 74.7500 | 149.50 |
| LIQUID LAUNDRY BREAKER 1.5 GAL | | | Whse:  000 | | | |
| LAU-SOLUBLEBAGS | CASE | 0.000 | 0.000 | 0.000 | 138.7080 | 0.00 |
| WATER SOLUBLE LAUNDRY BAGS | | | Whse:  000 | | | |
| Back Order 1 | | | | | | |

| | |
|---|---|
| Net Invoice: | 149.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 10.03 |
| **Invoice Total:** | 159.53 |

# Invoice

COLUMBINE DISTRIBUTION CENTER, LLC
Columbine Distribution Center, LLC
802 West Drake Rd Ste 149
Fort Collins, CO 80526
9704820198

**Invoice Number:** **0076723-IN**

**Invoice Date:** 3/22/2023

**Customer Number:** NSM

## Sold To:

**Northshore Health & Rehab**
**1365 West 29th Street**
**Loveland, CO  80538**

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | | NO TERMS |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| MG3002 | CASE | 4.000 | 4.000 | 0.000 | 188.5000 | 754.00 |
| MEDIUM NITRILE GLOVE MG3002 | | | Whse: 000 | | | |
| BR-BARIBRIEFC | CASE | 4.000 | 4.000 | 0.000 | 68.2000 | 272.80 |
| Baribrief C | | | Whse: 000 | | | |
| BR-FITPLUSM | CASE | 3.000 | 3.000 | 0.000 | 34.8700 | 104.61 |
| FITPLUS MEDIUM BRIEF | | | Whse: 000 | | | |
| BR-FITPLUSL | CASE | 7.000 | 7.000 | 0.000 | 41.6100 | 291.27 |
| FITPLUS LARGE BRIEF | | | Whse: 000 | | | |
| BR-FITPLUSXL | CASE | 6.000 | 6.000 | 0.000 | 49.8100 | 298.86 |
| FITPLUS EXTRA LARGE BRIEF | | | Whse: 000 | | | |
| BR-FITPLUSXXL | CASE | 5.000 | 5.000 | 0.000 | 69.9900 | 349.95 |
| FITPLUS XXLARGE BRIEF | | | Whse: 000 | | | |
| BR-NTB-013 | CAS1 | 2.000 | 2.000 | 0.000 | 74.8860 | 149.77 |
| REVAIL LARGE PM BRIEF NTB-013 | | | Whse: 000 | | | |
| BR-NTB-014 | CAS1 | 2.000 | 2.000 | 0.000 | 74.8860 | 149.77 |
| REVAIL XLARGE PM BRIEF NTB-014 | | | Whse: 000 | | | |
| BR-FIT33005 | CASE | 2.000 | 2.000 | 0.000 | 44.0000 | 88.00 |
| PULLUP, FITRIGHT MED | | | Whse: 000 | | | |
| BR-FIT33505 | CASE | 3.000 | 3.000 | 0.000 | 49.1000 | 147.30 |
| PULLUP, FITRIGHT LARGE | | | Whse: 000 | | | |
| BR-FIT33600 | CASE | 2.000 | 2.000 | 0.000 | 63.0300 | 126.06 |
| PULLUP, FITRIGHT XL | | | Whse: 000 | | | |
| BR-TENAPADLITE | CAS1 | 2.000 | 2.000 | 0.000 | 36.9025 | 73.81 |
| PAD, TENA DAY LIGHT | | | Whse: 000 | | | |
| BR-WIPES | CAS1 | 18.000 | 18.000 | 0.000 | 39.0000 | 702.00 |
| PREVAIL ADULT WIPES 12/68 CT | | | Whse: 000 | | | |
| NU-WATER, DIST | CASE | 1.000 | 1.000 | 0.000 | 10.7250 | 10.73 |
| Water Distilled 1gal 6/cs | | | Whse: 000 | | | |

| | |
|---|---|
| Net Invoice: | 3,518.93 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 235.78 |
| **Invoice Total:** | 3,754.71 |

# Invoice

COLUMBINE DISTRIBUTION CENTER, LLC
Columbine Distribution Center, LLC
802 West Drake Rd Ste 149
Fort Collins, CO 80526
9704820198

**Invoice Number:** **0076724-IN**

**Invoice Date:** **3/22/2023**

**Customer Number:** NSM

Sold To:

**Northshore Health & Rehab**
**1365 West 29th Street**
**Loveland, CO  80538**

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | | NO TERMS |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| OFFPAPW | BOX | 4.000 | 4.000 | 0.000 | 53.3390 | 213.36 |
| Paper Office 8.5x11 White | | | Whse: 000 | | | |

| | | |
|---|---|---|
| Net Invoice: | | 213.36 |
| Less Discount: | | 0.00 |
| Freight: | | 0.00 |
| Sales Tax: | | 14.30 |
| **Invoice Total:** | | 227.66 |

# Invoice

COLUMBINE DISTRIBUTION CENTER, LLC
Columbine Distribution Center, LLC
802 West Drake Rd Ste 149
Fort Collins, CO 80526
9704820198

**Invoice Number:** **0076725-IN**

**Invoice Date:** **3/22/2023**

**Customer Number:** NSM

## Sold To:

**Northshore Health & Rehab**
**1365 West 29th Street**
**Loveland, CO  80538**

| Customer P.O. | Ship VIA | | F.O.B. | | Terms |
|---|---|---|---|---|---|
| | | | | | NO TERMS |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| FODENBBLEM3 | EACH | 1.000 | 1.000 | 0.000 | 38.6100 | 38.61 |
| JUICE - B/B LEMONADE 3GAL | | | Whse: 000 | | | |
| FODENVEROJ100 | EACH | 2.000 | 2.000 | 0.000 | 67.6720 | 135.34 |
| JUICE - VERYFINE OJ 100% | | | Whse: 000 | | | |
| FOCHAMOMILET | BOX | 2.000 | 2.000 | 0.000 | 4.5540 | 9.11 |
| TEA BAGGED CHAMOMILE 28CT 6/CS | | | Whse: 000 | | | |
| FOCINNAMONT | BOX | 1.000 | 1.000 | 0.000 | 4.5540 | 4.55 |
| TEA BAGGED CINNAMON 28CT 6/CS | | | Whse: 000 | | | |
| FODENHOTCHO | CASE | 1.000 | 1.000 | 0.000 | 51.7500 | 51.75 |
| HOT CHOCOLATE | | | Whse: 000 | | | |
| FOLIQUIDREG | CASE | 2.000 | 2.000 | 0.000 | 98.8350 | 197.67 |
| COFFEE LIQUID REGULAR 8 OCLOCK | | | Whse: 000 | | | |
| FOMINTT | BOX | 2.000 | 2.000 | 0.000 | 4.5540 | 9.11 |
| TEA BAGGED MINT 28CT 6/CS | | | Whse: 000 | | | |
| FOSPOONBENDER | CASE | 5.000 | 5.000 | 0.000 | 35.4775 | 177.39 |
| Coffee Boyers Spoonbender 32/2 | | | Whse: 000 | | | |
| TAMELDF | BOX | 1.000 | 1.000 | 0.000 | 21.1800 | 21.18 |
| Melinda III Dinner Fork 3dz/bx | | | Whse: 000 | | | |
| TAMELKN | BOX | 1.000 | 1.000 | 0.000 | 45.8880 | 45.89 |
| Melinda III Dinner Knife 3dz/b | | | Whse: 000 | | | |
| TAMELTS | BOX | 1.000 | 1.000 | 0.000 | 9.3696 | 9.37 |
| Melinda III TeaSpoon 3dz/bx | | | Whse: 000 | | | |
| HSK-40X46W | EACH | 1.000 | 1.000 | 0.000 | 31.4400 | 31.44 |
| Liner White 40x46" | | | Whse: 000 | | | |
| DIE-5OZPLCUP | CAS1 | 1.000 | 1.000 | 0.000 | 50.3250 | 50.33 |
| Cup Plastic 5oz Galaxy | | | Whse: 000 | | | |
| DIE-CHLORSAN | BKT | 1.000 | 1.000 | 0.000 | 42.0000 | 42.00 |
| CHLORSAN Sanitizer 5GAL. | | | Whse: 000 | | | |
| DIE-SOLO | BKT | 2.000 | 2.000 | 0.000 | 81.4000 | 162.80 |
| SOLO Detergent Warewash 5 Gal | | | Whse: 000 | | | |

| | |
|---|---|
| Net Invoice: | 986.54 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 54.21 |
| **Invoice Total:** | 1,040.75 |

# Invoice

COLUMBINE DISTRIBUTION CENTER, LLC
Columbine Distribution Center, LLC
802 West Drake Rd Ste 149
Fort Collins, CO 80526
9704820198

**Invoice Number:** **0076739-IN**

**Invoice Date:** **3/22/2023**

**Customer Number:** NSM

Sold To:

**Northshore Health & Rehab**
**1365 West 29th Street**
**Loveland, CO  80538**

| Customer P.O. | Ship VIA | F.O.B. | Terms |
| --- | --- | --- | --- |
| | | | NO TERMS |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| LAU-SOLUBLEBAGS | CASE | 1.000 | 1.000 | 0.000 | 138.7080 | 138.71 |
| WATER SOLUBLE LAUNDRY BAGS | | | Whse: 000 | | | |

| | |
| --- | --- |
| Net Invoice: | 138.71 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 9.29 |
| **Invoice Total:** | 148.00 |

North Shore Vendor Agreement with Centre Pharmacy Inc.

| Invoices Submitted batch 1 | dates | amount | wire paid |
|---|---|---|---|
| Medicare | 03/01/23-03/07/23 | 1,024.16 | |
| Medicare | 03/08/23-03/13/23 | 653.52 | |
| Floor Stock | 03/01/23-03/07/23 | 715.15 | |
| Floor Stock | 03/08/23-03/13/23 | 297.17 | |
| Contract | 03/01/23-03/07/23 | 7,318.07 | |
| Contract | 03/08/23-03/13/23 | 2,164.42 | |
| Casual Sales | 03/01/23-03/13/23 | 227.74 | |
| total invoices | | 12,400.23 | 3/15/2023 |

| Retainer Received | | | 9,000.00 | 3/15/2023 |
|---|---|---|---|---|
| Medicare | 03/14/23-03/22/23 | 1,554.97 | | |
| Floor Stock | 03/14/23-03/22/23 | 627.12 | | |
| Casual Sales | 03/14/23-03/22/23 | 447.00 | | |
| Contract | 03/14/23-03/22/23 | 4,382.08 | | |
| Consulting | 3/6/23-3/22/23 | 1,076.25 | | |
| TOTAL INVOICES | | 8,087.42 | | |
| RETAINER BALANCE | | | 912.58 | |

| Retainer Received | | 9,000.00 | 3/22/2023 |
|---|---|---|---|
| RETAINER BALANCE | | 9,912.58 | |

```
P8C32B  19122001  T O T A L                    CENTRE PHARMACY, INC.                           PAGE   1
LICENSE 44-2                         M O N T H L Y   A U D I T   L O G                    DATE 03/23/23
                                              031423-032223
```

---

```
        *-------------------- NEW --------------------*              *---------------- REFILL ----------------*
            #RX      COST      AMOUNT    MARGIN    %                     #RX      COST      AMOUNT    MARGIN    %
RETAIL       22    568.95     1052.50    483.55   46                      11    257.57      502.47    244.90   49
MEDICAID      0       .00         .00       .00                            0       .00         .00       .00
THIRD         0       .00         .00       .00                            0       .00         .00       .00
TOTAL        22    568.95     1052.50    483.55   46                      11    257.57      502.47    244.90   49
```

```
        *-------------------------------------- TOTALS --------------------------------------*
            #RX      COST      AMOUNT   DISCOUNT       COPAY        TAX       MARGIN    %  AVG PRICE AVG MARGIN
RETAIL       33    826.52     1554.97       .00         .00        .00       728.45   47     47.12     22.07
MEDICAID      0       .00         .00       .00         .00        .00          .00             .00       .00
THIRD         0       .00         .00       .00         .00        .00          .00             .00       .00
TOTAL        33    826.52     1554.97       .00         .00        .00       728.45   47     47.12     22.07
```

NOTE:  ALL MARGINS ARE BASED ON ACQUISITION COST

*N S          Medicare*

```
P8C32B  19122001  T O T A L                      CENTRE PHARMACY, INC.                              PAGE    1
LICENSE 44-2                            M O N T H L Y   A U D I T   L O G                 DATE 03/23/23
                                              031423-032223
```

```
         *--------------------- NEW ---------------------*          *----------------- REFILL -----------------*
            #RX      COST      AMOUNT     MARGIN     %                 #RX      COST      AMOUNT     MARGIN     %
RETAIL        2      9.80       24.41      14.61    60                 30    313.53      602.71     289.18    48
MEDICAID      0       .00         .00        .00                        0       .00         .00        .00
THIRD         0       .00         .00        .00                        0       .00         .00        .00
TOTAL         2      9.80       24.41      14.61    60                 30    313.53      602.71     289.18    48
```

```
         *-------------------------------------- TOTALS --------------------------------------*
            #RX      COST      AMOUNT   DISCOUNT      COPAY        TAX     MARGIN     %   AVG PRICE  AVG MARGIN
RETAIL       32    323.33      627.12       .00        .00      42.00    303.79    48      19.60        9.49
MEDICAID      0       .00         .00       .00        .00        .00       .00               .00         .00
THIRD         0       .00         .00       .00        .00        .00       .00               .00         .00
TOTAL        32    323.33      627.12       .00        .00      42.00    303.79    48      19.60        9.49

                 NOTE:  ALL MARGINS ARE BASED ON ACQUISITION COST
```

*NS Floor Stock*

```
P8C32B  19122001  T O T A L                    CENTRE PHARMACY, INC.                              PAGE    1
LICENSE 44-2                            M O N T H L Y   A U D I T   L O G                  DATE 03/23/23
                                               031423-032223
```

--------------------------------------------------------------------------------------------------

| *----------------- NEW ------------------* | | | | | *----------------- REFILL -----------------* | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | #RX | COST | AMOUNT | MARGIN | % | #RX | COST | AMOUNT | MARGIN | % |
| RETAIL | 0 | .00 | .00 | .00 | | 3 | 363.76 | 447.00 | 83.24 | 19 |
| MEDICAID | 0 | .00 | .00 | .00 | | 0 | .00 | .00 | .00 | |
| THIRD | 0 | .00 | .00 | .00 | | 0 | .00 | .00 | .00 | |
| TOTAL | 0 | .00 | .00 | .00 | | 3 | 363.76 | 447.00 | 83.24 | 19 |

| *----------------- TOTALS -----------------* | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | #RX | COST | AMOUNT | DISCOUNT | COPAY | TAX | MARGIN | % | AVG PRICE | AVG MARGIN |
| RETAIL | 3 | 363.76 | 447.00 | .00 | .00 | .00 | 83.24 | | 149.00 | 27.75 |
| MEDICAID | 0 | .00 | .00 | .00 | .00 | .00 | .00 | | .00 | .00 |
| THIRD | 0 | .00 | .00 | .00 | .00 | .00 | .00 | | .00 | .00 |
| TOTAL | 3 | 363.76 | 447.00 | .00 | .00 | .00 | 83.24 | 19 | 149.00 | 27.75 |

NOTE:  ALL MARGINS ARE BASED ON ACQUISITION COST

NS  Casual Sale

```
P8C32B  19122001  T O T A L                    CENTRE PHARMACY, INC.                              PAGE   1
LICENSE 44-2                              M O N T H L Y   A U D I T   L O G                    DATE 03/23/23
                                                031423-032223
```

---

```
        *------------------- NEW -------------------*            *---------------- REFILL ----------------*
           #RX      COST      AMOUNT    MARGIN    %                 #RX      COST     AMOUNT    MARGIN    %
RETAIL      81    2138.66    3691.79   1553.13   42                  33    193.38    690.29    496.91   72
MEDICAID     0       .00        .00       .00                         0      .00       .00       .00
THIRD        0       .00        .00       .00                         0      .00       .00       .00
TOTAL       81    2138.66    3691.79   1553.13   42                  33    193.38    690.29    496.91   72
```

```
        *----------------------------------- TOTALS -----------------------------------*
           #RX      COST      AMOUNT   DISCOUNT    COPAY      TAX     MARGIN    %  AVG PRICE  AVG MARGIN
RETAIL     114    2332.04    4382.08      .00       .00      .00    2050.04   47    38.44      17.98
MEDICAID     0       .00        .00       .00       .00      .00       .00           .00        .00
THIRD        0       .00        .00       .00       .00      .00       .00           .00        .00
TOTAL      114    2332.04    4382.08      .00       .00      .00    2050.04   47    38.44      17.98
```

```
                  NOTE:  ALL MARGINS ARE BASED ON ACQUISITION COST
```

NS    Contract

Consulting charges for North Shore

3/6/23  Narcotic destruction          1.25 hours

3/14 thru 3/22/23  Consulting hours    9 hours


10.25 hours at $105 per hour


Total: $1076.25


Matt Borcher PharmD

*Matt Borcher*   3/23/23