**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.  23-10809-JGR |
| NORTH SHORE MANOR, INC., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**NOTICE OF FILING OF EXHIBIT TO MOTION TO ALLOW OMBUDSMAN TO TESTIFY VIA TELEPHONE OR BY DECLARATION**

PLEASE TAKE NOTICE THAT Northshore Manor, Inc., debtor-in-possession herein ("Debtor"), by and through undersigned counsel, hereby files the Exhibit to the Motion to Allow Ombudsman to Testify via Telephone or by Declaration.

Dated: May 16, 2023          Respectfully submitted,

*/s/ Aaron A. Garber*
Aaron A. Garber #36099
WADSWORTH GARBER WARNER CONRARDY, P.C.
2580 West Main Street, Suite 200
Littleton, Colorado 80120
Telephone: (303) 296-1999
Telecopy: (303) 296-7600
agarber@wgwc-law.com

### CERTIFICATE OF SERVICE

The undersigned certifies that on May 16, 2023 I served via ECF or email a copy of **NOTICE OF FILING OF EXHIBIT TO MOTION TO ALLOW OMBUDSMAN TO TESTIFY VIA TELEPHONE OR BY DECLARATION** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

    Robert Samuel Boughner    Samuel.Boughner@usdoj.gov
    Zachary Fairlie    zfairlie@spencerfane.com, lwhitaker@spencerfane.com
    Joli A. Lofstedt    joli@jaltrustee.com,
    ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
    John A. O'Brien    jobrien@spencerfane.com,
    anissly@spencerfane.com;zbalog@spencerfane.com
    Keri L. Riley    klr@kutnerlaw.com, vlm@kutnerlaw.com
    Scott C. Sandberg    ssandberg@spencerfane.com,
    anissly@spencerfane.com;lwhitaker@spencerfane.com

    US Trustee    USTPRegion19.DV.ECF@usdoj.gov


        By: _ */s/Nichole Garber*_____
            For Wadsworth Garber Warner Conrardy, PC

**EXHIBIT A**

ROBERT P. CASEY, JR., PENNSYLVANIA, CHAIRMAN

KIRSTEN E. GILLIBRAND, NEW YORK
RICHARD BLUMENTHAL, CONNECTICUT
ELIZABETH WARREN, MASSACHUSETTS
MARK KELLY, ARIZONA
RAPHAEL WARNOCK, GEORGIA
JOHN FETTERMAN, PENNSYLVANIA

MIKE BRAUN, INDIANA, RANKING MEMBER

TIM SCOTT, SOUTH CAROLINA
MARCO RUBIO, FLORIDA
RICK SCOTT, FLORIDA
J.D. VANCE, OHIO
PETE RICKETTS, NEBRASKA

**United States Senate**

SPECIAL COMMITTEE ON AGING
WASHINGTON, DC 20510–6400
(202) 224–5364

May 8, 2023

Leah McMahon, MA
State Long-Term Care Ombudsman
Colorado State Long-Term Care Ombudsman Program
c/o Disability Law Colorado
455 Sherman Street, Suite 130
Denver CO 80203

Ms. McMahon,

This letter serves as an invitation for you to testify before the Senate Special Committee on Aging at our upcoming hearing, *"Residents at Risk: The Strained Nursing Home Inspection System and the Need to Improve Oversight, Transparency, and Accountability."* The hearing will take place on Thursday, May 18 at 9:30 A.M. in Dirksen Senate Office Building 366.

This hearing will focus on the findings of a staff investigation examining States' capacity to oversee nursing home quality and safety, as well as the Federal and State roles ensuring the quality, accountability, and transparency of nursing homes. Specifically, we invite you to speak on how a lack of sufficient resources at State survey agencies has affected the health and safety of nursing home residents nationwide.

In order to leave sufficient time for follow-up questions and discussion, we ask that your oral statement be limited to no more than five minutes. Your statement will be printed in the full record of the hearing. Guidance on submitting testimony and a description of Committee practices can be found in the enclosed witness information sheet.

If you have any questions regarding the hearing, please contact Hans Hansen, Chief Clerk, at hans_hansen@aging.senate.gov, or at 202-224-5364. Thank you for your participation. We look forward to your testimony.

Sincerely,

Robert P. Casey Jr.
Chairman
Senate Special Committee on Aging

Mike Braun
Ranking Member
Senate Special Committee on Aging