**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>NORTH SHORE MANOR, INC.,<br>SSN/EIN: 84-0660666<br><br>Debtor. | Case No. 23-10809-JGR<br>Chapter 11, Subchapter V |

### ORDER REGARDING EVIDENTIARY ZOOM HEARING SCHEDULE

Previously (Doc. 193), the Court set an evidentiary hearing for Thursday, May 18, 2023, at 1:00 PM by Zoom videoconference regarding:

- Debtor's Motion for Authority to Use Cash Collateral (Doc. 26) and Wapello Holdings II, LLC's objections thereto (Docs. 43, 63, 64);
- Columbine Management Services Inc. and Wapello Holdings II, LLC's Emergency Motion to Appoint Chapter 11 Trustee (Doc. 184) and the objections thereto filed by Debtor (Doc. 219) and North Shore Associates, LLP (Doc. 220); and
- Debtor and North Shore Associates, LLP's Joint Motion for Approval of Lending and Security Agreement and for Authority to Incur Debt on an Administrative and Secured Basis (Doc. 200) and the Objection thereto (Doc. 218) filed by Centre Pharmacy, Inc.; Columbine Distribution Center, LLC.; Columbine Health Systems, Inc.; Columbine Management Services, Inc.; Columbine Medical Equipment, Inc.; Poudre Infusion Therapy, LLC; Wapello Holdings II, LLC; Wapello Holdings LLC; and J. Robert Wilson.

The Court hereby ORDERS that on **Thursday, May 18, 2023, at 1:00 PM** it will proceed as scheduled only on the Emergency Motion to Appoint Chapter 11 Trustee (Doc. 184) and the objections thereto (Docs. 219, 220).

Not until **Friday, May 19, 2023, at 8:30 AM** will the Court entertain the cash collateral motion (Doc. 26) and objections (Docs. 43, 63, 64); the loan motion (Doc. 200) and objection (Doc. 218); and wrap up any remaining items pertaining to the Chapter 11 trustee motion (Doc. 184).

All portions of the hearing will be held by Zoom videoconference only. The Zoom login information is the same as previously ordered but is reproduced below for ease of reference:

**To Join the ZoomGov Hearing:**

https://www.zoomgov.com/j/1613245580

**Meeting ID: 161 324 5580**
One tap mobile
+16692545252,,1613245580# US (San Jose)
+14154494000,,1613245580# US (US Spanish Line)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 415 449 4000 US (US Spanish Line)
    +1 669 216 1590 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 646 964 1167 US (US Spanish Line)
    +1 551 285 1373 US
    833 435 1820 US Toll-free
    833 568 8864 US Toll-free
    Meeting ID: 161 324 5580
Find your local number:
https://www.zoomgov.com/u/acsQhhI2T

Dated this 16th day of May, 2023.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge

2