UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NORTH SHORE MANOR, INC. ) | Case No. 23-10809-JGR |
| ) | |
| Debtor. ) | Chapter 11, Subchapter V |
| ) | |

**DESIGNATION OF TESTIMONY GIVEN AT JOINT MEETING OF CREDITORS**

Columbine Management Services, Inc ("CMS"), Columbine Health Systems ("CHS"), Wapello Holdings LLC ("Wapello"), Wapello Holdings II, LLC ("Wapello II"), Centre Pharmacy, Inc ("Centre Pharmacy"), Columbine Distribution Center, LLC ("Columbine Distribution"), Columbine Medical Equipment, Inc ("Columbine Medical"), Poudre Infusion Therapy, LLC ("Poudre Infusion") and Bob Wilson, individually and as the duly elected and currently serving managing partner of North Shore Associates ("Bob Wilson") (the "Movants") by and through their attorneys, John O'Brien of Spencer Fane LLP for its Designation Of Testimony Given At Joint Meeting Of Creditors state as follows:

1. On April 10, 2023 a consolidated Meeting of Creditors for North Shore Manor, Inc. and North Shore Associates (the "Meeting") took place.

2. Susannah Prill and Ronald Church gave testimony at the Meeting.

3. The Movant's <u>Exhibit 7</u> constitutes the 118-page transcript of hearing. The Movant's offer the entire transcript into evidence.

4. For the convenience of the court and parties, the Movants designate the following pages of testimony as most relevant to the pending motions:

Page 80, Line 8 to Page 90, Line 25

Page 93, Line 1 to Page 101, Line 9

1

DATED May 17, 2023.

          Respectfully submitted,

          SPENCER FANE LLP

          */s/John O'Brien*
          John O'Brien  #15183
          Scott C. Sandberg #33566
          Zachary Fairlie #68057
          Spencer Fane LLP
          1700 Lincoln Street, Suite 2000
          Denver, Colorado 80203
          Phone: (303) 839-3800
          Fax: (303) 839-3838
          Email:  jobrien@spencerfane.com;
          ssandberg@spencerfane.com;
          zfairlie@spencerfane.com

          Attorneys for Columbine Management Services, Inc, Columbine Health Systems, Wapello Holdings LLC, Wapello Holdings II, LLC, Centre Pharmacy, Inc, Columbine Distribution Center, LLC, Columbine Medical Equipment, Inc, Poudre Infusion Therapy, LLC and Bob Wilson, individually and as the duly elected and currently serving managing partner of North Shore Associates

2

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 17, 2023 I served via CM/ECF system an electronic copy of the Designation Of Testimony Given At Joint Meeting Of Creditors on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

> Aaron Garber agarber@wgwc-law.com
> US Trustee USTPRegion19.DV.ECF@usdoj.gov
> Robert Samuel Boughner Samuel.boughner@usdoj.gov
> Jolie A. Lofstedt joli@jaltrustee.com

The undersigned further certifies that on May 17, 2023 a true and correct copy of the Designation Of Testimony Given At Joint Meeting Of Creditors was served to the following by first class, postage prepaid U.S. Mail:

North Shore Manor, Inc.
201 Columbine St., STE 15
PO Box 6362
Denver, CO  80206

Aaron A. Garber
Wadsworth Garber Warner Conrardy, P.C.
2580 West Main Street
Suite 200
Littleton, CO  80120

Robert Samuel Boughner
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO  80294

U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO  80294

Joli A. Lofstedt
Joli A Lofstedt, Trustee
PO Box 270561
Louisville, CO  80027-5009

Jo Tansey
State of Colorado Department of Health
Branch Chief Acute and Nursing Facilities
4300 Cherry Creek Drive South
Denver, CO  80246

Kay Blackman
Licensing and Certification Specialist
Colorado Department of Public Health and Environment
4300 Cherry Creek Drive South
Denver, CO 80246

Shelley Sanderman, JD
Enforcement Services Program Manager
Health Facilities and Emergency Medical Services
4300 Cherry Creek Drive South
Denver, CO 80246-1530

Leah McMahon
State Long-Term Care Ombudsman
Colorado State Long-Term Care Ombudsman Program
c/o Disability Law Colorado

3

DN 7818324.1

455 Sherman Street, Suite 130
Denver CO 80203

                                          */s/John O'Brien*
                                          John O'Brien

DN 7818324.1