**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>NORTH SHORE MANOR, INC.,<br>EIN: 84-0660666<br><br>Debtor. | Case No. 23-10809-JGR<br>Chapter 11, Subchapter V |

**ORDER AND NOTICE OF EVIDENTIARY HEARING
AND RELATED DEADLINES**

THIS MATTER comes before the court on the applications for administrative expenses filed by Centre Pharmacy, Inc.; Columbine Distribution Center, LLC; Columbine Medical Equipment; and Poudre Infusion Therapy, LLC (Docs. 155, 157, 159, and 161, respectively) on March 23, 2023, and Debtor's Omnibus Objection thereto (Doc. 167) filed on April 13, 2023.

IT IS ORDERED that an evidentiary hearing is scheduled on this contested matter for **Tuesday, August 15, 2023, at 9:00 AM in Courtroom B**, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202.

IT IS FURTHER ORDERED that the provisions of Fed.R.Civ.P. 26 shall apply to this contested matter, and the parties shall adhere to the following deadlines:

1. Expert Witnesses. Disclosures and written reports required by Fed.R.Civ.P. 26(a)(2) must be made and exchanged on or before **August 1, 2023**. If evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed.R.Civ.P. 26(a)(2)(B), disclosure must be made on or before **August 8, 2023**.

2. Witnesses and Exhibits. The disclosures required by Fed.R.Civ.P. 26(a)(3) and (a)(4) must be made on or before **August 1, 2023**. Exhibits must be marked for identification (Movant-numbers and Respondent-letters, with multipage exhibits individually paginated/numerated for ease of reference) and exchanged at the time the disclosures are made. Written objections directed to the exhibits must be filed and served on opposing counsel or party on or before **August 8, 2023**, otherwise all objections except as to relevancy are waived.

3. Filing of Witness and Exhibit Lists: Any party intending to introduce any exhibits or call any witnesses at the scheduled hearing shall fully comply with Local Bankruptcy Rule 9070-1, except that the deadline for filing exhibit and witness lists is hereby established as **August 8, 2023**. If a party fails to comply with L.B.R. 9070-1 as modified herein, the

Court may deny admission of the party's exhibits and/or the testimony of the party's witnesses.

4.    Pretrial Statement.  On or before **August 1, 2023**, the parties, through counsel, if applicable, must confer and must prepare and submit to the Court on or before **August 8, 2023**, a pretrial statement setting forth the following:

A.    A brief summary of the claims and defenses of each party;

B.    A concise and complete statement of stipulated and uncontested facts;

C.    A concise statement of the issues that are in dispute;

D.    A brief statement of all points of law relied upon, citing pertinent statutes, standards, cases and other authority; and

E.    If applicable, an itemization of damages with a description of the basis for the calculation.

IT IS FURTHER ORDERED that failure to comply with this Order and/or the procedures identified herein may result in denial of requested relief and/or imposition of appropriate sanctions pursuant to Fed.R.Bankr.P. 7037 (Fed.R.Civ.P. 37).

DATED this 25th day of May, 2023.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge