## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re: )
) Case No. 23-10809-JGR
NORTH SHORE MANOR, INC., )
) Chapter 11
Debtor. )

## NOTICE PURSUANT TO LOCAL RULE 9013-1.1 OF
## MOTION TO EXTEND PLAN FILING DEADLINE PURSUANT TO 11 U.S.C. § 1189(b)

### OBJECTION DEADLINE: JUNE 6, 2023

YOU ARE HEREBY NOTIFIED that the Debtor North Shore Manor, Inc. ("Debtor") has filed a Motion to Extend Plan Filing Deadline Pursuant to 11 U.S.C. § 1189(b) (the "Motion"), with the Bankruptcy Court requesting the following relief: an extension of the deadline for filing a Plan of Reorganization from June 5, 2023 to June 12, 2023.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: May 26, 2023     Respectfully submitted,

*/s/ Aaron A. Garber*
Aaron A. Garber #36099
WADSWORTH GARBER WARNER CONRARDY, P.C.
2580 West Main Street, Suite 200
Littleton, Colorado 80120
Telephone: (303) 296-1999
Telecopy: (303) 296-7600
Email: agarber@wgwc-law.com

## 9013-1 CERTIFICATE OF SERVICE OF MOTION, NOTICE, AND PROPOSED ORDER

The undersigned certifies that on May 26, 2023, I served by ECF and or first-class mail a copy of the **JOINT MOTION FOR APPROVAL OF LENDING AND SECURITY AGREEMENT AND FOR AUTHORITY TO INCUR DEBT ON AN ADMINISTRATIVE AND SECURED BASIS notice, and order** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Robert Samuel Boughner    Samuel.Boughner@usdoj.gov
Zachary Fairlie    zfairlie@spencerfane.com, lwhitaker@spencerfane.com
Joli A. Lofstedt    joli@jaltrustee.com, ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
John A. O'Brien    jobrien@spencerfane.com, anissly@spencerfane.com;zbalog@spencerfane.com
Keri L. Riley    klr@kutnerlaw.com, vlm@kutnerlaw.com
Scott C. Sandberg    ssandberg@spencerfane.com, anissly@spencerfane.com;lwhitaker@spencerfane.com
US Trustee    USTPRegion19.DV.ECF@usdoj.gov

## 2002-1 CERTIFICATE OF SERVICE OF NOTICE

The undersigned further certifies that on May 26, 2023, I served by prepaid first class mail a copy of the foregoing Notice in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) (if applicable) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on May 26, 2023, and, if applicable, other interested parties the movant mailed notice at the following addresses:

By: */s/ Nichole Garber*
For Wadsworth, Garber, Warner Conrardy, P.C.

Label Matrix for local noticing
1082-1
Case 23-10809-JGR
District of Colorado
Denver
Fri May 26 13:13:36 MDT 2023

ALL STATE PUMPING & CONSULTING
9711 STERLING DR
Littleton, CO 80126-4237

ALSCO-LARAMIE
314 S FOURTH ST
Laramie, WY 82070-3702

ANLANCE PROTECTION LTD
1800 EAST LINCOLN C-3
Fort Collins, CO 80524-4766

Allstate Benefits
PO Box 650614
Dallas, TX 75265-0514

Anthem Blue Cross Blue Shield
700 Broadway
Denver, CO 80203-3440

BANK OF OKLAHOMA
PAYMENT PROCESSING CENTER
PO BOX 248817
Oklahoma City, OK 73124-8817

BANNER HEALTH RT
1801 16TH ST
Greeley, CO 80631-5154

BRIGGS HEALTHCARE
7887 UNIVERSITY BLVD
Clive, IA 50325-1243

Robert Samuel Boughner
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

CDW GOVERNMENT
75 REMITTANCE DRIVE
SUITE 1515
Chicago, IL 60675-1515

CENTRE ELDERLY TRANSPORTATION
915 CENTRE AVE
STE 5
Fort Collins, CO 80526-6045

CENTRE PHARMACY
915 CENTRE AVE
STE 4
Fort Collins, CO 80526-6046

CENTURY LINK
PO BOX 91155
Seattle, WA 98111-9255

CHS Workers Comp Fund
802 West Drake Road
Fort Collins, CO 80526-5558

CIGNA
2000 S Colorado Blvd
Denver, CO 80222-7957

CITY OF LOVELAND
PO BOX 3500
Loveland, CO 80539-3500

CLEAN DESIGNS
2800 S OAK ST
Lakewood, CO 80227-2604

COLUMBINE DISTRIBUTION CENTRE
802 WEST DRAKE ROAD
STE 149
Fort Collins, CO 80526-5567

COLUMBINE HEALTH SYSTEMS
802 WEST DRAKE ROAD
SUITE 101
Fort Collins, CO 80526-5567

COLUMBINE MEDICAL EQUIPMENT
802 WEST DRAKE ROAD
STE 123
Fort Collins, CO 80526-5567

COMCAST
PO BOX 60533
CITY OF INDUSTRY, CA 91716-0533

COMNET COMMUNICATIONS
105 MOUNT MARIAH RD
Livermore, CO 80536-9413

COVR TRACKNOW INC
PO BOX 803
Springville, UT 84663-0803

Centre Elderly Transportation, Inc.,
c/o John O'Brien
1700 Lincoln Street, Ste 2000
Denver, Co 80203-4554

Colorado Department Of Revenue
1881 Pierce St.
Bankruptcy Unit, Room 104
Lakewood CO 80214-3503

Colorado Department of Revenue
PO Box 17087
Denver, CO 80217-0087

Colrado Department of Public Health
4300 Cherry Creek S. Dr.
Denver, CO 80246-1523

Columbine Distribution Center, LLC
c/o John O'Brien
1700 Lincoln Street, Ste 2000
Denver, Co 80203-4554

Columbine Health Systems, Inc.
c/o Spencer Fane LLP
Attn: John O'Brien
1700 Lincoln St., Ste 2000
Denver, CO 80203-4554

Columbine Management Services, Inc
802 W. Drake Rd.
Suite 101
Fort Collins, CO 80526-5567

Columbine Management Services, Inc.
Spencer Fane, LLP
c/o John O'Brien
1700 Lincoln Street Ste. 2000
Denver, CO 80203-4554

Columbine Management Services, Inc.
c/o John O'Brien
1700 Lincoln Street, Ste 2000
Denver, Co 80203-4554

Columbine Medical Equipment, Inc.
c/o John O'Brien
1700 Lincoln Street, Ste 2000
Denver, Co 80203-4554

DIRECT SUPPLY
PO BOX 88201
Milwaukee, WI 53288-8201

Delta Dental
PO Box 173803
Dener, CO 80217-3803

ELITE NURSES
PO BOX 664051
Dallas, TX 75266-4051

ENVIROPEST
599 W 66TH ST
Loveland, CO 80538-4670

FIRST NATIONAL BANK of Omaha
205 WEST OAK STREET
Fort Collins, CO 80521-2712

FLOOD & PETERSON INSURANCE
PO BOX 578
Greeley, CO 80632-0578

FRONT RANGE THERAPY SYSTEMS
802 WEST DRAKE ROAD
STE 145
Fort Collins, CO 80526-5567

Zachary Fairlie
Spencer Fane
1000 Walnut
Ste 1400
Kansas City, MO 64106-2168

Florida State Disbursement Unit
PO Box 333
Pensacola, FL 32591-0333

Front Range Duct Cleaning
PO Box 280184
Lakewood, CO 80228-0184

Front Range Geriatric Medicine, LLC
c/o John O'Brien
1700 Lincoln Street, Ste 2000
Denver, Co 80203-4554

Front Range Geriatric Medicing
802 W Drake
Fort Collins, CO 80523-0001

Front Range Therapy Systems Inc. dba Columbi
c/o John O'Brien
1700 Lincoln Street, Ste 2000
Denver, co 80203-4554

GERIATRIC EDUCATION CENTRE
947 WORTHINGTON CIRCLE
Fort Collins, CO 80526

GRAINGER
PO BOX 419267
DEPT 844709915
Kansas City, MO 64141-6267

Aaron A Garber
2580 West Main Street
Suite 200
Littleton, CO 80120-4631

Geriatric Education Center LLC
c/o John O'Brien
1700 Lincoln Street Ste. 2000
Denver, Co 80203-4554

HD SUPPLY FACILITIES MAINTENANCE
PO BOX 509058
San Diego, CA 92150-9058

HORIZON MED STAFFING
7899 S LINCOLN CT
SUITE 207
Littleton, CO 80122-2649

INTERIM HEALTH CARE OF FORT COLLINS
2000 VERMONT
STE 100
Fort Collins, CO 80525-2900

IRS
PO Box 7346
Philadelphia PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

J. Robert Wilson
c/o John O'Brien
1700 Lincoln Street, Ste 2000
Denver, Co 80203-4554

John O'Brien
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

(p)LARIMER COUNTY TREASURER
ATTN ATTN VICKY GLASS
PO BOX 1250
FORT COLLINS CO 80522-1250

(p)JOLI A LOFSTEDT
ATTN JOLI A LOFSTEDT TRUSTEE
PO BOX 270561
LOUISVILLE CO 80027-5009

MARVEL MEDICAL STAFFING
PO BOX 3544
Omaha, NE 68103-0544

(p)MAXIM HEALTHCARE STAFFING SERVICES INC
12558 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0001

MEDICAL CENTER OF THE ROCKIES
PO BOX 732033
Dallas, TX 75373-2033

MEDICAL SYSTEMS OF DENVER INC
7600 JOGHNSON DRIVE
Frederick, CO 80504-3491

Maxim Healthcare Staffing Services, Inc.
c/o Stinson LLP
1775 Pennsylvania Ave. NW
Suite 800, Attn. Tracey M. Ohm
Washington, DC 20006-4760

Leah McMahon
CO State Long-Term Care Ombudsman Prog.
c/o Disability Law Colorado
455 Sherman Street, Suite 130
Denver, CO 80203-4403

Mosaic HCM
5300 DTC Parkway
Greenwood Village, CO 80111-3023

Mountain Sales and Service
6759 E 59th Ave
Commerce City, CO 80022

Nelson & Kennard
2594 South Lewis Way, Suite A
Lakewood, CO 80227-2839

North Shore Associates
c/o Spencer Fane LLP
Attn: John O'Brien
1700 Lincoln St., Ste 2000
Denver, CO 80203-4554

North Shore Manor, Inc.
201 Columbine St., STE 15
PO Box 6362
Denver, CO 80206-0362

Nurses PRN
1101 E South River Street
Appleton, WI 54915-2223

John A. O'Brien
1700 Lincoln St.
Ste. 2000
Denver, CO 80203-4554

OFFICE DEPOT CREDIT PLAN
PO BOX 78004
Phoenix, AZ 85062-8004

ORTHOPEDIC CENTER OF THE ROCKIES
PO BOX 451
Fort Collins, CO 80522-0451

PACIFIC MOBILE DIAGNOSTICS
615 EAST PALO VERDE DRIVE
Phoenix, AZ 85012-1331

PENNER PATIENT CARE INC
PO BOX 523
Aurora, NE 68818-0523

PET IMAGING OF NORTHERN CO
PO BOX 306149
Nashville, TN 37230-6149

PINNACLE CONSULTING
7440 S CREEK RD
Sandy, UT 84093-5501

PITNEY BOWES GLOBAL FIN SERVICES
PO BOX 981022
Boston, MA 02298-1022

POUDRE INFUSION CENTER
915 CENTRE AVE
STE 3
Fort Collins, CO 80526-6046

PURCHASE POWER
PO BOX 371874
Pittsburgh, PA 15250-7874

Poudre Infusion Therapy, LLC
c/o John O'Brien
1700 Lincoln Street, Ste 2000
Denver, Co 80203-4554

REDLINE FIRE SERVICE
1001A EAST HARMONY RD
#137
Fort Collins, CO 80525-8888

REPUBLIC SERVICES
PO BOX 78829
Phoenix, AZ 85062-8829

RF Technologies. Inc.
PO Box 8444
Carol Stream, IL 60197-8444

RIVIERA FINANCE
PO BOX 848244
Los Angeles, CA 90084-8244

ROLLING STONE LLC
5230 N MONROE AVE
Loveland, CO 80538-1849

ROYAL CREST DAIRY
350 S PEARL ST
Denver, CO 80209-2098

Keri L. Riley
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln Street
Suite 1720
Denver, CO 80264-1700

(p)ROCKY MOUNTAIN RESERVE LLC
PO BOX 631458
LITTLETON CO 80163-1458

SMART DOCUMENT MANAGEMENT
1133 RIVERSIDE AVE
Fort Collins, CO 80524-3260

SOF-TECH MAINTENANCE CO
6700 AVONDALE RD
Fort Collins, CO 80525-7000

STANLEY HEALTHCARE SOLUTIONS
DEPT CH 10504
Palatine, IL 60055-0001

Scott C. Sandberg
1700 Lincoln St.
Ste. 2000
Denver, CO 80203-4554

Securities Tech Corporation
Dept CH 10504
Palantine, IL 60055-0001

Securities and Exchange Commission
Central Regional Office
1961 Stout St.
Ste. 1700
Denver CO 80294-1700

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Soukup Bush & Associates, CPAs, P.C.
2032 Caribou Drive, Suite 200
Fort Collins, CO 80525-4326

Soukup, Bush & Associates
2032 Caribour Dr
Fort Collins, CO 80525-4326

State of Colorado
Dept of Law   1300 Broadway, 8th Floor
Denver, CO 8203

THE HOME DEPOT PRO
PO BOX 742440
Los Angeles, CA 90074-2440

THOMPSON VALLEY EMS
4480 CLYDESDALE PKWY
Loveland, CO 80538-9081

TIGER INC
DEPT # 2192
Tulsa, OK 74182-0001

TRUDILIGENCE
3190 S WADSWORTH BLVD
Denver, CO 80227-4899

Tech Electronic
PO Box 3544
Saint Louis, MO 63179

The Imaging Center
PO Box 271460
Fort Collins, CO 80527-1460

Tracey M. Ohm
1775 Pennsylvania Ave. NW
Suite 800, Stinson LLP
Washington 20006-4605

UCHEALTH GREELEY HOSPITAL
PO BOX 734269
Dallas, TX 75373-4269

UCHEALTH MEDICAL GROUP OH
PO BOX 732031
Dallas, TX 75373-2031

UNDERWATER WONDERS
2620 KILLDEER DRIVE
Fort Collins, CO 80526-2824

UNIVERSITY OF CO HEALTH LAB
1024 S LEMAY AVE
Fort Collins, CO 80524-3929

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

UnitedHealthcare Insurance Company
ATTN: CDM/Bankruptcy
185 Asylum Street - 03B
Hartford, CT 06103-3408

VCPI
1556 N RIVERCENTER DRIVE
SUITE 202
Milwaukee, WI 53212

VISITING ANCILLARY SERVICES
550 E THORNTON PKWY
#240-B
Denver, CO 80229-2172

Visiting Ancillary Services, Inc
550 E Thornton Pkwy, 240-B, Thornton, Co
Thornton, CO 80229-2172

WEST-CHEM
PO BOX 818
Loveland, CO 80539-0818

WILSON RENTALS
802 WEST DRAKE ROAD
SUITE 101
Fort Collins, CO 80526-5567

Wadsworth Garber Warner Conrardy, P.C.
2580 West Main St., Ste. 200
Littleton, CO 80120-4631

Wapello Holdings II, LLC
Spencer Fane, LLP
c/o John O'Brien
1700 Lincoln Street, Ste. 2000
Denver, CO 80203-4554

Wapello Holdings II, LLC
c/o John O'Brien
1700Lincoln Street, Ste 2000
Denver, Co 80203-4554

Wapello Holdings LLC
c/o John O'Brien
1700 Lincoln Street
Suite 2000
Denver, CO 80203-4554

Wexford
1515 W 28th Street
Loveland, CO 80538-3160

Workwell Occupational Medicine
164 Primrose Court
Longmont, CO 80501
CCSD- Alaska
550 W 7th Avenue, Ste 310
Anchorage, AK 99501-6699

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Larimer County Treasurer
PO Box 1250
Fort Collins, CO 80522

Joli A. Lofstedt
Joli A. Lofstedt,Trustee
PO Box 270561
Louisville, CO 80027

MAXIM HEALTHCARE STAFFING SERVICES INC
12558 COLLECTIONS CENTER DRIVE
Chicago, IL 60693

Rocky Mountain Reserve
PO Box 631458
Littleton, CO 80163

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Centre Pharmacy, Inc.

(u)Columbine Distribution Center, LLC

(u)Columbine Medical Equipment

(u)Eisner Advisory Group, LLC

(u)Levin Sitcoff Waneka PC

(u)North Shore Associates, LLP

(u)Poudre Infusion Therapy, LLC

(d)Wapello Holdings LLC
c/o John O'Brien
1700 Lincoln Street, Ste 2000
Denver, Co 80203-4554

(d)J. Robert Wilson
c/o John O'Brien
1700 Lincoln Street
Suite 2000
Denver, CO 80203-4554

End of Label Matrix
Mailable recipients    124
Bypassed recipients      9
Total                  133