# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NORTH SHORE MANOR, INC. | ) Case No. 23-10809-JGR |
| | ) |
| Debtor. | ) Chapter 11, Subchapter V |
| | ) |

## WITHDRAWAL OF PROOF OF CLAIM

John O'Brien of Spencer Fane LLP the agent of Wapello Holdings II, LLC ("Claimant") hereby respectfully withdraws its Claim No. 3 filed on April 18, 2023.

DATED June 1, 2023.

        Respectfully submitted,

        SPENCER FANE LLP

        */s/John O'Brien*
        John O'Brien  #15183
        Scott C. Sandberg #33566
        Zachary Fairlie #68057
        Spencer Fane LLP
        1700 Lincoln Street, Suite 2000
        Denver, Colorado 80203
        Phone: (303) 839-3800
        Fax: (303) 839-3838
        Email: jobrien@spencerfane.com;
        ssandberg@spencerfane.com;
        zfairlie@spencerfane.com

        Attorneys for Wapello Holdings II, LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 1, 2023 I served via CM/ECF system an electronic copy of the Withdrawal Of Proof Of Claim on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

> Aaron Garber agarber@wgwc-law.com
> US Trustee USTPRegion19.DV.ECF@usdoj.gov
> Robert Samuel Boughner Samuel.boughner@usdoj.gov
> Jolie A. Lofstedt joli@jaltrustee.com

The undersigned further certifies that on June 1, 2023 a true and correct copy of the Withdrawal Of Proof Of Claim was served to the following by first class, postage prepaid U.S. Mail:

North Shore Manor, Inc.
201 Columbine St., STE 15
PO Box 6362
Denver, CO  80206

Aaron A. Garber
Wadsworth Garber Warner Conrardy, P.C.
2580 West Main Street
Suite 200
Littleton, CO  80120

Robert Samuel Boughner
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO  80294

U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO  80294

Joli A. Lofstedt
Joli A Lofstedt, Trustee
PO Box 270561
Louisville, CO  80027-5009

Jo Tansey
State of Colorado Department of Health
Branch Chief Acute and Nursing Facilities
4300 Cherry Creek Drive South
Denver, CO  80246

Kay Blackman
Licensing and Certification Specialist
Colorado Department of Public Health and Environment
4300 Cherry Creek Drive South
Denver, CO 80246

Shelley Sanderman, JD
Enforcement Services Program Manager
Health Facilities and Emergency Medical Services
4300 Cherry Creek Drive South
Denver, CO 80246-1530

Leah McMahon
State Long-Term Care Ombudsman
Colorado State Long-Term Care Ombudsman Program
c/o Disability Law Colorado

455 Sherman Street, Suite 130
Denver CO 80203

                                              */s/John O'Brien*
                                              John O'Brien

DN 7843042.1