**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 23-10809-JGR |
| NORTH SHORE MANOR, INC., | ) |
| | ) Chapter 11 |
| Debtor. | ) |

**ORDER GRANTING MOTION TO EXTEND PLAN FILING DEADLINE**
**PURSUANT TO 11 U.S.C. § 1189(b)**

THIS MATTER having come before the Court on the Motion to Extend Plan Filing Deadline Pursuant to 11 U.S.C. § 1189(b) (the "Motion") filed by the Debtor, North Shore Manor, Inc., and the Court, having read the Motion and being otherwise fully advised in the premises, it is hereby

ORDERED that the Motion is GRANTED. The deadline for the Debtor to file its Subchapter V Plan of Reorganization is extended to July 12, 2023.

DATED: June 8, 2023.                         BY THE COURT:

_____
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Judge