# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No.  23-10809-JGR |
| NORTH SHORE MANOR, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## CERTIFICATE OF NON-CONTESTED MATTER

### (MOTION TO EXTEND TIME FOR DEBTOR TO ASSUME OR REJECT COMMERCIAL REAL PROPERTY LEASE)

On May 26, 2023, the Debtor, Movant, filed a Motion to Extend the Time to Assume or Reject their Commercial Real Property Lease.

Movant hereby certifies that the following is true and correct:

1.  Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion/application on May 26, 2023.

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on May 26, 2023.

3.  The docket numbers for each of the following relevant documents are:
    a.  the motion and all documents attached thereto and served therewith, (Docket No. 253);
    b.  the notice, (Docket No. 254);
    c.  the certificate of service of the motion and the notice, (Docket No. 254);
    d.  proposed order, (Docket No. 253).

4. No objections to or requests for hearing on the motion/application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice.

WHEREFORE, Movant prays that the court forthwith enter an order, a form of which was submitted to the Court, granting the requested relief.

Dated: June 21, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By:/s/ Aaron A. Garber
　　　　　　　　　　　　　　　　　　　　　Aaron A. Garber, #36099
　　　　　　　　　　　　　　　　　　　　　WADSWORTH, GARBER, WARNER
　　　　　　　　　　　　　　　　　　　　　AND CONRARDY, P.C.
　　　　　　　　　　　　　　　　　　　　　2580 W Main St, Littleton, CO 80120
　　　　　　　　　　　　　　　　　　　　　Telephone: 303-296-1999
　　　　　　　　　　　　　　　　　　　　　Fax: 303-296-7600
　　　　　　　　　　　　　　　　　　　　　Email: agarber@wgwc-law.com