## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-10809-JGR |
| NORTH SHORE MANOR, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

### ORDER EXTENDING TIME FOR DEBTOR TO ASSUME OR REJECT COMMERCIAL REAL PROPERTY LEASE

UPON CONSIDERATION of the Debtor's Motion to Extend the Time to Assume or Reject the Commercial Real Property Lease (the "Motion"), due and proper notice having been provided, no sustainable objections having been filed, and for cause shown, the Court does hereby

ORDER

1. The Motion is GRANTED; and

2. The Debtor, pursuant to Bankruptcy Code § 365(d)(4)(B), is hereby granted a 90 day extension, up to and including October 2, 2023, to the 120 day deadline to assume or reject its commercial real property lease.

DATED: June 22, 2023.                                    BY THE COURT:

_____
Honorable Joseph J. Rosania, Jr.
United States Bankruptcy Judge