Fill in this information to identify the case:

Debtor Name  North Shore Manor Inc.

United States Bankruptcy Court for the: District of Colorado

Case number: 23-10809-JGR

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

| | | | |
|---|---|---|---|
| Month: | May | Date report filed: | 06/27/2023 <br> MM / DD / YYYY |
| Line of business: | Skilled Nursing Facility | NAISC code: | 623000 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party                              Robert Church, Interim CEO

Original signature of responsible party

Printed name of responsible party          Robert Church

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  North Shore Manor Inc.                              Case number 23-10809-JGR

17. Have you paid any bills you owed before you filed bankruptcy?         ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 305,144.09

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 1,725,079.

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ -953,300.8

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -771,779.6

23. **Cash on hand at the end of the month**    \*\*\*

    Add line 22 + line 19. Report the result here.

    = $ 1,076,923.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.
    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**           $ 178,507.35

    *(Exhibit E)*

Debtor Name  North Shore Manor Inc.                    Case number 23-10809-JGR

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                       $  1,447,668

    *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?                        171
27. What is the number of employees as of the date of this monthly report?           187

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $       0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $       0.00
30. How much have you paid this month in other professional fees?                                 $       0.00
31. How much have you paid in total other professional fees since filing the case?               $       0.00

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|   | **Projected** | − | **Actual** | = | **Difference** |
|   | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 1,230,250 | − | $ 1,725,079 | = | $ 494,829.00 |
| 33. **Cash disbursements** | $ -988,372.00 | − | $ -953,300.2 | = | $ 35,072.00 |
| 34. **Net cash flow** | $ 241,878.00 | − | $ 1,076,923 | = | $ 529,901.00 |

35. Total projected cash receipts for the next month:                              $ 1,230,250
36. Total projected cash disbursements for the next month:                       − $ 1,153,300
37. Total projected net cash flow for the next month:                            = $    76,950.00

---

Debtor Name  North Shore Manor Inc.                                    Case number 23-10809-JGR

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**NORTH SHORE MANOR INC.**
**MAY MONTHLY OPERATING REPORT**
**EXHIBIT A -**

The debtor did not respond "no" to any question numbered 1 through 9.

NORTH SHORE MANOR INC.
MAY MONTHLY OPERATING REPORT
EXHIBIT B -QUESTIONS 10 and 15

**Question 10**

Account ending 6604 is a trust account maintained by the Debtor for the benefit of the residents.
There are two other accounts with nominal balances that are petty cash and activities account,
there was no activity in these two accounts during the reporting period.

**Question 15**

The debtor drew $393,547 on a line of credit from Loveland Health LLC during the reporting period.
The funds were utilized to pay off the First National Bank Nore that had been assigned to
J Robert Wilson.

NORTH SHORE MANOR INC.
MAY MONTHLY OPERATING REPORT
EXHIBIT C - CASH RECEIPTS

| Account End | Date | Amount | Description |
|---|---|---|---|
| 6604 | 5/1/2023 | $ 30.00 | SSI TREAS 310  XXSUPP SEC XXXXX2565  SSI   CARE CENTER N |
| 6604 | 5/1/2023 | 1,013.78 | DFAS-CLEVELAND  AR ANN PAY XXXXX1967 |
| 6604 | 5/2/2023 | 225.00 | CUSTOMER DEPOSIT |
| 1400 | 5/2/2023 | 24,698.69 | CUSTOMER DEPOSIT |
| 1400 | 5/2/2023 | 43,116.27 | CUSTOMER DEPOSIT |
| 6604 | 5/3/2023 | 476.00 | SSA TREAS 310  XXSOC SEC XXXXX8471A SSA   E HEALTH AND |
| 6604 | 5/3/2023 | 1,032.00 | SSA TREAS 310  XXSOC SEC XXXXX7917A SSA   E HEALTH AND |
| 6604 | 5/3/2023 | 1,311.00 | SSA TREAS 310  XXSOC SEC XXXXX4219D SSA   E HEALTH AND |
| 6604 | 5/3/2023 | 1,380.00 | SSA TREAS 310  XXSOC SEC XXXXX6473A SSA   E HEALTH AND |
| 6604 | 5/3/2023 | 1,465.00 | SSA TREAS 310  XXSOC SEC XXXXX3255A SSA   E HEALTH AND |
| 6604 | 5/3/2023 | 1,681.00 | SSA TREAS 310  XXSOC SEC XXXXX1099A SSA   E HEALTH AND |
| 6604 | 5/3/2023 | 1,952.00 | SSA TREAS 310  XXSOC SEC XXXXX8710A SSA   E HEALTH AND |
| 1400 | 5/4/2023 | 175.00 | UNITEDHEALTHCARE HCCLAIMPMT XXXXX0666 |
| 1400 | 5/4/2023 | 145,160.52 | STATE OF COLO   HCCLAIMPMT 8484665Y |
| 1400 | 5/5/2023 | 49,128.50 | CUSTOMER DEPOSIT |
| 1400 | 5/5/2023 | 89,085.51 | NOVITAS SOLUTION HCCLAIMPMT 065129 |
| 1400 | 5/8/2023 | 143,962.68 | CUSTOMER DEPOSIT |
| 1400 | 5/9/2023 | 384.88 | SHERWOOD GRAND V TAX COL |
| 1400 | 5/9/2023 | 4,050.00 | UNITEDHEALTHCARE HCCLAIMPMT XXXXX0666 |
| 1400 | 5/10/2023 | 3,600.00 | UNITEDHEALTHCARE HCCLAIMPMT XXXXX0666 |
| 1400 | 5/11/2023 | 9,955.00 | UNITEDHEALTHCARE HCCLAIMPMT XXXXX0666 |
| 1400 | 5/11/2023 | 13,500.00 | UNITEDHEALTHCARE HCCLAIMPMT XXXXX0666 |
| 1400 | 5/11/2023 | 304,754.44 | STATE OF COLO   HCCLAIMPMT 8492709Y |
| 6604 | 5/12/2023 | 200.00 | CUSTOMER DEPOSIT |
| 6604 | 5/12/2023 | 300.00 | CUSTOMER DEPOSIT |
| 1400 | 5/12/2023 | 16,089.92 | CUSTOMER DEPOSIT |
| 1400 | 5/12/2023 | 147,764.75 | CUSTOMER DEPOSIT |
| 1400 | 5/15/2023 | 3,400.00 | UNITEDHEALTHCARE HCCLAIMPMT XXXXX0666 |
| 1400 | 5/16/2023 | 6,243.69 | NOVITAS SOLUTION HCCLAIMPMT 065129 |
| 6604 | 5/17/2023 | 25.00 | CUSTOMER DEPOSIT |
| 1400 | 5/17/2023 | 450.00 | UNITEDHEALTHCARE HCCLAIMPMT XXXXX0666 |
| 1400 | 5/17/2023 | 10,697.00 | CUSTOMER DEPOSIT 43121 |
| 1400 | 5/17/2023 | 31,950.00 | UNITEDHEALTHCARE HCCLAIMPMT XXXXX0666 |
| 1400 | 5/17/2023 | 76,103.50 | CUSTOMER DEPOSIT |
| 1400 | 5/18/2023 | 1,604.76 | STATE OF COLO   HCCLAIMPMT 8501146Y |
| 1400 | 5/18/2023 | 10,800.00 | UNITEDHEALTHCARE HCCLAIMPMT XXXXX0666 |
| 1400 | 5/19/2023 | 1,558.42 | AETNA AS01      HCCLAIMPMT XXXXX0666 |
| 1400 | 5/19/2023 | 31,763.00 | STATE OF CO    VENDOR PAY HCPF |
| 1400 | 5/19/2023 | 264,863.87 | NORTH SHORE MANO MANUAL   NORTH SHORE MAN |
| 6604 | 5/23/2023 | 117.90 | CUSTOMER DEPOSIT |
| 1400 | 5/23/2023 | 33,739.14 | CUSTOMER DEPOSIT |
| 1400 | 5/23/2023 | 102,208.94 | CUSTOMER DEPOSIT |
| 6604 | 5/25/2023 | 300.00 | CUSTOMER DEPOSIT |
| 1400 | 5/25/2023 | 5,850.00 | UNITEDHEALTHCARE HCCLAIMPMT XXXXX0666 |
| 1400 | 5/25/2023 | 8,625.21 | CUSTOMER DEPOSIT |
| 1400 | 5/25/2023 | 13,125.42 | STATE OF COLO   HCCLAIMPMT 8509309Y |
| 1400 | 5/25/2023 | 13,505.24 | SHERWOOD GRAND V TAX COL |
| 1400 | 5/25/2023 | 40,566.00 | CUSTOMER DEPOSIT |
| 6604 | 5/30/2023 | 49.00 | FIS EBT       CODHS EBT XXXXX65648 |
| 6604 | 5/31/2023 | 26.67 | INTEREST PAYMENT |
| 6604 | 5/31/2023 | 200.00 | CUSTOMER DEPOSIT |
| 1400 | 5/31/2023 | 20,617.32 | NOVITAS SOLUTION HCCLAIMPMT 065129 |
| 1400 | 5/31/2023 | 40,197.69 | CUSTOMER DEPOSIT |
| | | $ 1,725,079.71 | |

**NORTH SHORE MANOR INC.**
**MAY MONTHLY OPERATING REPORT**
**EXHIBIT D - CASH DISBURSEMENTS**

| Account End | Date | Amount | Description |
|---|---|---|---|
| 1400 | 5/1/2023 | (2,737.05) | CHECK IMAGE CHECK 268 |
| 1400 | 5/1/2023 | (1,903.00) | CHECK IMAGE CHECK 271 |
| 1400 | 5/1/2023 | (1,437.91) | CHECK IMAGE CHECK 273 |
| 1400 | 5/1/2023 | (1,020.35) | CHECK IMAGE CHECK 262 |
| 1400 | 5/1/2023 | (419.48) | CHECK IMAGE CHECK 115637 |
| 1400 | 5/1/2023 | (244.34) | CHECK IMAGE CHECK 260 |
| 1400 | 5/1/2023 | (45.00) | CHECK IMAGE CHECK 7881 |
| 1400 | 5/2/2023 | (7,410.00) | CHECK IMAGE CHECK 7879 |
| 1400 | 5/2/2023 | (1,399.67) | CHECK IMAGE CHECK 115629 |
| 1400 | 5/2/2023 | (806.00) | CHECK IMAGE CHECK 266 |
| 1400 | 5/2/2023 | (588.13) | ALLIED WASTE SVC CHECK PYMT 0267 267 |
| 1400 | 5/2/2023 | (181.32) | CHECK IMAGE CHECK 115630 |
| 1400 | 5/2/2023 | (146.71) | CHECK IMAGE CHECK 264 |
| 6604 | 5/2/2023 | (100.00) | CHECK IMAGE CHECK 1584 |
| 1400 | 5/2/2023 | (99.65) | TSYS      FEES SEP  XXXXX051235714 |
| 1400 | 5/3/2023 | (251,061.31) | OUTGOING WIRE |
| 6604 | 5/3/2023 | (9,663.21) | CHECK IMAGE CHECK 1587 |
| 1400 | 5/3/2023 | (3,450.00) | CHECK IMAGE CHECK 7873 |
| 6604 | 5/3/2023 | (100.00) | CHECK IMAGE CHECK 1556 |
| 1400 | 5/4/2023 | (4,167.25) | NORTH SHORE MANO BILLING   NORTH SHORE MAN |
| 1400 | 5/4/2023 | (1,148.20) | CASHED CHECK 115657 |
| 1400 | 5/4/2023 | (304.62) | CHECK IMAGE CHECK 263 |
| 1400 | 5/4/2023 | (203.50) | NORTH SHORE MANO TRUST DB  NORTH SHORE MAN |
| 6604 | 5/4/2023 | (148.95) | CHECK IMAGE CHECK 1586 |
| 1400 | 5/4/2023 | (124.50) | NORTH SHORE MANO TRUST DB  NORTH SHORE MAN |
| 6604 | 5/4/2023 | (73.82) | CHECK IMAGE CHECK 1585 |
| 1400 | 5/5/2023 | (14,770.05) | CHECK IMAGE CHECK 7872 |
| 1400 | 5/5/2023 | (1,827.69) | CASHED CHECK 115659 |
| 1400 | 5/5/2023 | (1,823.17) | CHECK IMAGE CHECK 115651 |
| 1400 | 5/5/2023 | (396.23) | CHECK IMAGE CHECK 115673 |
| 1400 | 5/5/2023 | (353.89) | CHECK IMAGE CHECK 7544 |
| 1400 | 5/5/2023 | (245.16) | CHECK IMAGE CHECK 270 |
| 1400 | 5/5/2023 | (132.33) | CHECK IMAGE CHECK 7598 |
| 1400 | 5/8/2023 | (8,748.69) | SHERWOOD GRAND V TAX COL |
| 1400 | 5/8/2023 | (2,464.96) | CHECK IMAGE CHECK 115652 |
| 1400 | 5/8/2023 | (2,113.73) | CHECK IMAGE CHECK 115661 |
| 1400 | 5/8/2023 | (1,977.58) | NORTH SHORE MANO DIRECT DEP NORTH SHORE MAN |
| 1400 | 5/8/2023 | (1,885.24) | CHECK IMAGE CHECK 7597 |
| 1400 | 5/8/2023 | (1,081.34) | CHECK IMAGE CHECK 115672 |
| 1400 | 5/8/2023 | (992.22) | CHECK IMAGE CHECK 115655 |
| 1400 | 5/8/2023 | (865.93) | CHECK IMAGE CHECK 7538 |

Page 1 of 3

**NORTH SHORE MANOR INC.**
**MAY MONTHLY OPERATING REPORT**
**EXHIBIT D - CASH DISBURSEMENTS**

| Account End | Date | Amount | Description |
|---|---|---|---|
| 1400 | 5/8/2023 | (864.76) | CHECK IMAGE CHECK 115666 |
| 1400 | 5/8/2023 | (803.19) | CHECK IMAGE CHECK 7548 |
| 1400 | 5/8/2023 | (679.37) | CHECK IMAGE CHECK 7543 |
| 1400 | 5/8/2023 | (322.16) | CASHED CHECK 115665 |
| 1400 | 5/8/2023 | (215.11) | CHECK IMAGE CHECK 115667 |
| 1400 | 5/8/2023 | (58.50) | NORTH SHORE MANO BILLING   NORTH SHORE MAN |
| 1400 | 5/8/2023 | (43.68) | CHECK IMAGE CHECK 7876 |
| 1400 | 5/9/2023 | (1,055.92) | CHECK IMAGE CHECK 115671 |
| 1400 | 5/9/2023 | (1,004.20) | CHECK IMAGE CHECK 17542 |
| 1400 | 5/9/2023 | (959.25) | CHECK IMAGE CHECK 115670 |
| 1400 | 5/9/2023 | (480.26) | CHECK IMAGE CHECK 7596 |
| 1400 | 5/9/2023 | (397.03) | CHECK IMAGE CHECK 7549 |
| 1400 | 5/9/2023 | (107.77) | CASHED CHECK 7603 |
| 1400 | 5/9/2023 | (100.00) | CASHED CHECK 7604 |
| 1400 | 5/9/2023 | (6.50) | NORTH SHORE MANO BILLING   NORTH SHORE MAN |
| 1400 | 5/10/2023 | (2,923.42) | CHECK IMAGE CHECK 7540 |
| 1400 | 5/10/2023 | (2,693.78) | CHECK IMAGE CHECK 7595 |
| 1400 | 5/10/2023 | (2,134.53) | CHECK IMAGE CHECK 7546 |
| 1400 | 5/10/2023 | (1,761.10) | CHECK IMAGE CHECK 7539 |
| 1400 | 5/10/2023 | (1,462.90) | CHECK IMAGE CHECK 7602 |
| 1400 | 5/10/2023 | (1,180.98) | CHECK IMAGE CHECK 7599 |
| 1400 | 5/10/2023 | (913.32) | CASHED CHECK 115632 |
| 1400 | 5/10/2023 | (864.88) | CASHED CHECK 115656 |
| 1400 | 5/10/2023 | (405.52) | CHECK IMAGE CHECK 7550 |
| 6604 | 5/10/2023 | (263.00) | CHECK IMAGE CHECK 1588 |
| 1400 | 5/11/2023 | (14,145.00) | CHECK DEPOSITED RETURNED |
| 1400 | 5/11/2023 | (884.15) | CHECK IMAGE CHECK 115639 |
| 1400 | 5/12/2023 | (1,821.45) | CHECK IMAGE CHECK 7551 |
| 1400 | 5/12/2023 | (900.00) | DEPOSIT CORRECTION |
| 6604 | 5/12/2023 | (514.00) | CASHED CHECK 1591 |
| 6604 | 5/12/2023 | (183.00) | CHECK IMAGE CHECK 1589 |
| 1400 | 5/15/2023 | (716.67) | CHECK IMAGE CHECK 7541 |
| 1400 | 5/15/2023 | (117.67) | ANALYSIS CHARGE |
| 1400 | 5/16/2023 | (188.62) | CHECK IMAGE CHECK 115658 |
| 1400 | 5/17/2023 | (500.00) | CASHED CHECK 7721 |
| 6604 | 5/17/2023 | (238.00) | CHECK IMAGE CHECK 1592 |
| 1400 | 5/18/2023 | (264,863.87) | OUTGOING WIRE |
| 1400 | 5/18/2023 | (650.00) | CHECK IMAGE CHECK 7874 |
| 1400 | 5/19/2023 | (264,863.87) | SNF PAYROLL LLC  PAYROLL   11865222 |
| 1400 | 5/22/2023 | (1,005.76) | CHECK IMAGE CHECK 115664 |
| 1400 | 5/22/2023 | (616.43) | CHECK IMAGE CHECK 7722 |

**NORTH SHORE MANOR INC.**
**MAY MONTHLY OPERATING REPORT**
**EXHIBIT D - CASH DISBURSEMENTS**

| Account End | Date | Amount | Description |
|---|---|---|---|
| 1400 | 5/22/2023 | (422.05) | CHECK IMAGE CHECK 115660 |
| 1400 | 5/22/2023 | (133.89) | CHECK IMAGE CHECK 115645 |
| 1400 | 5/23/2023 | (240.03) | CHECK IMAGE CHECK 115663 |
| 1400 | 5/24/2023 | (1,894.84) | CHECK IMAGE CHECK 115653 |
| 1400 | 5/25/2023 | (12,759.83) | CHECK IMAGE CHECK 7601 |
| 6604 | 5/25/2023 | (8,625.21) | CHECK IMAGE CHECK 1595 |
| 1400 | 5/26/2023 | (11,938.91) | FIRST INSURANCE  INSURANCE  900-98614886 |
| 1400 | 5/26/2023 | (5,865.00) | CHECK IMAGE CHECK 7725 |
| 1400 | 5/26/2023 | (2,106.00) | CHECK DEPOSITED RETURNED |
| 6604 | 5/26/2023 | (248.00) | CHECK IMAGE CHECK 1593 |
| 1400 | 5/26/2023 | (190.17) | CHECK IMAGE CHECK 7731 |
| 1400 | 5/30/2023 | (1,560.00) | CHECK IMAGE CHECK 7728 |
| 1400 | 5/30/2023 | (1,243.88) | CHECK IMAGE CHECK 115662 |
| 1400 | 5/31/2023 | (2,894.89) | CHECK IMAGE CHECK 95001 |
| 6604 | 5/31/2023 | (345.00) | CHECK IMAGE CHECK 1596 |
| 1400 | 5/31/2023 | (122.61) | CHECK IMAGE CHECK 7724 |
| 1400 | 5/31/2023 | (100.00) | CHECK IMAGE CHECK 7877 |
| 1400 | 5/31/2023 | (38.16) | CHECK IMAGE CHECK 7723 |
| | | $ (953,300.27) | |

**NORTH SHORE MANOR INC.**
**MAY MONTHLY OPERATING REPORT**
**EXHIBIT E - ACCOUNTS PAYABLE**

| Vendor | Sum of Total Due |
|---|---|
| C.S. JOHNSON & ASSOCIATES INC | 2,126.58 |
| City Of Loveland | 7,826.04 |
| Comcast Business | 4,594.14 |
| Denver Beverage | 1,869.00 |
| ENVIROPEST | 166.00 |
| Interim Healthcare (CO) | 13,880.63 |
| Kare Technologies LLC | 4,467.90 |
| MAXIM STAFFING SOLUTIONS | 14,419.98 |
| MCKESSON MEDICAL - SURGICAL 75320 | 11,750.87 |
| MEDICAL EDUCATION & GERIATRICS PLLC | 1,950.00 |
| Oncare Services Inc. | 100.00 |
| Pinnacle Quality Insight, LLC | 110.00 |
| Pinnacol Assurance | 14,282.00 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC 981022 02298-1022 | 10.62 |
| PRN Healthcare | 20,641.50 |
| Republic Services | 1,028.24 |
| Rolling Sharpening Stone | 549.48 |
| ROYAL CREST DAIRY INC | 296.20 |
| Securitas Healthcare | 526.50 |
| SOS Healthcare Staffing | 629.00 |
| The Home Depot PRO (CO) | 495.00 |
| Tiger Natural Gas, Inc | 7,475.53 |
| UNDERWATER WONDERS LLC | 1,504.60 |
| US FOODS INC | 63,853.41 |
| WellSky Corporation | 1,890.00 |
| WESTERN PAPER DISTRIBUTORS | 2,064.13 |
| **Grand Total** | **178,507.35** |

**NORTH SHORE MANOR INC.**
**MAY MONTHLY OPERATING REPORT**

**EXHIBIT F - ACCOUNTS RECEIVABLE**

| | May | April | March | February | January | December | >=November | Outstanding Balance |
|---|---|---|---|---|---|---|---|---|
| Ancillary  Contract - Kaiser | - | - | - | 77.25 | | | | 77.25 |
| Ancillary  Contract - UHC HMO | - | - | - | 689.00 | 455.00 | 360.00 | 630.00 | 2,134.00 |
| Ancillary  Contract - UHC PPO | - | - | - | 247.00 | 156.00 | - | - | 403.00 |
| Ancillary  Contract - United Healthcare | - | - | - | 104.00 | | | 314.24 | 418.24 |
| BCBS Anthem Commercial | 2,625.00 | 2,905.00 | 1,660.00 | - | - | - | 2,150.00 | 9,340.00 |
| BCBS Anthem Commercial  -  BCBS Anthem | - | - | - | - | - | - | (1,650.00) | (1,650.00) |
| BCBS Anthem Commercial  -  BCBS Anthem  -  Commercial  Plan | - | - | - | - | - | - | (625.00) | (625.00) |
| BCBS Anthem Commercial  -  BCBS Anthem  Federal | - | 7,980.00 | - | - | - | - | - | 7,980.00 |
| BCBS Anthem Commercial  -  PERA | - | - | - | - | - | - | (3,900.00) | (3,900.00) |
| BCBS Anthem Med Adv | 3,949.32 | - | 7,419.49 | - | - | - | - | 11,368.81 |
| Cigna | 3,321.00 | - | - | - | - | - | - | 3,321.00 |
| Cigna - Cigna | - | - | - | - | - | - | (1,724.32) | (1,724.32) |
| Coinsurance  A | 1,600.00 | - | - | - | 200.00 | - | - | 1,800.00 |
| Coinsurance  A  -  AARP | 3,200.00 | 7,800.00 | 1,400.00 | 2,600.00 | 1,600.00 | - | - | 16,600.00 |
| Coinsurance  A  -  BCBS Anthem | - | 1,800.00 | - | - | - | - | - | 1,800.00 |
| Coinsurance  A  -  BCBS Anthem  -  Commercial  Plan | - | - | - | 120.00 | - | - | - | 120.00 |
| Coinsurance  A  -  BCBS Anthem Federal | 800.00 | - | 3,800.00 | 5,000.00 | 3,200.00 | - | - | 12,800.00 |
| Coinsurance  A  -  Cigna  Supp | - | - | 2,400.00 | 1,400.00 | - | - | - | 3,800.00 |
| Coinsurance  A  -  CSI Medicare Supplement | 400.00 | - | - | - | - | - | - | 400.00 |
| Coinsurance  A  -  Mutual Of Omaha | 800.00 | - | - | - | - | - | - | 800.00 |
| Coinsurance  A  -  Physicians Mutual | - | 1,400.00 | 2,600.00 | - | - | - | - | 4,000.00 |
| Coinsurance  A  -  Tricare | - | (2,720.00) | 3,800.00 | - | 4,000.00 | - | 3,695.50 | 8,775.50 |
| Coinsurance  A State | 6,464.97 | 2,524.97 | - | 3,400.00 | 3,164.00 | - | 5,657.84 | 21,211.78 |
| Coinsurance  A State - Medicaid QMB | - | - | - | - | 700.00 | - | - | 700.00 |
| Coinsurance  B  -  AARP | 255.53 | 256.05 | 47.02 | - | 178.74 | - | - | 737.34 |
| Coinsurance  B  -  Aetna | - | - | - | - | 2.23 | - | - | 2.23 |
| Coinsurance  B  -  Bankers Life | - | - | - | - | 53.01 | - | - | 53.01 |
| Coinsurance  B  -  BCBS Anthem | 92.64 | - | 39.78 | 49.34 | - | - | - | 181.76 |
| Coinsurance  B  -  BCBS Anthem Federal | - | - | 49.88 | - | - | - | - | - |
| Coinsurance  B  -  Geha | - | 17.67 | 31.28 | 53.01 | 90.91 | - | - | 192.87 |
| COINSURANCE B - MUTUAL OF OMAHA | - | - | 12.47 | - | - | - | - | - |
| Coinsurance  B  -  Tricare | - | - | (262.38) | 142.71 | - | - | - | (119.67) |
| Coinsurance  B State | 1,288.77 | 2,267.33 | 1,256.90 | 1,664.48 | 1,959.23 | 858.55 | 370.16 | 9,665.42 |
| Coinsurance  B State  -  Medicaid QMB | - | - | 1,928.00 | - | - | - | - | 1,928.00 |
| Hospice Contract | - | 14,803.88 | 1,950.00 | - | - | - | - | 16,753.88 |
| Hospice Contract  -  Banner Hospice | 390.00 | 1,560.00 | - | - | - | (2,041.01) | - | 1,950.00 |
| Hospice  Private | 4,140.00 | 8,625.00 | - | - | 6,450.00 | 0.10 | - | 19,215.00 |
| Hospice  Private  -  Direct Debit | - | - | - | - | - | - | - | - |
| Hospice  Private  -  Pathways | 630.00 | - | - | - | - | - | - | 630.00 |
| HOSPICE PRIVATE - PATHWAYS DIRECT DEBIT | - | - | - | - | - | - | - | - |
| Hospice State | - | 5,937.69 | - | 5,000.16 | - | - | - | - |
| Hospice State  -  Banner Hospice | 1,863.60 | 7,176.27 | - | - | - | - | - | 9,039.87 |
| Hospice State  -  Bristol | - | - | 0.23 | - | - | (2,041.01) | (6,123.03) | (8,163.81) |
| Hospice State  -  Cvna  -  Respite | - | - | - | - | - | 0.10 | - | 0.10 |
| Hospice State  -  Pathways | 35,476.50 | 5,312.67 | 115.55 | 455.34 | 1,613.83 | (986.88) | (411.21) | 41,575.80 |

**NORTH SHORE MANOR INC.**
**MAY MONTHLY OPERATING REPORT**
**EXHIBIT F - ACCOUNTS RECEIVABLE**

| | May | April | March | February | January | December | >=November | Outstanding Balance |
|---|---|---|---|---|---|---|---|---|
| Humana Commercial | 19,950.00 | 22,000.00 | - | 4,500.00 | 425.00 | - | 2,500.00 | 49,375.00 |
| | | | | | | | | - |
| Humana Commercial - Humana | | | | | | | | - |
| Humana Commercial - Humana Commercial | | | | | | | | |
| Kaiser | 20,486.70 | 54,631.20 | 1,071.80 | 16,871.40 | - | - | - | 93,061.10 |
| Kaiser - Kaiser | 17,334.90 | 9,980.70 | - | - | - | - | - | 27,315.60 |
| Med Adv Like B | 3,371.91 | 1,351.84 | 1,293.31 | - | - | - | - | 6,017.06 |
| Med Adv Like B - BCBS Anthem Federal | | | | | | | | |
| Med Adv Like B - Humana | | | 1,816.63 | | | | | 1,816.63 |
| Med Adv Like B - Humana Commercial | | | 3,073.12 | 146.92 | 142.62 | 288.75 | - | 3,651.41 |
| Med Adv Like B - Humana Like B | 1,730.98 | 2,198.13 | 10,492.07 | 55.70 | 13.28 | 67.84 | - | 14,558.00 |
| Med Adv Like B - Kaiser | 3,454.25 | - | 5,354.49 | - | - | 201.58 | 314.57 | 9,324.89 |
| Med Adv Like B - UHC HMO | 3,523.73 | 5,110.89 | 18,709.15 | - | 415.36 | - | - | 27,759.13 |
| Med Adv Like B - UHC PERA | - | - | 2,389.26 | - | - | - | - | 2,389.26 |
| Med Adv Like B - UHC PPO | 121.07 | - | 4,665.09 | - | - | - | - | 4,786.16 |
| Med Adv Like B - United Healthcare | 424.37 | 479.86 | 308.86 | - | - | - | (314.24) | 898.85 |
| Medicaid | 189,547.73 | (308.53) | - | (0.04) | - | - | - | 189,239.16 |
| Medicaid - Direct Debit | 117,834.89 | (4,077.60) | (211.52) | - | - | - | - | 113,545.77 |
| Medicaid - Medicaid QMB | 8,569.78 | - | - | - | - | - | - | 8,569.78 |
| Medicaid Pending | 7,061.88 | 6,749.37 | 5,625.18 | - | - | - | - | 19,436.43 |
| Medicare A | 88,870.44 | 99,035.07 | 23,878.30 | 7,664.83 | (2,543.37) | - | 10,051.91 | 226,957.18 |
| Medicare Advantage | | | | | | | | |
| Medicare Advantage - Aetna | - | - | - | 1,590.21 | 16,744.58 | - | - | 18,334.79 |
| Medicare Advantage - Kaiser | - | - | - | - | - | - | - | - |
| Medicare Advantage - UHC HMO | - | - | - | - | - | - | - | - |
| Medicare B | 2,771.37 | 2,655.51 | 5,236.83 | 6,429.24 | 9,900.12 | 423.15 | 143.62 | 27,559.84 |
| Negotiated Contract | | | | | 7,856.43 | 645.85 | | 8,502.28 |
| Patient Payment | 12,412.71 | (781.98) | 839.30 | 3,125.99 | 19.20 | - | 3,462.34 | 19,077.56 |
| Patient Payment - Collection | - | - | - | - | - | - | 5,230.87 | 5,230.87 |
| Account/Patient Payment- Direct Debit | 7,362.65 | 5,697.59 | 1,326.37 | (990.49) | (127.43) | 1,141.66 | - | 14,410.35 |
| Private | 28,987.08 | 5,765.10 | (946.27) | 287.68 | 454.44 | (161.50) | 9,483.15 | 43,870.68 |
| Private - Collection Account | - | - | - | - | - | - | 29,095.50 | 29,095.50 |
| Private - Direct Debit | 45.00 | - | (14,503.32) | 2,014.00 | - | - | - | (12,444.32) |
| Private - Medicaid App | 32,985.00 | 30,630.00 | 7,767.36 | - | - | - | 15,309.88 | 86,692.24 |
| Private - Medicaid App | - | - | 8,093.49 | - | - | - | - | 8,093.49 |
| Collection Account United Healthcare | 44,740.00 | 46,800.00 | 50,850.00 | 31,908.94 | 9,118.00 | 14,400.00 | 8,359.50 | 206,176.44 |
| United Healthcare - UHC HMO | - | - | - | - | - | 450.00 | 325.00 | 775.00 |
| **Payer Total** | **$678,762.70** | **$355,685.75** | **$157,284.23** | **$94,606.67** | **$66,241.18** | **$15,648.09** | **$90,439.77** | **$1,447,668.19** |



Contact Information

970.495.9450
800.883.8773

fnbo.com



Stop: 3118/04
1620 Dodge St
Omaha, NE 68197

NORTH SHORE MANOR INC
802 W DRAKE RD STE 101
FT COLLINS CO 80526

| STATEMENT SUMMARY | May 1, 2023 through May 31, 2023 | | |
|---|---|---|---|
| **Account Description** | **Account #** | **Beginning Balance** | **Ending Balance** |
| **Deposit Accounts** | | | |
| Analyzed Checking | 1400 | 279,957.16 | 1,060,454.44 |
| | **Total on Deposit** | | **$1,060,454.44** |

**View up to the minute account information online- 24 hours a day!**
**www.fnbo.com**



**BankOnline**

| Analyzed Checking  xxxx1400  $1,060,454.44 | | Account Detail |
|---|---|---|
| Beginning Balance | $279,957.16 | Items Enclosed |
| Total Deposits | 35 for $1,713,295.36 | 72 |
| Total Withdrawals | 88 for $932,798.08 | |
| **Ending Balance** | **$1,060,454.44** | |

### Deposit Activity

| X | Date | Post Date | Description | Amount |
|---|---|---|---|---|
| **ELECTRONIC** | | | | |
| ☐ | 05/04 | 05/04 | Unitedhealthcare Hcclaimpmt *****0666 | 175.00 |
| ☐ | 05/04 | 05/04 | State Of Colo   Hcclaimpmt 8484665Y | 145,160.52 |
| ☐ | 05/05 | 05/05 | Novitas Solution Hcclaimpmt 065129 | 89,085.51 |
| ☐ | 05/09 | 05/09 | Sherwood Grand V Tax Col. | 384.88 |
| ☐ | 05/09 | 05/09 | Unitedhealthcare Hcclaimpmt *****0666 | 4,050.00 |

Member FDIC

**Analyzed Checking  xxxx1400  $1,060,454.44**                                              Continued

## Deposit Activity

| X | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|

**ELECTRONIC**

| X | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|
| ☐ | 05/10 | 05/10 | Unitedhealthcare Hcclaimpmt *****0666 | 3,600.00 |
| ☐ | 05/11 | 05/11 | Unitedhealthcare Hcclaimpmt *****0666 | 9,955.00 |
| ☐ | 05/11 | 05/11 | Unitedhealthcare Hcclaimpmt *****0666 | 13,500.00 |
| ☐ | 05/11 | 05/11 | State Of Colo  Hcclaimpmt 8492709Y | 304,754.44 |
| ☐ | 05/15 | 05/15 | Unitedhealthcare Hcclaimpmt *****0666 | 3,400.00 |
| ☐ | 05/16 | 05/16 | Novitas Solution Hcclaimpmt 065129 | 6,243.69 |
| ☐ | 05/17 | 05/17 | Unitedhealthcare Hcclaimpmt *****0666 | 450.00 |
| ☐ | 05/17 | 05/17 | Unitedhealthcare Hcclaimpmt *****0666 | 31,950.00 |
| ☐ | 05/18 | 05/18 | State Of Colo  Hcclaimpmt 8501146Y | 1,604.76 |
| ☐ | 05/18 | 05/18 | Unitedhealthcare Hcclaimpmt *****0666 | 10,800.00 |
| ☐ | 05/19 | 05/19 | Aetna As01  Hcclaimpmt Xxxxx0666 | 1,558.42 |
| ☐ | 05/19 | 05/19 | State Of CO  Vendor Pay Hcpf | 31,763.00 |
| ☐ | 05/19 | 05/19 | North Shore Mano Manual  North Shore, M. | 264,863.87 |
| ☐ | 05/25 | 05/25 | Unitedhealthcare Hcclaimpmt *****0666 | 5,850.00 |
| ☐ | 05/25 | 05/25 | State Of Colo  Hcclaimpmt 8509309Y | 13,125.42 |
| ☐ | 05/25 | 05/25 | Sherwood Grand V Tax Col. | 13,505.24 |
| ☐ | 05/31 | 05/31 | Novitas Solution Hcclaimpmt 065129 | 20,617.32 |
| | | | **Total Electronic Deposits** | **$976,397.07** |

## Deposit Activity

| X | Date | Post Date | Description | Deposit # | Amount |
|---|------|-----------|-------------|-----------|--------|

**PAPER**

| X | Date | Post Date | Description | Deposit # | Amount |
|---|------|-----------|-------------|-----------|--------|
| ☐ | 05/02 | 05/02 | Customer Deposit | | 24,698.69 |
| ☐ | 05/02 | 05/02 | Customer Deposit | | 43,116.27 |
| ☐ | 05/05 | 05/05 | Customer Deposit | | 49,128.50 |
| ☐ | 05/08 | 05/08 | Customer Deposit | | 143,962.68 |
| ☐ | 05/12 | 05/12 | Customer Deposit | | 16,089.92 |
| ☐ | 05/12 | 05/12 | Customer Deposit | | 147,764.75 |
| ☐ | 05/17 | 05/17 | Customer Deposit | | 76,103.50 |
| ☐ | 05/17 | 05/17 | Customer Deposit | 43121 | 10,697.00 |
| ☐ | 05/23 | 05/23 | Customer Deposit | | 33,739.14 |
| ☐ | 05/23 | 05/23 | Customer Deposit | | 102,208.94 |
| ☐ | 05/25 | 05/25 | Customer Deposit | | 8,625.21 |
| ☐ | 05/25 | 05/25 | Customer Deposit | | 40,566.00 |
| ☐ | 05/31 | 05/31 | Customer Deposit | | 40,197.69 |
| | | | **Total Paper Deposits** | | **$736,898.29** |

## Withdrawal Activity

| X | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|

**ELECTRONIC**

| X | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|
| ☐ | 05/02 | 05/02 | Tsys      Fees Sep  *****051235714 | 99.65 |
| ☐ | 05/02 | 05/02 | Allied Waste Svc Check Pymt 0267 | 588.13 |
| ☐ | 05/03 | 05/03 | Outgoing Wire | 251,061.31 |
| ☐ | 05/04 | 05/04 | North Shore Mano Trust Db  North Shore Man | 124.50 |

## Analyzed Checking  xxxx1400  $1,060,454.44                                    Continued

### Withdrawal Activity

| X | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|
| **ELECTRONIC** | | | | |
| ☐ | 05/04 | 05/04 | North Shore Mano Trust Db   North Shore Man | 203.50 |
| ☐ | 05/04 | 05/04 | North Shore Mano Billing   North Shore Man | 4,167.25 |
| ☐ | 05/08 | 05/08 | North Shore Mano Billing   North Shore Man | 58.50 |
| ☐ | 05/08 | 05/08 | North Shore Mano Direct Dep North Shore Man | 1,977.58 |
| ☐ | 05/08 | 05/08 | Sherwood Grand V Tax Col. | 8,748.69 |
| ☐ | 05/09 | 05/09 | North Shore Mano Billing   North Shore Man | 6.50 |
| ☐ | 05/11 | 05/11 | Check Deposited Returned | 14,145.00 |
| ☐ | 05/12 | 05/12 | Deposit Correction | 900.00 |
| ☐ | 05/15 | 05/15 | Analysis Charge | 117.67 |
| ☐ | 05/18 | 05/18 | Outgoing Wire | 264,863.87 |
| ☐ | 05/19 | 05/19 | Snf Payroll LLC  Payroll   11865222 | 264,863.87 |
| ☐ | 05/26 | 05/26 | First Insurance  Insurance 900-98614886 | 11,938.91 |
| ☐ | 05/26 | 05/26 | Check Deposited Returned | 2,106.00 |
| | | | **Total Electronic Withdrawals** | **$825,970.93** |

### Withdrawal Activity

| X | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|
| **PAPER** | | | | |
| ☐ | 05/01 | 05/01 | Check Image Check # 260 | 244.34 |
| ☐ | 05/01 | 05/01 | Check Image Check # 262 | 1,020.35 |
| ☐ | 05/01 | 05/01 | Check Image Check # 268 | 2,737.05 |
| ☐ | 05/01 | 05/01 | Check Image Check # 271 | 1,903.00 |
| ☐ | 05/01 | 05/01 | Check Image Check # 273 | 1,437.91 |
| ☐ | 05/01 | 05/01 | Check Image Check # 7881 | 45.00 |
| ☐ | 05/01 | 05/01 | Check Image Check # 115637 | 419.48 |
| ☐ | 05/02 | 05/02 | Check Image Check # 264 | 146.71 |
| ☐ | 05/02 | 05/02 | Check Image Check # 266 | 806.00 |
| ☐ | 05/02 | 05/02 | Check Image Check # 7879 | 7,410.00 |
| ☐ | 05/02 | 05/02 | Check Image Check # 115629 | 1,399.67 |
| ☐ | 05/02 | 05/02 | Check Image Check # 115630 | 181.32 |
| ☐ | 05/03 | 05/03 | Check Image Check # 7873 | 3,450.00 |
| ☐ | 05/04 | 05/04 | Check # 115657 | 1,148.20 |
| ☐ | 05/04 | 05/04 | Check Image Check # 263 | 304.62 |
| ☐ | 05/05 | 05/05 | Check # 115659 | 1,827.69 |
| ☐ | 05/05 | 05/05 | Check Image Check # 270 | 245.16 |
| ☐ | 05/05 | 05/05 | Check Image Check # 7544 | 353.89 |
| ☐ | 05/05 | 05/05 | Check Image Check # 7598 | 132.33 |
| ☐ | 05/05 | 05/05 | Check Image Check # 7872 | 14,770.05 |
| ☐ | 05/05 | 05/05 | Check Image Check # 115651 | 1,823.17 |
| ☐ | 05/05 | 05/05 | Check Image Check # 115673 | 396.23 |
| ☐ | 05/08 | 05/08 | Check # 115665 | 322.16 |
| ☐ | 05/08 | 05/08 | Check Image Check # 7538 | 865.93 |
| ☐ | 05/08 | 05/08 | Check Image Check # 7543 | 679.37 |
| ☐ | 05/08 | 05/08 | Check Image Check # 7548 | 803.19 |

## Analyzed Checking  xxxx1400  $1,060,454.44                                    Continued

### Withdrawal Activity

| X | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|-------:|
| **PAPER** | | | | |
| ☐ | 05/08 | 05/08 | Check Image Check # 7597 | 1,885.24 |
| ☐ | 05/08 | 05/08 | Check Image Check # 7876 | 43.68 |
| ☐ | 05/08 | 05/08 | Check Image Check # 115652 | 2,464.96 |
| ☐ | 05/08 | 05/08 | Check Image Check # 115655 | 992.22 |
| ☐ | 05/08 | 05/08 | Check Image Check # 115661 | 2,113.73 |
| ☐ | 05/08 | 05/08 | Check Image Check # 115666 | 864.76 |
| ☐ | 05/08 | 05/08 | Check Image Check # 115667 | 215.11 |
| ☐ | 05/08 | 05/08 | Check Image Check # 115672 | 1,081.34 |
| ☐ | 05/09 | 05/09 | Check # 7603 | 107.77 |
| ☐ | 05/09 | 05/09 | Check # 7604 | 100.00 |
| ☐ | 05/09 | 05/09 | Check Image Check # 7549 | 397.03 |
| ☐ | 05/09 | 05/09 | Check Image Check # 7596 | 480.26 |
| ☐ | 05/09 | 05/09 | Check Image Check # 17542 | 1,004.20 |
| ☐ | 05/09 | 05/09 | Check Image Check # 115670 | 959.25 |
| ☐ | 05/09 | 05/09 | Check Image Check # 115671 | 1,055.92 |
| ☐ | 05/10 | 05/10 | Check # 115632 | 913.32 |
| ☐ | 05/10 | 05/10 | Check # 115656 | 864.88 |
| ☐ | 05/10 | 05/10 | Check Image Check # 7539 | 1,761.10 |
| ☐ | 05/10 | 05/10 | Check Image Check # 7540 | 2,923.42 |
| ☐ | 05/10 | 05/10 | Check Image Check # 7546 | 2,134.53 |
| ☐ | 05/10 | 05/10 | Check Image Check # 7550 | 405.52 |
| ☐ | 05/10 | 05/10 | Check Image Check # 7595 | 2,693.78 |
| ☐ | 05/10 | 05/10 | Check Image Check # 7599 | 1,180.98 |
| ☐ | 05/10 | 05/10 | Check Image Check # 7602 | 1,462.90 |
| ☐ | 05/11 | 05/11 | Check Image Check # 115639 | 884.15 |
| ☐ | 05/12 | 05/12 | Check Image Check # 7551 | 1,821.45 |
| ☐ | 05/15 | 05/15 | Check Image Check # 7541 | 716.67 |
| ☐ | 05/16 | 05/16 | Check Image Check # 115658 | 188.62 |
| ☐ | 05/17 | 05/17 | Check # 7721 | 500.00 |
| ☐ | 05/18 | 05/18 | Check Image Check # 7874 | 650.00 |
| ☐ | 05/22 | 05/22 | Check Image Check # 7722 | 616.43 |
| ☐ | 05/22 | 05/22 | Check Image Check # 115645 | 133.89 |
| ☐ | 05/22 | 05/22 | Check Image Check # 115660 | 422.05 |
| ☐ | 05/22 | 05/22 | Check Image Check # 115664 | 1,005.76 |
| ☐ | 05/23 | 05/23 | Check Image Check # 115663 | 240.03 |
| ☐ | 05/24 | 05/24 | Check Image Check # 115653 | 1,894.84 |
| ☐ | 05/25 | 05/25 | Check Image Check # 7601 | 12,759.83 |
| ☐ | 05/26 | 05/26 | Check Image Check # 7725 | 5,865.00 |
| ☐ | 05/26 | 05/26 | Check Image Check # 7731 | 190.17 |
| ☐ | 05/30 | 05/30 | Check Image Check # 7728 | 1,560.00 |
| ☐ | 05/30 | 05/30 | Check Image Check # 115662 | 1,243.88 |
| ☐ | 05/31 | 05/31 | Check Image Check # 7723 | 38.16 |
| ☐ | 05/31 | 05/31 | Check Image Check # 7724 | 122.61 |
| ☐ | 05/31 | 05/31 | Check Image Check # 7877 | 100.00 |

## Analyzed Checking  xxxx1400  $1,060,454.44                    Continued

### Withdrawal Activity

| X | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|
| **PAPER** | | | | |
| ☐ | 05/31 | 05/31 | Check Image Check # 95001 | 2,894.89 |
| | | | **Total Paper Withdrawals** | **$106,827.15** |

### Balancing Checklist

| X | Check # | Date | Amount | X | Check # | Date | Amount | X | Check # | Date | Amount |
|---|---------|------|--------|---|---------|------|--------|---|---------|------|--------|
| ☐ | 260 | 05/01 | 244.34 | ☐ | 7599 | 05/10 | 1,180.98 | ☐ | 115637 | 05/01 | 419.48 |
| ☐ | 262 | 05/01 | 1,020.35 | ☐ | 7601 | 05/25 | 12,759.83 | ☐ | 115639 | 05/11 | 884.15 |
| ☐ | 263 | 05/04 | 304.62 | ☐ | 7602 | 05/10 | 1,462.90 | ☐ | 115645 | 05/22 | 133.89 |
| ☐ | 264 | 05/02 | 146.71 | ☐ | 7603 | 05/09 | 107.77 | ☐ | 115651 | 05/05 | 1,823.17 |
| ☐ | 266 | 05/02 | 806.00 | ☐ | 7604 | 05/09 | 100.00 | ☐ | 115652 | 05/08 | 2,464.96 |
| ☐ | 268 | 05/01 | 2,737.05 | ☐ | 7721 | 05/17 | 500.00 | ☐ | 115653 | 05/24 | 1,894.84 |
| ☐ | 270 | 05/05 | 245.16 | ☐ | 7722 | 05/22 | 616.43 | ☐ | 115655 | 05/08 | 992.22 |
| ☐ | 271 | 05/01 | 1,903.00 | ☐ | 7723 | 05/31 | 38.16 | ☐ | 115656 | 05/10 | 864.88 |
| ☐ | 273 | 05/01 | 1,437.91 | ☐ | 7724 | 05/31 | 122.61 | ☐ | 115657 | 05/04 | 1,148.20 |
| ☐ | 7538 | 05/08 | 865.93 | ☐ | 7725 | 05/26 | 5,865.00 | ☐ | 115658 | 05/16 | 188.62 |
| ☐ | 7539 | 05/10 | 1,761.10 | ☐ | 7728 | 05/30 | 1,560.00 | ☐ | 115659 | 05/05 | 1,827.69 |
| ☐ | 7540 | 05/10 | 2,923.42 | ☐ | 7731 | 05/26 | 190.17 | ☐ | 115660 | 05/22 | 422.05 |
| ☐ | 7541 | 05/15 | 716.67 | ☐ | 7872 | 05/05 | 14,770.05 | ☐ | 115661 | 05/08 | 2,113.73 |
| ☐ | 7543 | 05/08 | 679.37 | ☐ | 7873 | 05/03 | 3,450.00 | ☐ | 115662 | 05/30 | 1,243.88 |
| ☐ | 7544 | 05/05 | 353.89 | ☐ | 7874 | 05/18 | 650.00 | ☐ | 115663 | 05/23 | 240.03 |
| ☐ | 7546 | 05/10 | 2,134.53 | ☐ | 7876 | 05/08 | 43.68 | ☐ | 115664 | 05/22 | 1,005.76 |
| ☐ | 7548 | 05/08 | 803.19 | ☐ | 7877 | 05/31 | 100.00 | ☐ | 115665 | 05/08 | 322.16 |
| ☐ | 7549 | 05/09 | 397.03 | ☐ | 7879 | 05/02 | 7,410.00 | ☐ | 115666 | 05/08 | 864.76 |
| ☐ | 7550 | 05/10 | 405.52 | ☐ | 7881 | 05/01 | 45.00 | ☐ | 115667 | 05/08 | 215.11 |
| ☐ | 7551 | 05/12 | 1,821.45 | ☐ | 17542 | 05/09 | 1,004.20 | ☐ | 115670 | 05/09 | 959.25 |
| ☐ | 7595 | 05/10 | 2,693.78 | ☐ | 95001 | 05/31 | 2,894.89 | ☐ | 115671 | 05/09 | 1,055.92 |
| ☐ | 7596 | 05/09 | 480.26 | ☐ | 115629 | 05/02 | 1,399.67 | ☐ | 115672 | 05/08 | 1,081.34 |
| ☐ | 7597 | 05/08 | 1,885.24 | ☐ | 115630 | 05/02 | 181.32 | ☐ | 115673 | 05/05 | 396.23 |
| ☐ | 7598 | 05/05 | 132.33 | ☐ | 115632 | 05/10 | 913.32 | | | | |

**CONTACT INFORMATION**
Telephone us at: (800) 883-8773
Write us at: First National Bank of Omaha
Customer Care Center
1620 Dodge St. Stop 3095
Omaha, NE 68197-3095
Visit us at: fnbo.com

## INQUIRIES ABOUT YOUR DIRECT DEPOSIT

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the contact number above to find out whether the deposit has been made.

## HOW TO CALCULATE YOUR LINE OF CREDIT INTEREST CHARGES AND YOUR BALANCE SUBJECT TO INTEREST RATE

Interest Charges: Your interest charge(s) are computed by multiplying your closing principal balance for each day by the daily periodic rate applicable for that day and adding the daily results during the billing cycle together.  The daily periodic rate may vary in accordance with your line of credit agreement.

Balance Subject to Interest Rate: The closing principal balance is used to calculate the balance subject to the interest rate.  The closing principal balance in your account each day will be determined by taking the beginning principal balance of your account each day (excluding unpaid interest charges), adding any new advances and subtracting any principal payments or credits.  All of the closing principal balances are added together and divided by the number of days in the billing cycle to get the "balance subject to interest rate" shown on this statement. This 'balance subject to interest rate' can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the finance charge.

## THE FOLLOWING SECTIONS APPLY TO CONSUMER ACCOUNTS ONLY:

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us in one of the methods listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number, (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and (3) Tell us the dollar amount of the suspected error.  We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error; so that you will have the use of the money during the time it takes us to complete our investigation.

### WHAT TO DO IF YOU HAVE A LINE OF CREDIT AND YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us using the Contact address above.  In your letter, please give us the following information: (1) *Account information:* Your name and account number, (2) *Dollar amount:* The dollar amount of the suspected error, and (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.  You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount, (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount, (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance, (4) We can apply any unpaid amount against your credit limit.

### PAYMENT REQUIREMENTS

*PAYMENTS MADE IN PERSON OR BY MAIL:* Payments are generally credited as of the date received if the payment is (1) received by us during normal branch hours and, if by mail, at the payment address listed on the payment coupon or in the supplied envelope (if applicable), (2) paid with one check or one money order drawn in United States Dollars on a bank located in the United States and the full account number listed on the check or money order, (3) accompanied by the payment coupon (without any other portion of a statement or any correspondence of any type). If we accept a payment in any other form there may be a delay in crediting your account up to five days, during which time interest will accrue and applicable fees will apply. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically. In the event that your payment due date falls on a date we do not receive or accept payments by mail (weekends and holidays), payments made in person on that date and payments received by mail by the next business day will be treated as on-time.



Contact Information

970.495.9450
800.883.8773

fnbo.com





Stop: 3118/04
1620 Dodge St
Omaha, NE 68197

NORTH SHORE MANOR INC
802 W DRAKE RD STE 101
FT COLLINS CO 80526

| STATEMENT SUMMARY | | May 1, 2023 through May 31, 2023 | |
|---|---|---|---|
| **Account Description** | **Account #** | **Beginning Balance** | **Ending Balance** |
| **Deposit Accounts** | | | |
| Premium Business Checking w/In | 604 | 23,543.06 | 14,825.22 |
| | **Total on Deposit** | | **$14,825.22** |

**View up to the minute account information online-24 hours a day!**
**www.fnbo.com**



**BankOnline**

| Premium Business Checking w/In  xxxx6604  $14,825.22 | | Account Detail | |
|---|---|---|---|
| Beginning Balance | $23,543.06 | Items Enclosed | 12 |
| Total Deposits | 18 for $11,784.35 | Days in Statement | 31 |
| Total Withdrawals | 12 for $20,502.19 | Annual Percentage Yield Earned | 1.46% |
| **Ending Balance** | **$14,825.22** | Interest Earned this Statement | $26.67 |
| | | Interest Paid this Statement | $26.67 |
| | | Interest Paid YTD | $111.97 |



Member FDIC





**Contact Information**

970.495.9450
800.883.8773

fnbo.com



Stop: 3118/04
1620 Dodge St
Omaha, NE 68197

NORTH SHORE MANOR INC
802 W DRAKE RD STE 101
FT COLLINS CO 80526

**View up to the minute account information online- 24 hours a day!**
**www.fnbo.com**



**BankOnline**

| STATEMENT SUMMARY | May 1, 2023 through May 31, 2023 | | |
|---|---|---|---|
| **Account Description** | **Account #** | **Beginning Balance** | **Ending Balance** |
| **Deposit Accounts** | | | |
| Analyzed Checking | 40635 | 1,156.69 | 1,156.69 |
| | **Total on Deposit** | | **$1,156.69** |

| Analyzed Checking  xxxx0635  $1,156.69 | | Account Detail | |
|---|---|---|---|
| Beginning Balance | $1,156.69 | Items Enclosed | 0 |
| Total Deposits | 0 for $0.00 | | |
| Total Withdrawals | 0 for $0.00 | | |
| **Ending Balance** | **$1,156.69** | | |



Member FDIC

### CONTACT INFORMATION
Telephone us at: (800) 883-8773
Write us at: First National Bank of Omaha
Customer Care Center
1620 Dodge St. Stop 3095
Omaha, NE 68197-3095
Visit us at: fnbo.com

### INQUIRIES ABOUT YOUR DIRECT DEPOSIT
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the contact number above to find out whether the deposit has been made.

### HOW TO CALCULATE YOUR LINE OF CREDIT INTEREST CHARGES AND YOUR BALANCE SUBJECT TO INTEREST RATE
Interest Charges: Your interest charge(s) are computed by multiplying your closing principal balance for each day by the daily periodic rate applicable for that day and adding the daily results during the billing cycle together. The daily periodic rate may vary in accordance with your line of credit agreement.

Balance Subject to Interest Rate: The closing principal balance is used to calculate the balance subject to the interest rate. The closing principal balance in your account each day will be determined by taking the beginning principal balance of your account each day (excluding unpaid interest charges), adding any new advances and subtracting any principal payments or credits. All of the closing principal balances are added together and divided by the number of days in the billing cycle to get the "balance subject to interest rate" shown on this statement. This 'balance subject to interest rate' can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the finance charge.

### THE FOLLOWING SECTIONS APPLY TO CONSUMER ACCOUNTS ONLY:

#### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Contact us in one of the methods listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number, (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error; so that you will have the use of the money during the time it takes us to complete our investigation.

#### WHAT TO DO IF YOU HAVE A LINE OF CREDIT AND YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT
If you think there is an error on your statement, write to us using the Contact address above. In your letter, please give us the following information: (1) *Account information:* Your name and account number, (2) *Dollar amount:* The dollar amount of the suspected error, and (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount, (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount, (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance, (4) We can apply any unpaid amount against your credit limit.

#### PAYMENT REQUIREMENTS
*PAYMENTS MADE IN PERSON OR BY MAIL:* Payments are generally credited as of the date received if the payment is (1) received by us during normal branch hours and, if by mail, at the payment address listed on the payment coupon or in the supplied envelope (if applicable), (2) paid with one check or one money order drawn in United States Dollars on a bank located in the United States and the full account number listed on the check or money order, (3) accompanied by the payment coupon (without any other portion of a statement or any correspondence of any type). If we accept a payment in any other form there may be a delay in crediting your account up to five days, during which time interest will accrue and applicable fees will apply. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically. In the event that your payment due date falls on a date we do not receive or accept payments by mail (weekends and holidays), payments made in person on that date and payments received by mail by the next business day will be treated as on-time.





**Contact Information**

970.495.9450
800.883.8773

fnbo.com



Stop: 3118/04
1620 Dodge St
Omaha, NE 68197

NORTH SHORE MANOR INC
802 W DRAKE RD STE 101
FT COLLINS CO 80526

**View up to the minute
account information online-
24 hours a day!
www.fnbo.com**



**BankOnline**

| STATEMENT SUMMARY | | May 1, 2023 through May 31, 2023 | |
|---|---|---|---|
| **Account Description** | **Account #** | **Beginning Balance** | **Ending Balance** |
| **Deposit Accounts** | | | |
| Analyzed Checking | 600100793 | 487.21 | 487.21 |
| | **Total on Deposit** | | **$487.21** |

| Analyzed Checking  xxxx0793  $487.21 | | Account Detail |
|---|---|---|
| Beginning Balance | $487.21 | Items Enclosed 0 |
| Total Deposits | 0 for $0.00 | |
| Total Withdrawals | 0 for $0.00 | |
| **Ending Balance** | **$487.21** | |

Member FDIC

### CONTACT INFORMATION
Telephone us at: (800) 883-8773
Write us at: First National Bank of Omaha
Customer Care Center
1620 Dodge St. Stop 3095
Omaha, NE 68197-3095
Visit us at: fnbo.com

### INQUIRIES ABOUT YOUR DIRECT DEPOSIT
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the contact number above to find out whether the deposit has been made.

### HOW TO CALCULATE YOUR LINE OF CREDIT INTEREST CHARGES AND YOUR BALANCE SUBJECT TO INTEREST RATE
Interest Charges: Your interest charge(s) are computed by multiplying your closing principal balance for each day by the daily periodic rate applicable for that day and adding the daily results during the billing cycle together. The daily periodic rate may vary in accordance with your line of credit agreement.

Balance Subject to Interest Rate: The closing principal balance is used to calculate the balance subject to the interest rate. The closing principal balance in your account each day will be determined by taking the beginning principal balance of your account each day (excluding unpaid interest charges), adding any new advances and subtracting any principal payments or credits. All of the closing principal balances are added together and divided by the number of days in the billing cycle to get the "balance subject to interest rate" shown on this statement. This 'balance subject to interest rate' can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the finance charge.

### THE FOLLOWING SECTIONS APPLY TO CONSUMER ACCOUNTS ONLY:

#### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Contact us in one of the methods listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number, (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

#### WHAT TO DO IF YOU HAVE A LINE OF CREDIT AND YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT
If you think there is an error on your statement, write to us using the Contact address above. In your letter, please give us the following information: (1) *Account information:* Your name and account number, (2) *Dollar amount:* The dollar amount of the suspected error, and (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount, (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount, (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance, (4) We can apply any unpaid amount against your credit limit.

#### PAYMENT REQUIREMENTS
*PAYMENTS MADE IN PERSON OR BY MAIL:* Payments are generally credited as of the date received if the payment is (1) received by us during normal branch hours and, if by mail, at the payment address listed on the payment coupon or in the supplied envelope (if applicable), (2) paid with one check or one money order drawn in United States Dollars on a bank located in the United States and the full account number listed on the check or money order, (3) accompanied by the payment coupon (without any other portion of a statement or any correspondence of any type). If we accept a payment in any other form there may be a delay in crediting your account up to five days, during which time interest will accrue and applicable fees will apply. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically. In the event that your payment due date falls on a date we do not receive or accept payments by mail (weekends and holidays), payments made in person on that date and payments received by mail by the next business day will be treated as on-time.