UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                       )
                                             )   Case No. 23-10809-JGR
NORTH SHORE MANOR, INC.,                     )
                                             )   Chapter 11
                  Debtor.                    )

## NOTICE OF FIRST APPLICATION FOR INTERIM ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS FOR WADSWORTH GARBER WARNER CONRARDY, P.C.

### OBJECTION DEADLINE: AUGUST 1, 2023

**YOU ARE HEREBY NOTIFIED** that Wadsworth Garber Warner Conrardy, P.C. ("WGWC"), bankruptcy counsel for North Shore Manor, Inc., has filed its First Application for Interim Allowance and Payment of Attorneys' Fees and Reimbursement of Costs (the "Application") and requests the following relief: WGWC has made an Application to the Court for interim allowance and payment of attorneys' fees and reimbursement of costs in the amount $109,855.03 (fees charged: $109,325.00 costs advanced: $530.03) for the period of March 6, 2023, through June 30, 2023.

If you oppose the Application or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: July 11, 2023                 Respectfully submitted,

                                     By:/s/ Aaron A. Garber
                                        Aaron A. Garber #36099
                                        **Wadsworth Garber Warner Conrardy, P.C.**
                                        2580 West Main Street, Suite 200
                                        Littleton, CO 80120
                                        Telephone: (303) 296-1999
                                        Telecopy: (303) 296-7600
                                        Email: agarber@wgwc-law.com

**9013-1 CERTIFICATE OF SERVICE OF MOTION, NOTICE AND PROPOSED ORDER**

The undersigned certifies that on July 11, 2023, I served by ECF a copy of the **FIRST APPLICATION FOR INTERIM ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS FOR WADSWORTH GARBER WARNER CONRARDY, P.C.**, notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. upon the following:

Robert Samuel Boughner   Samuel.Boughner@usdoj.gov
Zachary Fairlie   zfairlie@spencerfane.com, lwhitaker@spencerfane.com
Aaron A Garber   agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com
Joli A. Lofstedt   joli@jaltrustee.com, ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
John A. O'Brien   jobrien@spencerfane.com, anissly@spencerfane.com;zbalog@spencerfane.com
Keri L. Riley   klr@kutnerlaw.com, vlm@kutnerlaw.com
Scott C. Sandberg   ssandberg@spencerfane.com, anissly@spencerfane.com;lwhitaker@spencerfane.com
US Trustee   USTPRegion19.DV.ECF@usdoj.gov

**2002-1 CERTIFICATE OF SERVICE OF NOTICE**

The undersigned further certifies that on July 11, 2023, I served by prepaid first class mail a copy of the foregoing Notice in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) (if applicable) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on July 11, 2023.

By: /s/ *Nichole Garber*
For Wadsworth, Garber, Warner Conrardy, P.C.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 23-10809-JGR<br>District of Colorado<br>Denver<br>Tue Jul 11 13:52:44 MDT 2023 | ALL STATE PUMPING & CONSULTING<br>9711 STERLING DR<br>Littleton, CO 80126-4237 | ALSCO-LARAMIE<br>314 S FOURTH ST<br>Laramie, WY 82070-3702 |
| ANLANCE PROTECTION LTD<br>1800 EAST LINCOLN C-3<br>Fort Collins, CO 80524-4766 | Allstate Benefits<br>PO Box 650614<br>Dallas, TX 75265-0514 | Anthem Blue Cross Blue Shield<br>700 Broadway<br>Denver, CO 80203-3440 |
| BANK OF OKLAHOMA<br>PAYMENT PROCESSING CENTER<br>PO BOX 248817<br>Oklahoma City, OK 73124-8817 | BANNER HEALTH RT<br>1801 16TH ST<br>Greeley, CO 80631-5154 | BRIGGS HEALTHCARE<br>7887 UNIVERSITY BLVD<br>Clive, IA 50325-1243 |
| Robert Samuel Boughner<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | CDW GOVERNMENT<br>75 REMITTANCE DRIVE<br>SUITE 1515<br>Chicago, IL 60675-1515 | CENTRE ELDERLY TRANSPORTATION<br>915 CENTRE AVE<br>STE 5<br>Fort Collins, CO 80526-6045 |
| CENTRE PHARMACY<br>915 CENTRE AVE<br>STE 4<br>Fort Collins, CO 80526-6046 | CENTURY LINK<br>PO BOX 91155<br>Seattle, WA 98111-9255 | CHS Workers Comp Fund<br>802 West Drake Road<br>Fort Collins, CO 80526-5558 |
| CIGNA<br>2000 S Colorado Blvd<br>Denver, CO 80222-7957 | CITY OF LOVELAND<br>PO BOX 3500<br>Loveland, CO 80539-3500 | CLEAN DESIGNS<br>2800 S OAK ST<br>Lakewood, CO 80227-2604 |
| COLUMBINE DISTRIBUTION CENTRE<br>802 WEST DRAKE ROAD<br>STE 149<br>Fort Collins, CO 80526-5567 | COLUMBINE HEALTH SYSTEMS<br>802 WEST DRAKE ROAD<br>SUITE 101<br>Fort Collins, CO 80526-5567 | COLUMBINE MEDICAL EQUIPMENT<br>802 WEST DRAKE ROAD<br>STE 123<br>Fort Collins, CO 80526-5567 |
| COMCAST<br>PO BOX 60533<br>CITY OF INDUSTRY, CA 91716-0533 | COMNET COMMUNICATIONS<br>105 MOUNT MARIAH RD<br>Livermore, CO 80536-9413 | COVR  TRACKNOW INC<br>PO BOX 803<br>Springville, UT 84663-0803 |
| Centre Elderly Transportation, Inc.,<br>c/o John O'Brien<br>1700 Lincoln Street, Ste 2000<br>Denver, Co 80203-4554 | Colorado Department Of Revenue<br>1881 Pierce St.<br>Bankruptcy Unit, Room 104<br>Lakewood CO 80214-3503 | Colorado Department of Revenue<br>PO Box 17087<br>Denver, CO 80217-0087 |
| Colrado Department of Public Health<br>4300 Cherry Creek S. Dr.<br>Denver, CO 80246-1523 | Columbine Distribution Center, LLC<br>c/o John O'Brien<br>1700 Lincoln Street, Ste 2000<br>Denver, Co 80203-4554 | Columbine Health Systems, Inc.<br>c/o Spencer Fane LLP<br>Attn:  John O'Brien<br>1700 Lincoln St., Ste 2000<br>Denver, CO 80203-4554 |

| | | |
|---|---|---|
| Columbine Management Services, Inc<br>802 W. Drake Rd.<br>Suite 101<br>Fort Collins, CO 80526-5567 | Columbine Management Services, Inc.<br>Spencer Fane, LLP<br>c/o John O'Brien<br>1700 Lincoln Street Ste. 2000<br>Denver, CO 80203-4554 | Columbine Management Services, Inc.<br>c/o John O'Brien<br>1700 Lincoln Street, Ste 2000<br>Denver, Co 80203-4554 |
| Columbine Medical Equipment, Inc.<br>c/o John O'Brien<br>1700 Lincoln Street, Ste 2000<br>Denver, Co 80203-4554 | DIRECT SUPPLY<br>PO BOX 88201<br>Milwaukee, WI 53288-8201 | Delta Dental<br>PO Box 173803<br>Dener, CO 80217-3803 |
| ELITE NURSES<br>PO BOX 664051<br>Dallas, TX 75266-4051 | ENVIROPEST<br>599 W 66TH ST<br>Loveland, CO 80538-4670 | FIRST NATIONAL BANK of Omaha<br>205 WEST OAK STREET<br>Fort Collins, CO 80521-2712 |
| FLOOD & PETERSON INSURANCE<br>PO BOX 578<br>Greeley, CO 80632-0578 | FRONT RANGE THERAPY SYSTEMS<br>802 WEST DRAKE ROAD<br>STE 145<br>Fort Collins, CO 80526-5567 | Zachary Fairlie<br>Spencer Fane<br>1000 Walnut<br>Ste 1400<br>Kansas City, MO 64106-2168 |
| Florida State Disbursement Unit<br>PO Box 333<br>Pensacola, FL 32591-0333 | Front Range Duct Cleaning<br>PO Box 280184<br>Lakewood, CO 80228-0184 | Front Range Geriatric Medicine, LLC<br>c/o John O'Brien<br>1700 Lincoln Street, Ste 2000<br>Denver, Co 80203-4554 |
| Front Range Geriatric Medicing<br>802 W Drake<br>Fort Collins, CO 80523-0001 | Front Range Therapy Systems Inc. dba Columbi<br>c/o John O'Brien<br>1700 Lincoln Street, Ste 2000<br>Denver, co 80203-4554 | GERIATRIC EDUCATION CENTRE<br>947 WORTHINGTON CIRCLE<br>Fort Collins, CO 80526 |
| GRAINGER<br>PO BOX 419267<br>DEPT 844709915<br>Kansas City, MO 64141-6267 | Aaron A Garber<br>2580 West Main Street<br>Suite 200<br>Littleton, CO 80120-4631 | Geriatric Education Center LLC<br>c/o John O'Brien<br>1700 Lincoln Street Ste. 2000<br>Denver, Co 80203-4554 |
| HD SUPPLY FACILITIES MAINTENANCE<br>PO BOX 509058<br>San Diego, CA 92150-9058 | HORIZON MED STAFFING<br>7899 S LINCOLN CT<br>SUITE 207<br>Littleton, CO 80122-2649 | INTERIM HEALTH CARE OF FORT COLLINS<br>2000 VERMONT<br>STE 100<br>Fort Collins, CO 80525-2900 |
| IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | J. Robert Wilson<br>c/o John O'Brien<br>1700 Lincoln Street, Ste 2000<br>Denver, Co 80203-4554 |
| John O'Brien<br>Spencer Fane LLP<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203-4554 | (p)LARIMER COUNTY TREASURER<br>ATTN ATTN VICKY GLASS<br>PO BOX 1250<br>FORT COLLINS CO 80522-1250 | (p)JOLI A  LOFSTEDT<br>ATTN JOLI A LOFSTEDT TRUSTEE<br>PO BOX 270561<br>LOUISVILLE CO 80027-5009 |

MARVEL MEDICAL STAFFING
PO BOX 3544
Omaha, NE 68103-0544

(p)MAXIM HEALTHCARE STAFFING SERVICES  INC
12558 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0001

MEDICAL CENTER OF THE ROCKIES
PO BOX 732033
Dallas, TX 75373-2033

MEDICAL SYSTEMS OF DENVER INC
7600 JOGHNSON DRIVE
Frederick, CO 80504-3491

Maxim Healthcare Staffing Services, Inc.
c/o Stinson LLP
1775 Pennsylvania Ave. NW
Suite 800, Attn. Tracey M. Ohm
Washington, DC 20006-4760

Leah McMahon
CO State Long-Term Care Ombudsman Prog.
c/o Disability Law Colorado
455 Sherman Street, Suite 130
Denver, CO 80203-4403

Mosaic HCM
5300 DTC Parkway
Greenwood Village, CO 80111-3023

Mountain Sales and Service
6759 E 59th Ave
Commerce City, CO 80022

Nelson & Kennard
2594 South Lewis Way, Suite A
Lakewood, CO 80227-2839

North Shore Associates
c/o Spencer Fane LLP
Attn:  John O'Brien
1700 Lincoln St., Ste 2000
Denver, CO 80203-4554

North Shore Manor, Inc.
201 Columbine St., STE 15
PO Box 6362
Denver, CO 80206-0362

Nurses PRN
1101 E South River Street
Appleton, WI 54915-2223

John A. O'Brien
1700 Lincoln St.
Ste. 2000
Denver, CO 80203-4554

OFFICE DEPOT CREDIT PLAN
PO BOX 78004
Phoenix, AZ 85062-8004

ORTHOPEDIC CENTER OF THE ROCKIES
PO BOX 451
Fort Collins, CO 80522-0451

PACIFIC MOBILE DIAGNOSTICS
615 EAST PALO VERDE DRIVE
Phoenix, AZ 85012-1331

PENNER PATIENT CARE INC
PO BOX 523
Aurora, NE 68818-0523

PET IMAGING OF NORTHERN CO
PO BOX 306149
Nashville, TN 37230-6149

PINNACLE CONSULTING
7440 S CREEK RD
Sandy, UT 84093-5501

PITNEY BOWES GLOBAL FIN SERVICES
PO BOX 981022
Boston, MA 02298-1022

POUDRE INFUSION CENTER
915 CENTRE AVE
STE 3
Fort Collins, CO 80526-6046

PRN Health Services, LLC
1101 E. South River Street
Appleton, WI 54915-2223

PURCHASE POWER
PO BOX 371874
Pittsburgh, PA 15250-7874

Poudre Infusion Therapy, LLC
c/o John O'Brien
1700 Lincoln Street, Ste 2000
Denver, Co 80203-4554

REDLINE FIRE SERVICE
1001A EAST HARMONY RD
#137
Fort Collins, CO 80525-8888

REPUBLIC SERVICES
PO BOX 78829
Phoenix, AZ 85062-8829

RF Technologies. Inc.
PO Box 8444
Carol Stream, IL 60197-8444

RIVIERA FINANCE
PO BOX 848244
Los Angeles, CA 90084-8244

ROLLING STONE LLC
5230 N MONROE AVE
Loveland, CO 80538-1849

ROYAL CREST DAIRY
350 S PEARL ST
Denver, CO 80209-2098

Keri L. Riley
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln Street
Suite 1720
Denver, CO 80264-1700

(p)ROCKY MOUNTAIN RESERVE LLC
PO BOX 631458
LITTLETON CO 80163-1458

SMART DOCUMENT MANAGEMENT
1133 RIVERSIDE AVE
Fort Collins, CO 80524-3260

SOF-TECH MAINTENANCE CO
6700 AVONDALE RD
Fort Collins, CO 80525-7000

STANLEY HEALTHCARE SOLUTIONS
DEPT CH 10504
Palatine, IL 60055-0001

Scott C. Sandberg
1700 Lincoln St.
Ste. 2000
Denver, CO 80203-4554

Securities Tech Corporation
Dept CH 10504
Palantine, IL 60055-0001

Securities and Exchange Commission
Central Regional Office
1961 Stout St.
Ste. 1700
Denver CO 80294-1700

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Soukup Bush & Associates, CPAs, P.C.
2032 Caribou Drive, Suite 200
Fort Collins, CO 80525-4326

Soukup, Bush & Associates
2032 Caribour Dr
Fort Collins, CO 80525-4326

State of Colorado
Dept of Law  1300 Broadway, 8th Floor
Denver, CO 8203

THE HOME DEPOT PRO
PO BOX 742440
Los Angeles, CA 90074-2440

THOMPSON VALLEY EMS
4480 CLYDESDALE PKWY
Loveland, CO 80538-9081

TIGER INC
DEPT # 2192
Tulsa, OK 74182-0001

TRUDILIGENCE
3190 S WADSWORTH BLVD
Denver, CO 80227-4899

Tech Electronic
PO Box 3544
Saint Louis, MO 63179

The Imaging Center
PO Box 271460
Fort Collins, CO 80527-1460

Tracey M. Ohm
1775 Pennsylvania Ave. NW
Suite 800, Stinson LLP
Washington 20006-4605

UCHEALTH GREELEY HOSPITAL
PO BOX 734269
Dallas, TX 75373-4269

UCHEALTH MEDICAL GROUP OH
PO BOX 732031
Dallas, TX 75373-2031

UNDERWATER WONDERS
2620 KILLDEER DRIVE
Fort Collins, CO 80526-2824

UNIVERSITY OF CO HEALTH LAB
1024 S LEMAY AVE
Fort Collins, CO 80524-3929

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

UnitedHealthcare Insurance Company
ATTN: CDM/Bankruptcy
185 Asylum Street - 03B
Hartford, CT 06103-3408

VCPI
1556 N RIVERCENTER DRIVE
SUITE 202
Milwaukee, WI 53212

VISITING ANCILLARY SERVICES
550 E THORNTON PKWY
#240-B
Denver, CO 80229-2172

Visiting Ancillary Services, Inc
550 E Thornton Pkwy, 240-B, Thornton, Co
Thornton, CO 80229-2172

WEST-CHEM
PO BOX 818
Loveland, CO 80539-0818

WILSON RENTALS
802 WEST DRAKE ROAD
SUITE 101
Fort Collins, CO 80526-5567

| | | |
|---|---|---|
| Wadsworth Garber Warner Conrardy, P.C.<br>2580 West Main St., Ste. 200<br>Littleton, CO 80120-4631 | Wapello Holdings II, LLC<br>Spencer Fane, LLP<br>c/o John O'Brien<br>1700 Lincoln Street, Ste. 2000<br>Denver, CO 80203-4554 | Wapello Holdings II, LLC<br>c/o John O'Brien<br>1700Lincoln Street, Ste 2000<br>Denver, Co 80203-4554 |
| Wapello Holdings LLC<br>c/o John O'Brien<br>1700 Lincoln Street<br>Suite 2000<br>Denver, CO 80203-4554 | Wexford<br>1515 W 28th Street<br>Loveland, CO 80538-3160 | Workwell Occupational Medicine<br>164 Primrose Court<br>Longmont, CO 80501<br>CCSD- Alaska<br>550 W 7th Avenue, Ste 310<br>Anchorage, AK 99501-6699 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Larimer County Treasurer<br>PO Box 1250<br>Fort Collins, CO 80522 | Joli A. Lofstedt<br>Joli A. Lofstedt,Trustee<br>PO Box 270561<br>Louisville, CO 80027 | MAXIM HEALTHCARE STAFFING SERVICES INC<br>12558 COLLECTIONS CENTER DRIVE<br>Chicago, IL 60693 |
| Rocky Mountain Reserve<br>PO Box 631458<br>Littleton, CO 80163 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Centre Pharmacy, Inc. | (u)Columbine Distribution Center, LLC | (u)Columbine Medical Equipment |
| (u)Eisner Advisory Group, LLC | (u)Levin Sitcoff Waneka PC | (u)North Shore Associates, LLP |
| (u)Poudre Infusion Therapy, LLC | (d)Wapello Holdings LLC<br>c/o John O'Brien<br>1700 Lincoln Street, Ste 2000<br>Denver, Co 80203-4554 | (d)J. Robert Wilson<br>c/o John O'Brien<br>1700 Lincoln Street<br>Suite 2000<br>Denver, CO 80203-4554 |

End of Label Matrix
Mailable recipients    125
Bypassed recipients      9
Total                  134