# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>NORTH SHORE MANOR, INC.,<br>EIN:  84-0660666<br><br>Debtor. | Case No. 23-10809-JGR<br>Chapter 11, Subchapter V |

### ORDER SETTING HEARING ON CONFIRMATION OF CHAPTER 11 SUBCHAPTER V PLAN AND NOTICE OF DEADLINES

North Shore Manor, Inc. ("Debtor") is a "debtor" within the meaning of 11 U.S.C. § 1182(1).  The Debtor has made the election to have Subchapter V of Chapter 11 apply pursuant to and in accordance with Fed. R. Bankr. P. 1020(a).  The Debtor filed a Subchapter V Plan of Reorganization dated July 12, 2023 (Doc. 273; the "Plan") under Chapter 11 of the Bankruptcy Code.  Therefore, it is

ORDERED, and notice is hereby given, that:

(1) On or before **August 1, 2023**, Debtor's attorney must serve the Plan, a copy of this order and a suitable ballot for accepting or rejecting the Plan on Subchapter V Trustee and all creditors, equity security holders, and other parties in interest as provided in Fed. R. Bankr. P. 3017(d).

(2) On or before **August 8, 2023**, debtor's attorney must file with this Court a certificate of service as to the Plan, order and ballot.

(3) **August 29, 2023** is fixed as the last day by which the holders of claims and interests may file written acceptances or rejections of the Plan referred to above.

(4) **August 29, 2023** is fixed as the last day by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the Plan.

(5) **August 29, 2023** is fixed as the last day for filing and serving written objections to confirmation of the Plan pursuant to Fed. R. Bankr. P. 3020(b)(1).

(6) Pursuant to Fed. R. Bankr. P. 3014, **August 29, 2023,** is fixed as the last day by which a class of secured creditors may make the election under 11 U.S.C. § 1111(b)(2).  Any such election must comply with Fed. R. Bankr. P. 3014.

(7) On or before **September 6, 2023**, debtor's attorney must prepare and file with this Court, a summary report on the ballots. The report must reflect the name of the creditor by class as designated in the Plan, the acceptance, rejection, or if no vote cast by the creditor, the amount of each creditor's claim or amount of each creditor's vote. The report must be summarized by each class of creditor established in the Plan and must indicate if the number of acceptances obtained were by the holders of two-thirds in amount and more than one-half in number of claims in each class voting on the Plan. The report must also identify and respond to any timely-filed objections to confirmation. A copy of the report must be served on the United States Trustee, the Subchapter V Trustee, and any party objecting to confirmation of the Plan. The original report as filed with the Clerk must have a certificate of service reflecting proper service on the parties as indicated.

(8) The hearing on confirmation of the Plan has been set for **Wednesday, September 20, 2023,** at **1:30 p.m.** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom **B**, Fifth Floor, Denver, Colorado 80202.

(9) Witnesses and Exhibits: The provisions of L.B.R. 9070-1 apply to this matter, provided, however, that the deadline to file witnesses and exhibits is **September 13, 2023.**

DATED this 25th day of July, 2023.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge