## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Electronically Recorded Proceeding

August 15, 2023                                                                 Honorable Joseph G. Rosania, Jr.,
Presiding
Courtroom B

| In re: | Bankruptcy Case No. **23-10809-JGR** |
|---|---|
| **NORTH SHORE MANOR, INC.** | Chapter 11 (Subchapter V) |
| Debtor. | |

| **Appearances:** | | | |
|---|---|---|---|
| Debtor | North Shore Manor, Inc. | Counsel | Aaron A. Garber |
| Creditor | Centre Pharmacy Inc., Columbine Distribution Center, LLC Columbine Medical Equipment, Poudre Infusion Therapy, LLC | Counsel | Zachary Fairlie, John O'Brien |

**Proceedings:** Videoconference Status Conference on Application for Administrative Expenses filed by Centre Pharmacy, Inc.; Columbine Distribution Center, LLC; Columbine Medical Equipment; Poudre Infusion Therapy, LLC (Docs. 155, 157, 159, 161) and the Debtor's Omnibus Objection thereto (Doc. 167).

Entry of appearances and statements/arguments made. All parties appeared by videoconference.

The parties represented a settlement of the matter has been reached and is in the process of being reduced to writing.

**Orders:**

It is ORDERED that the parties shall file the stipulation and motion to approve the same or request the setting of a further status conference on or before **Friday, August 25, 2023.** It is FURTHER ORDERED that no further notice of the stipulation is required. A separate order will not enter.

BY THE COURT:
Kenneth S. Gardner, Clerk


By: S. Nicholls, Law Clerk