# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>NORTH SHORE MANOR, INC.<br>EIN:  84-0660666<br><br>Debtor. | Case No. 23-10809-JGR<br>Chapter 11 (Subchapter V) |

## ORDER CONVERTING CONFIRMATION HEARING
## TO TELEPHONIC STATUS AND SCHEDULING CONFERENCE

THIS MATTER is before the Court on the Motion to Continue Confirmation Hearing and Related Dates filed by the Debtor on August 31, 2023 (Doc. 308).  The Court FINDS

On July 25, 2023, the Court entered an Order Setting Hearing on Confirmation of Chapter 11 Subchapter V Plan and Notice of Deadlines (Doc. 277) for Wednesday, September 20, 2023, at 1:30 p.m., in Courtroom B, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202.  There were two objections to the confirmation of the plan, one filed on August 3, 2023 by the United States Trustee (Doc. 290), and the other objection filed on August 29, 2023 by Centre Pharmacy, Inc., Columbine Distribution Center, LLC, Columbine Health Systems, Inc., Columbine Management Services, Inc., Columbine Medical Equipment, Poudre Infusion Therapy, LLC, Wapello Holdings LLC, and J. Robert Wilson (Doc. 307).  The Debtor represents that an amended plan will be filed resolving the pending objections.  Accordingly, it is

ORDERED that the Confirmation Hearing is hereby converted to a **Telephonic Scheduling and Status Conference on Wednesday, September 20, 2023, at 1:30 p.m.**  Counsel/parties shall appear by telephone at the hearing.  The following instructions are provided for appearing by telephone and connecting to the conference call line:

> Dial **833-568-8864 US Toll-free or 833-435-1820 US Toll Free**, a few minutes prior to commencement of the hearing.  It is a computerized system, and you will be prompted to input a Meeting ID.  The Meeting ID is: **161 324 5580.** You will then be connected into the conference.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing.  If you are unable to connect after following the instructions provided, please call the Judge's case management team at 720-904-7300 and leave a name and the telephone number where you can be reached, and the Court will return the call.

Dated the 6th day of September, 2023.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Court