UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NORTH SHORE MANOR, INC. | ) Case No. 23-10809-JGR |
| | ) |
| Debtor. | ) Chapter 11, Subchapter V |
| | ) |

**LIMITED OBJECTION TO MOTION TO CONTINUE CONFIRMATION HEARING AND RELATED DATES**

Wapello Holdings LLC ("Wapello"), Centre Elderly Transportation Inc. ("CET"), Columbine Distribution Center, LLC ("CDC"), Columbine Management Services, Inc. ("CMS"), Columbine Medical Equipment, Inc. ("CME"), Front Range Geriatric Medicine LLC ("FRGM"), Front Range Therapy Systems, Inc. d/b/a Columbine Therapy Services ("FRTS"), Geriatric Education Center LLC ("GEC"), Poudre Infusion Center LLC ("PIC"), Centre Pharmacy, Inc. ("CP"), Bob Wilson ("Bob") and Bob Wilson as managing partners for, and on behalf of North Shore Associates ("NSA-MP") (collectively, the "Objectors") by and through their attorneys Spencer Fane LLP for their Limited Objection To Motion To Continue Confirmation Hearing And Related Dates state as follows:

1. The Objectors do not object to the relief requested except as follows.

2. The Debtor received ballots by September 6, 2023. The Debtor should be required to disclose the summary of the ballots without delay.

3. The Objectors are 80% of the creditor pool and 15% of the equity holders. Nevertheless, the Debtor did not confer with the Objectors before filing the motion.

WHEREFORE, the Objectors submit their Limited Objection To Motion To Continue Confirmation Hearing And Related Dates.

DATED September 7, 2023.

1

Respectfully submitted,

SPENCER FANE LLP

*/s/John O'Brien*
John O'Brien #15183
Scott C. Sandberg #33566
Zachary Fairlie #68057
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Phone: (303) 839-3800
Fax: (303) 839-3838
Email: jobrien@spencerfane.com
ssandberg@spencerfane.com
zfairlie@spencerfane.com

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on September 7, 2023 I served via CM/ECF system an electronic copy of the Limited Objection To Motion To Continue Confirmation Hearing And Related Dates on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

                                            /s/*John O'Brien*
                                            John O'Brien