UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-10809-JGR |
| | ) | |
| NORTH SHORE MANOR, INC. | ) | |
| EIN:84-0660666 | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

## ORDER TO SEAL NOTICE OF FILING DEMAND FOR ARBITRATION AND DEMAND FOR ARBITRATION

THIS MATTER is before the Court sua sponte regarding the Notice of Filing Demand for Arbitration with the American Arbitration Association and the Demand for Arbitration (Doc. 321). The Court, having reviewed the situation and being adequately advised in the premises, hereby

ORDERS the *Notice of Filing Demand for Arbitration with the American Arbitration Association* and *Demand for Arbitration with the American Arbitration Association* (Docket No. 321) shall be sealed; and

J. Robert Wilson will have until October 2, 2023 to object to the motion to seal.

The Clerk of Court shall take such action as is necessary to effectuate this

Order. DONE and entered this 27th day of September, 2023 at Denver,

Colorado.

_____
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Judge