## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Electronically Recorded Proceeding

October 3, 2023

Honorable Joseph G. Rosania, Jr.,
Presiding
Courtroom B

| In re: | Bankruptcy Case No. **23-10809-JGR** |
|---|---|
| **NORTH SHORE MANOR, INC.** | Chapter 11 (SubChapter V) |
| Debtor(s). | |

**COLUMBINE MANAGEMENT SERVICES, INC.,**

Movant(s),
v.

**NORTH SHORE MANOR, INC.**

Respondent(s).

| **Appearances:** | | | |
|---|---|---|---|
| Debtor(s) | North Shore Manor, Inc. | Counsel | Aaron Garber |
| Creditor | Columbine Management Services, Inc. | Counsel | John O'Brien; Scott Sandberg |

**Proceedings:** Telephonic preliminary hearing regarding Columbine Management Services, Inc.'s Motion for Relief from Automatic Stay filed September 8, 2023 (Docket #315) and Debtor's Objection thereto filed September 26, 2023 (Docket #327)

Entry of Appearances and statements/arguments made

Movant presented to the Court the terms of the lease and a report from the lessor that 5 copier machines are in the possession of Debtor. Debtor presented evidence that the agreement was a lease to purchase.

Movant Exhibit 1, Movant Exhibit 2, and Debtor Exhibit 1 were identified.

**Orders:**
Oral findings and conclusions made of record.

Motion for Relief from Automatic Stay filed by Columbine Management Services, Inc., is hereby GRANTED.

The Court also expressed its concerns of the recent Patient Care Ombudsman report (Doc. 330) and ordered the Debtor and J. Robert Wilson to respond to the report by **October 20, 2023**. The Debtor must include the actions taken in response to the Patient Care Ombudsman report.

The Court further expressed concerns about the ongoing status of the Chapter 11 case and its ultimate resolvability. The Court ordered the Debtor and J. Robert Wilson to provide a response to the Court's belief that the case is ripe for dismissal. The response is due **October 20, 2023.**

BY THE COURT:

Kenneth S. Gardner, Clerk

By:  <u>Kevin Cronan, Law Clerk</u>