# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NORTH SHORE MANOR, INC. | ) Case No. 23-10809-JGR |
| | ) |
| Debtor. | ) Chapter 11, Subchapter V |
| | |
| COLUMBINE MANAGEMENT SERVICES, INC. | ) |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH SHORE MANOR, INC. | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Respondents. | ) |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY FOR MOVANT'S LEASED COPIERS

Upon review of Columbine Management Services, Inc. ("CMS") Motion for Relief from Stay for Movant's Leased Copiers ("Motion"), and for good cause shown after conducting a preliminary hearing and receiving testimonial and documentary offers of proof from the parties,

**IT IS ORDERED** that the Motion is granted; and

**IT IS FURTHER ORDERED** that CMS is authorized to remove and recover the leased copiers subject to the lease described in the Motion.

**IT IS FURTHER ORDERED THAT** that the 14-day stay under F.R.B.P 4001(a)(3) is not waived to allow Debtor to replace the leased copiers.

DATED: October 3, 2023

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge

1

DE 7808640.1