## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

October 3, 2023

| | |
|---|---|
| In re: <br><br>**NORTH SHORE MANOR, INC.** <br><br> Debtor(s). | Bankruptcy Case No. **23-10809-JGR** <br><br> Chapter 11 (SubChapter V) |

**COLUMBINE MANAGEMENT SERVICES, INC.,**

Movant(s),
v.

**NORTH SHORE MANOR, INC.**

Respondent(s).

### JUDGMENT

This matter came before the Court on October 4, 2023, regarding Columbine Management Services, Inc.'s Motion for Relief from Automatic Stay filed September 8, 2023 (Docket #315) and Debtor's Objection thereto filed September 26, 2023 (Docket #327). The issues have been tried, heard and/or considered, and a decision has been rendered. In accordance with the Order issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Motion for Relief from Automatic Stay filed by Movant, Columbine Management Services, Inc., is hereby GRANTED.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of MOVANT and against DEBTOR.

FOR THE COURT:

Kenneth S. Gardner, Clerk

By: <u>Kevin Cronan</u>
         Deputy Clerk

APPROVED AND ACCEPTED:

By: _____
   Joseph G. Rosania, Jr.,
   U.S. Bankruptcy Judge