# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 23-10809-JGR |
| NORTH SHORE MANOR, INC., | ) |
| | ) Chapter 11 |
| Debtor. | ) |

### CERTIFICATE OF CONTESTED MATTER AND REQUEST FOR HEARING
### (FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF ACCOUNTANTS' FEES FOR EISNER ADVISORY GROUP, LLC)

On August 21, 2023, Wadsworth Garber Warner Conrardy, PC on behalf of North Shore Manor, Inc., Movant, filed a Motion for First Interim Application for Allowance and Payment of Accountants' Fees.

1. Movant certified that service of the motion, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion on August 21, 2023.

2. Movant certifies that mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on August 21, 2023.

3. Objections and requests for hearing on the motion/application have been filed by the following party/parties:

   a. Spencer Fane LLP on behalf of Centre Pharmacy, Inc., Columbine Distribution Center, LLC, Columbine Health Systems, Inc., Columbine Management Services, Inc., Columbine Medical Equipment, Poudre Infusion Therapy, LLC, Wapello Holdings LLC, J. Robert (Docket No. 311);

4. The docket numbers for each of the following relevant documents are:

   a. the motion and all documents attached thereto and served therewith, (Docket No. 296);
   b. the notice, (Docket No. 297);
   c. the certificate of service of the motion and the notice, (Docket No. 297);
   d. the proposed order, (Docket No. 296)

   e.  Reply of Eisner Advisory Group, LLC filed by Kyle R. Hosmer (Faegre Drinker Biddle & Reath, LLP).

5. Resolution of this contested matter may benefit from a preliminary hearing to resolve the following disputed legal issues: To determine if any discovery is needed.

6. Resolution of this contested matter will require an evidentiary hearing. Movant/Respondent estimates the hearing will proceed as follows:

  (a) estimate of time required for hearing, 5 hours;

  (b) the number of witnesses anticipated, 3 witnesses;

  (c) whether expert witness testimony will be required, none is expected at this time; and

  (d) whether any discovery will be necessary and, if so, the nature of, and time required for, the discovery needed. To be determined at the preliminary hearing.

WHEREFORE, Movant prays that the court set this matter for hearing pursuant to L.B.R. 9013-1.

DATED: October 5, 2023        Respectfully submitted,

               By: */s/ Aaron A. Garber*
                 Aaron A. Garber #36099
                 Wadsworth Garber Warner Conrardy P.C.
                 2580 West Main Street, Suite 200
                 Littleton, CO 80120
                 Telephone: (303) 296-1999
                 Telecopy: (303) 296-7600
                 Email: agarber@wgwc-law.com