**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NORTH SHORE MANOR, INC. | ) Case No. 23-10809-JGR |
| | ) |
| Debtor. | ) Chapter 11, Subchapter V |
| | ) |

**NOTICE OF DEFAULT ON COURT ORDERED PAYMENT**

Centre Pharmacy, Inc., Columbine Distribution Center, LLC, Columbine Medical Equipment, LLC and Poudre Infusion Therapy, LLC (collectively, the "Claimants") by and through their attorneys Spencer Fane LLP for their Notice Of Default On Court Ordered Payment state as follows:

1. The Claimants in good faith settled their administrate claims prior to hearing for a collective payment of $42,500 (the "$42,500 Payment").

2. After significant delay the Debtor finally filed the Stipulation resolving the dispute on September 1, 2023 at Doc # 309 (the "Stipulation").

3. On September 5, 2023 the Court approved the Stipulation by Order which stated that "The Stipulation is approved, and the parties are bound by its terms." See Doc # 310.

4. The Stipulation required the Debtor to mail the $42,500 Payment within 7 days of the Effective Date.

5. The Claimants have not received the $42,500 Payment.

6. Pursuant to the Stipulation the Claimants are hereby providing "a one-time 5 business day right to cure."

WHEREFORE, the Claimants submit their Notice Of Default On Court Ordered Payment.

DATED October 6, 2023.

                        Respectfully submitted,

DE 8262177.1

2

SPENCER FANE LLP

*/s/John O'Brien*
John O'Brien #15183
Scott C. Sandberg #33566
Zachary Fairlie #68057
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Phone: (303) 839-3800
Fax: (303) 839-3838
Email: jobrien@spencerfane.com
ssandberg@spencerfane.com
zfairlie@spencerfane.com

Attorneys for Claimants

DE 8262177.1

## CERTIFICATE OF SERVICE

      The undersigned certifies that on October 6, 2023 I served via CM/ECF system an electronic copy of the foregoing on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

      Aaron Garber agarber@wgwc-law.com
      US Trustee USTPRegion19.DV.ECF@usdoj.gov
      Robert Samuel Boughner Samuel.boughner@usdoj.gov
      Jolie A. Lofstedt joli@jaltrustee.com

      /s/ *John O'Brien*
      John O'Brien

DE 8262177.1