## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NORTH SHORE MANOR, INC. | ) Case No.  23-10809-JGR |
| | ) |
| Debtor. | ) Chapter 11, Subchapter V |
| | ) |

## COLUMBINE HEALTH SYSTEMS RESPONSE TO REPORT OF PATIENT CARE OMBUDSMAN DATED SEPTEMBER 27, 2023

Columbine Health Systems by and through its attorneys Spencer Fane LLP for its Response To Report Of Patient Care Ombudsman Dated September 27, 2023 states as follows:

1. Columbine Health Systems and its affiliates (collectively "CHS") managed the Debtor's North Shore Manor facility (the "Facility") for 43 years before the bankruptcy was filed.

2. The Facility did not have anything like the current problems during the 43 years that CHS managed the Facility.

3. It is fundamental requirement that all Facility employees wear badges while working at the Facility for legal and other obvious reasons.  Residents must be able to identify staff who provide them care.  While CHS was in charge all employees wore their badges, without exception.

4. During the 43 years that CHS managed the Facility there was no resident abuse and no unreported cases of abuse.  It is a commonly known legal requirement in the healthcare industry that the Facility must report to the State allegations of resident abuse.

5. The Ombudsman reports that a Facility employee eavesdropped on a conversation between a resident and the Ombudsman.  It is commonly known in the healthcare industry that this is illegal and wrongful.  Residents are vulnerable to staff abuse while at the Facility, often without a secure method to communicate abuse and concerns to persons outside the Facility.  Ombudsmen

provide a safe and secure method for residents to express their concerns to outsiders without fear of retaliation. Residents may be reluctant to express their concerns when Facility staff eavesdrop for fear of retaliation. Eavesdropping and interference with the Ombudsman's work did not occur while CHS was involved with the Facility.

6. Newsweek recently conducted due diligence and developed a list of the best nursing homes in America for the category of 100 to 149 beds. The top 5 nursing homes in each State were awarded recognition. Colorado has approximately 219 nursing homes. Newsweek awarded two of the five awards in Colorado to CHS managed nursing homes in the CHS network. CHS is proud of the superior healthcare it provides to its residents. See https://www.newsweek.com/rankings-nursing-homes-2024-100-149-beds

7. On March 8, 2023 Ronald Church barred CHS from entering the Facility and CHS has not been involved with the Facility after March 8, 2023. After March 8, 2023 Ronald Church has been in total control of the Facility. The Facility has not been in the CHS network after March 8, 2023. All of the problems described in the Ombudsman report started and occurred after March 8, 2023 and do not reflect the superior care that CHS provides to residents in the CHS network.

WHEREFORE, Columbine Health Systems submits its Response To Report Of Patient Care Ombudsman Dated September 27, 2023.

DATED October 9, 2023.

               Respectfully submitted,

               SPENCER FANE LLP


               */s/John O'Brien*
               John O'Brien #15183
               Scott C. Sandberg #33566
               Zachary Fairlie #68057
               Spencer Fane LLP

        1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Phone: (303) 839-3800
Fax: (303) 839-3838
Email: jobrien@spencerfane.com
ssandberg@spencerfane.com
zfairlie@spencerfane.com

Attorneys for Columbine Health Systems

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 9, 2023 I served via CM/ECF system an electronic copy of the foregoing on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

> Aaron Garber agarber@wgwc-law.com
> US Trustee USTPRegion19.DV.ECF@usdoj.gov
> Robert Samuel Boughner Samuel.boughner@usdoj.gov
> Jolie A. Lofstedt joli@jaltrustee.com

The undersigned further certifies that on October 9, 2023 a true and correct copy of the foregoing was served to the following by first class, postage prepaid U.S. Mail:

| | |
|---|---|
| Robert Samuel Boughner<br>Byron G. Rogers Federal Building<br>1961 Stout St., Ste. 12-200<br>Denver, CO 80294 | U.S. Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St., Ste. 12-200<br>Denver, CO 80294 |
| Leah McMahon<br>State Long-Term Care Ombudsman<br>Colorado State Long-Term Care Ombudsman Program<br>c/o Disability Law Colorado<br>455 Sherman Street, Suite 130<br>Denver CO 80203 | Jo Tansey<br>State of Colorado Department of Health<br>Branch Chief Acute and Nursing Facilities<br>4300 Cherry Creek Drive South<br>Denver, CO 80246 |
| Kay Blackman<br>Licensing and Certification Specialist<br>Colorado Department of Public Health and Environment<br>4300 Cherry Creek Drive South<br>Denver, CO 80246 | Shelley Sanderman, JD<br>Enforcement Services Program Manager<br>Health Facilities and Emergency Medical Services<br>4300 Cherry Creek Drive South<br>Denver, CO 80246-1530 |

/s/ *John O'Brien*
John O'Brien

4