# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>NORTH SHORE MANOR, INC.<br>EIN: 84-0660666<br><br>Debtor. | Case No. 23-10809-JGR<br><br>Chapter 11 |

## NOTICE OF TELEPHONIC STATUS CONFERENCE

NOTICE IS HEREBY GIVEN that the following matter has been set for a telephonic status conference on **Tuesday, October 24, 2023, at 2:00 p.m.,** Courtroom B, United States Bankruptcy Court for the District of Colorado, U.S. Custom House, 721 19th Street, Denver, Colorado 80202-2508 regarding the following:

- Objection to First Interim Application for Allowance and Payment for Accountants' Fees (Doc. 311); and Application for Compensation for Accountant (Doc. 296)

Counsel/parties shall appear by telephone at the hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line:

Dial **833-435-1820 US Toll-free or 833-568-8864 US Toll-free**, a few minutes prior to commencement of the hearing and Enter Meeting ID: **161 324 5580**.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call 720-904-7300 and leave a name and the telephone number where you can be reached and the Court will return the call.

If the matter necessitates the Court to receive evidence to resolve the matter, the scheduled hearing will be used as a status and scheduling conference and the matter will be reset to a later date.

In the event the matter is resolved prior to hearing, the hearing shall be vacated only upon (1) receipt of a written stipulation or agreement of the parties no later than

the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing, in person or by telephone, who shall read the agreement into the record.

Dated: October 13, 2023

BY ORDER OF THE COURT:
KENNETH S. GARDNER, Clerk

By: _____
Kevin Cronan, Law Clerk
United States Bankruptcy Court
721 Nineteenth Street
Denver, CO  80202-2508