UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

In re:

NORTH SHORE MANOR, INC.,

EIN: 84-0660666

Debtor.

Case No. 23-10809-JGR
Chapter 11

## COMPLIANCE ORDER REGARDING MOTION FOR RELIEF FROM STAY

THIS MATTER comes before the Court on the Motion for Relief from Automatic Stay filed October 17, 2023 (Doc. 360; "Motion") by Wapello Holdings LLC ("Wapello"), Centre Elderly Transportation Inc. ("CET"), Columbine Distribution Center, LLC ("CDC"), Columbine Management Services, Inc. ("CMS"), Columbine Medical Equipment, Inc. ("CME"), Front Range Geriatric Medicine LLC ("FRGM"), Front Range Therapy Systems, Inc. d/b/a Columbine Therapy Services ("FRTS"), Geriatric Education Center LLC ("GEC"), Poudre Infusion Center LLC ("PIC"), Centre Pharmacy, Inc. ("CP"), Bob Wilson ("Bob") and Bob Wilson as managing partners for, and on behalf of North Shore Associates ("NSA-MP") (collectively, the "Movants"). The Court, having reviewed the Motion and the within case file,

DOES FIND that the Notice of Hearing and service of the Motion and Notice of Hearing are deficient as follows:

The Notice of Hearing does not provide instructions on appearing telephonically at the preliminary hearing scheduled for November 14, 2023. Counsel shall, forthwith, file and serve an amended Notice of Hearing specifying the correct teleconferencing information for Judge Rosania which is Dial **833-435-1820 or 833-568-8864** and Enter the Meeting ID: **161 324 5580.**

The Certificate of Service filed October 17, 2023 (Doc. 362) does not reflect the Movants served the Motion and Notice of Hearing upon the List of Twenty Largest Unsecured Creditors pursuant to Rule 4001(a)(1) and 1007(d), Fed.R.Bankr.P.,

IT IS ORDERED that the Movants shall forthwith cure the deficiencies described in this Order by filing and properly serving an amended notice of hearing and an amended certificate of service no later than **October 20, 2023**, failing which the Court may enter an order denying the Motion without further notice or hearing.

Dated this 18th day of October, 2023.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge