# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-10809-JGR |
| NORTH SHORE MANOR, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## NOTICE OF FILING OF REDACTED EXHIBIT A TO RESPONSE TO COURT ORDER DATED OCTOBER 10, 2023

PLEASE TAKE NOTICE that the Debtor and Debtor in Possession, North Shore Manor, Inc., hereby by files its redacted version of Exhibit A to the Response to Court Order Dated October 10, 2023.

Dated: October 27, 2023       Respectfully submitted,

/s/ Aaron A. Garber
Aaron A. Garber #36099
WADSWORTH GARBER WARNER CONRARDY, P.C.
2580 West Main Street, Suite 200
Littleton, Colorado 80120
Telephone: (303) 296-1999
Telecopy: (303) 296-7600
agarber@wgwc-law.com

EXHIBIT A