| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | |
|---|---|---|---|
| Debtor 1: | NORTH SHORE MANOR, INC. | Case #: | 23-10809-JGR |
| Debtor 2: | | Chapter: | 11, Subchapter V |

## Local Bankruptcy Form 9013-1.1
## Notice of Motion/Application

### Part 1   Objection Deadline

Objection Deadline: **December 4, 2023**.

### Part 2   Notice

NOTICE IS HEREBY GIVEN that Joli A. Lofstedt, Chapter 11, Subchapter V Trustee ("*Trustee*") of the bankruptcy estate of North Shore Manor, Inc. ("*Debtor*"), has filed Subchapter V Trustee's Second and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses (the "*Final Fee Application*") with the Bankruptcy Court requesting the Bankruptcy Court enter an Order allowing Trustee's interim fees in the amount of **$2,975.00** and interim expenses in the amount of **$110.35** for the time period from July 27, 2023 through October 27, 2023 pursuant to 11 U.S.C. §330 and Federal Rule of Bankruptcy Procedure 2016.  Because the case was dismissed on October 27, 2023, Trustee is also requesting final approval of all of Trustee's fees and expenses allowed in the bankruptcy case.

If you oppose the Final Fee Application or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3   Signature of Movant's Attorney or Movant (if unrepresented)

Dated:  November 13, 2023

*/s/ Joli A. Lofstedt*
Joli A. Lofstedt, Subchapter V Trustee
PO Box 270561
Louisville, CO 80027
Tel: (303) 476-6915
Fax: (303) 604-2964
Email:  joli@jaltrustee.com