**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| | |
|---|---|
| Debtor 1: NORTH SHORE MANOR INC | Case #: 23-10809-JGR |
| Debtor 2: | Chapter: 11, Subchapter V |

## Local Bankruptcy Form 9013-1.3
## Movant's Certificate of Non-Contested Matter and Request for Entry of Order

### Part 1  Certificate

On November 13, 2023, Joli A. Lofstedt, Subchapter V, Chapter 11 Trustee (the "*Movant*"), filed an application pursuant to L.B.R. 2002-1 or 9013-1 entitled Subchapter V Trustee's Second and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses ("*Fee Application*") at docket no. 378.  Movant hereby certifies that the following is true and correct:

1. Service of the Fee Application, Cover Sheet, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Fee Application on November 13, 2023.

    a. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on November 13, 2023.

2. The docket numbers for each of the following relevant documents are:
    a. the Fee Application and all documents attached thereto and served therewith, docket no. 378;
    b. the Notice, docket no. 379;
    c. the Certificate of Service of the Notice, docket no. 380; and
    d. the Proposed Order, docket no. 378.

3. No objections to or requests for hearing on the Fee Application were received by the undersigned, or filed with the Court by the date designated in the Notice.

Accordingly, Movant requests that the Court enter an order granting the requested relief.

### Part 3  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: December 6, 2023.

*/s/ Joli A. Lofstedt*
Joli A. Lofstedt, Trustee
P.O. Box 270561
Tel: (303) 476-6915
Fax: (303) 604-2964
Email: joli@jaltrustee.com