# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| *In re:* ) | |
| ) | |
| NORTH SHORE MANOR, INC. ) | Case No. 23-10809-JGR |
| ) | Chapter 11, Subchapter V |
| *Debtor.* ) | |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

    I, Joli A. Lofstedt, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00.  On October 27, 2023, the case was dismissed with no plan confirmed and no plan payments made to the trustee.  Pursuant to 11 U.S.C. § 330(a) on August 22, 2023, the Court entered an order allowing interim compensation of $18,305.00 and expenses of $111.59 be awarded to the trustee.  Trustee received $18,416.59 from Debtor on September 5, 2023.  Further, on December 8, 2023, the Court entered an order allowing final compensation of $2,975.00 and expenses of $110.35 be awarded to the trustee.  These funds were paid by the debtor to the trustee on December 16, 2023 and on January 18, 2024, respectively.  I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal.  I request that I be discharged from any further duties as trustee.

Dated:  January 22, 2024.

                                                         */s/ Joli A. Lofstedt*
                                                         Joli A. Lofstedt, Trustee
                                                         P.O. Box 270561
                                                         Louisville, CO 80027
                                                         Tel: (303) 476-6915
                                                         Fax: (303) 604-2964
                                                         Email:  joli@jaltrustee.com

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(V)-NDR B**