**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Joseph G. Rosania, Jr.**

| | |
|---|---|
| In re: <br><br> NORTH SHORE MANOR, INC., <br><br> Debtor. | Case No. 23-10809 JGR <br><br> Chapter 11 <br> Subchapter V |

**ORDER**

THIS MATTER comes before the Court on the Chapter 11 Subchapter V Trustee's Report of No Distribution filed January 22, 2024 (Doc. 384).  No objection to the Report was filed with the Court.  Accordingly, THE COURT ORDERS:

1. Joli A. Lofstedt is discharged as the Subchapter V Trustee in this case.

2. The case may be closed by the Clerk in the normal course of business.

Dated February 22, 2024

BY THE COURT:

_____
Joseph G. Rosania, Jr., Judge
United States Bankruptcy Court